

## Legend of the Bojo Bo Wishing Doll

**NORTHERN MARIANA ISLANDS**

MADE BY: MICRONESIA WOODCRAFT ENT.
P.O. BOX 501940 CK, SAIPAN, MP 96950
TEL. # (670) 235-7631 (W) • (670) 235-8735 (H)
Fax.: (670) 235-7636

---

ホー ジョー ボー 願掛人形

私の名前はボージョーボーです。

私は、マリアナ群島の南部サイパン島のサンロッケーという小さな村から来ました。私は長い間、森の中に隠れていましたが、ある日、つる草の中からボージョーボーとして発現しました。私は愛すべき福人形です。愛と富気や金とり人で気かるようなことが出来ます。不思議な力を発揮する時は腕を組んで下さい。愛の為には足を交差させて下さい。もしお金の必要とする時は私の腕を後で結んで下さい。私から何でも見える所に私をつるして下さい。そして信じろって下さい。

私の愛は私の目から来ます。
私の富はココナツヤシ織維から出来た腕と足から来ます。そして私の不思議な力はボージョーボーつる草の実からです。

### BO JO BO WISHING DOLL

My name is Bo Jo Bo. I come from San Roque, a little village in Saipan, Mariana Islands. I've been around a long time hiding in the woods and peeping out from the Bo Jo Bo vines. I am loveable, rich and strong. If you need some of my strength, love or money you can have all I've got but you must fold my arms for strength, cross my legs for love and if you need money tie my hands behind my back. Then all you need to do is hang me up where you can see me and have faith.

Remember my love comes from the seeds of my eyes, my wealth from the coconut fiber of my arms and legs and my strength from my Bo Jo Bo Nuts.

**EXHIBIT B**



EXHIBIT C





