AO 440 (Rev. 08/01) Summons in a Civil Action

# United States District Court

## District of the Northern Mariana Islands

FILED
Clerk
District Court
DEC -2 2005
For The Northern Mariana Islands
By_____
(Deputy Clerk)

SAIPAN HANDICRAFT

V.

MICRONESIA WOODCRAFT ENT., INC.
TIRZO J. ADRIATICO, individually and as
President of Micronesia Woodcraft
Ent., Inc. and John Does 1-40

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-0040

TO: (Name and address of Defendant)

MICRONESIA WOODCRAFT ENT., INC.
P.O. BOX 501940
Saipan MP 96950
Dandan Village, Saipan MP 96950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

F. Matthew Smith
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, San Jose
P.O. Box 501127
Saipan MP 96950

an answer to the complaint which is served on you with this summons, within __Twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Galo L. Perez _____  DEC - 1 2005 _____
CLERK                                      DATE

(By) DEPUTY CLERK

**ORIGINAL**

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/02/05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| RAINALDO S. AGULTO | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other *(specify)*: SERVED PERSONALLY UPON TIRZO J. ADRIATICO (PRESIDENT) AT MICRONESIA WOODCRAFT ENTERPRISES COMPOUND IN DANDAN

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 20.00 | $ 20.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/02/05
                 Date                    *Signature of Server*

P.O. BOX 5340 CHRB SAIPAN MP 96950
*Address of Server*



(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.