ORIGINAL

```
DANILO T. AGUILAR, F0198
Attorney at Law
P.O. Box 505301
First Floor, San Jose Court Bldg.
Cor. Ghiyeghi St. & Wischira Way
San Jose, Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Attorney for Defendant
    MICRONESIA WOODCRAFT ENT., INC. et al.
```

FILED
Clerk
District Court

DEC 21 2005

For The Northern Mariana Islands
by_____
           (Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>        Plaintiff,<br><br>v.<br><br>MICRONESIA WOODCRAFT ENT., INC., TIRZO J. ADRIATICO, individually and as President of Micronesia Woodcraft Ent., Inc., and JOHN DOES 1-40,<br><br>        Defendants. | CIVIL ACTION NO. 05-0040<br><br>**MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER** |

        COMES NOW, Defendants, by and through counsel Danilo T. Aguilar, and hereby requests for an order to enlarge the time to file an answer to the complaint filed in this matter. Defendants were served on or about December 1, 2005 and an answer would be due on December 21, 2005. Previous counsel for Defendants, Perry B. Inos, Esq. requested from Plaintiff's attorney Matthew Smith for an additional 48 hours and that was agreed to. The answer is now due on or before December 23, 2005. Defendants request for the enlargement of time because current counsel was retained only on December 20, 2005 and will not have

1 adequate time to conduct reasonable investigation and due diligence to prepare an
2 answer. Defense counsel is also scheduled to start a trial before the U.S. District
3 Court on December 27, 2005. Defendants request for an order permitting that the
4 answer be filed no later than January 13, 2005. This motion is brought pursuant to
5 Federal Rules of Civil Procedure 6(b) and is supported by the attached declaration
6 of counsel.
7
8  DATED this 21st day of December, 2005.
9
10
11  DANILO T. AGUILAR, F0198
   Attorney for Defendants