*ORIGINAL*

DANILO T. AGUILAR, F0198
Attorney at Law
P.O. Box 505301
First Floor, San Jose Court Bldg.
Cor. Ghiyeghi St. & Wischira Way
San Jose, Saipan, MP 96950
TEL: (670) 234-8801
FAX: (670) 234-1251

Attorney for Defendant
MICRONESIAN WOODCRAFT ENT., INC.

FILED
Clerk
District Court

DEC 21 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>        Plaintiff,<br><br>v.<br><br>MICRONESIA WOODCRAFT ENT., INC., TIRZO ADRIATICO, individually and as President of Micronesia Woodcraft Ent., Inc. and John Does 1-40,<br><br>        Defendant. | CIVIL ACTION NO. 05-0040<br><br>**DECLARATION OF DANILO T. AGUILAR IN SUPPORT OF MOTION TO ENLARGE TIME TO FILE AN ANSWER** |

I, Danilo T. Aguilar, hereby depose and say:

1. I am a duly licensed attorney and I am admitted to practice before all courts of the CNMI;

2. I am counsel for the named defendant in the above-entitled matter;

3. I have just been recently retained as counsel for the Defendant;

4. Before I was retained, Mr. Perry B. Inos, Esq and Mr. F. Matthew Smith, Esq., were negotiating for an extension of time to file Defendant's answer to the complaint;

5. On or about December 20, 2005, Atty. Perry Inos and Mr. Smith agreed to a 48-hour extension from the original deadline of December 20, 2005 to file the answer. The new deadline to file the answer is December 23, 2005.

6. I am currently preparing for a trial scheduled for December 27, 2005, and I would need more time to conduct my reasonable investigation and discuss the matter with my clients in order to prepare an answer;

7. Based upon the impending trial schedule, Defense counsel requests for an order permitting the filing of an answer on or before January 13, 2006.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true, correct, and to the best of my knowledge.

Affiant sayeth naught.

Executed this 21st day of December, 2005 at Saipan, CNMI.

_____
DANILO T. AGUILAR, F0198
Affiant

2