FILED
Clerk
District Court

DEC 27 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

ORIGINAL

1  DANILO T. AGUILAR, F0198
   Attorney at Law
2  P.O. Box 505301
   First Floor, San Jose Court Bldg.
3  Cor. Ghiyeghi St. & Wischira Way
   San Jose, Saipan, MP 96950
4  TELEPHONE: (670) 234-8801
   FAX: (670) 234-1251
5

6
   Attorney for Defendant
7      MICRONESIA WOODCRAFT ENT., INC. et al.

8

9              UNITED STATES DISTRICT COURT

10                      FOR THE

11       DISTRICT OF THE NORTHERN MARIANA ISLANDS

12
   SAIPAN HANDICRAFT,                | CIVIL ACTION NO. 05-0040
13                                    |
              Plaintiff,              |
14                                    |
         v.                           |
15                                    | **ORDER ENLARGING TIME TO**
   MICRONESIA WOODCRAFT ENT.,         | **FILE ANSWER**
16 INC., TIRZO J. ADRIATICO,          |
   individually and as President of   |
17 Micronesia Woodcraft Ent., Inc., and|
   JOHN DOES 1-40,                    |
18                                    |
              Defendants.             |
19

20       This matter came before the Court on Defendants' motion to enlarge

21 time to file an answer to the complaint filed in this matter. Plaintiff was

22 represented by F. Matthew Smith, Esq. and Defendants were represented by Danilo

23 T. Aguilar, Esq. After considering the Defendants' moving papers, the Court

24 grants the motion to enlarge time. Defendants shall have until the close of

25 business on January 13, 2006 to file their answer or first responsive pleading.

26 //
27
28

      This order does not constitute a waiver of any claims that may be asserted by the Plaintiff in this matter.

      SO ORDERED. _12-27-05_.

_/s/ Alex R. Munson_
HON. ALEX R. MUNSON,
Chief Judge

Approved as to form:

_/s/_
F. MATTHEW SMITH, ESQ.
Attorney for Plaintiff

RECEIVED
DEC 27 2005
Clerk
District Court
For The Northern Mariana Islands

2