FILED
Clerk
District Court

DEC 30 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| SAIPAN HANDICRAFT, | ) | Civil Action No. 05-0040 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER SETTING HEARING |
| | ) | AND BRIEFING SCHEDULE |
| MICRONESIAN WOODCRAFT | ) | |
| ENTERPRISES, INC.; *et al.*, | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

IT IS ORDERED that a hearing on plaintiff's motion for a preliminary injunction will be held Friday, January 6, 2006, at 10:00 a.m.

Any opposition to the motion for preliminary injunction shall be filed no later than 3:30 p.m., Wednesday, January 4, 2006. Any reply shall be filed no later than

AO 72
(Rev. 8/82)

1  3:30 p.m., Thursday, January 5, 2006.

2  DATED this 30th day of December, 2005.

3

4

5

6

7  _____
ALEX R. MUNSON
Judge

8

9

10

...

26

AO 72
(Rev. 8/82)