F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Saipan Handicraft.

FILED
Clerk
District Court

JAN 4 2006

For The Northern Mariana Islands
By_____
     (Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>　　　　　Plaintiff,<br>vs.<br><br>MICRONESIAN WOODCRAFT ENT.,<br>INC.; TIRZO J. ADRIATICO,<br>individually and as President of<br>Micronesian Woodcraft Ent., Inc.;<br>and JOHN DOES 1-40,<br><br>　　　　　Defendants. | Civil Action No. 05-0040<br><br>**PROOF OF SERVICE** |

Pursuant to 28 USC §1746, I, Judi C. Fujihira, hereby declare under penalty of perjury that on the 30th day of December, 2005, at 11:30 a.m., I personally served a true and correct copy of the *Motion For Preliminary Injunction and for Expedited Hearing and the Memorandum of Points and Authorities In Support of Plaintiff's Motion For Preliminary Injunction and For Expedited Hearing* (filed on December 28, 2005) on Danilo T. Aguilar, Attorney for Defendant, by serving it on Joji Tagaban, at the Law Office of Danilo T. Aguilar, on the Ground Floor of the San Jose Court Building, Cor. Ghiyeghi St., and Wischira Way, San Jose, Saipan.

**ORIGINAL**

      Executed this 4<u>th</u> day of January, 2006, on Saipan, Commonwealth of the Northern Mariana Islands.

_____<br>Judy C. Fujihira