F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Saipan Handicraft.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>                Plaintiff,<br><br>vs.<br><br>MICRONESIAN WOODCRAFT ENT., INC.; TIRZO J. ADRIATICO, individually and as President of Micronesian Woodcraft Ent., Inc.; and JOHN DOES 1-40,<br><br>                Defendants. | Civil Action No. 05-0040<br><br>**DECLARATION OF AUGUSTINE T. CAMACHO IN SUPPORT OF PRELIMINARY INJUNCTION**<br><br>Date: January 6, 2006<br>Time: 10:00<br>Judge: Honorable Alex R. Munson |

I, Augustine T. Camacho, do hereby depose and say that:

1. I am one of the first makers of the "Bo Jo Bo Wishing Dolls". At that time, the dolls were large and used the large Bayogo seeds. Rodrigo Capati was one of my employees and after I stopped distributing the dolls in or around 1980, Mr. Capati started making them on his own.

2. I am familiar with Tirso Adriatico because he came to visit me several months ago, sometime during the Fall months of 2005.

3. This visit was the first and only time I have ever spoken with Mr. Adriatico. I did not speak with Mr. Adriatico in 1994.

4. During his visit in the latter part of 2005, Mr. Adriatico asked me about the "Bo Jo Bo Wishing Dolls" and the rights to the dolls. It was during this visit that I told him anyone can do it.

5. A couple of years ago, after not distributing the dolls for two decades, I made a few

**ORIGINAL**

large versions of the dolls for the annual Flame Tree Festival.

    I declare under penalty of perjury under the laws of the Unites States of America that the foregoing statements are true to the best of my knowledge; and make this declaration this January 5, 2006, at San Roque, Saipan, CNMI.

                                                                                 AUGUSTINE T. CAMACHO