F I L E D
Clerk
District Court

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

JAN - 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CV-05-0040                                            January 6, 2006
                                                      1:30 p.m.

**SAIPAN HANDICRAFT -vs- MICRONESIAN WOODCRAFT ENTERPRISES**

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Faye Crozat, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Matt Smith, Attorney for Plaintiff
            Danilo Aguilar, Attorney for Defendant

PROCEEDINGS:    MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs were represented in court by Attorney Matt Smith. Defendants were represented by Attorney Danilo Aguilar.

Attorney Matt Smith called witness:

**ADELLA CAPATI** (Owner of Saipan Handicraft). DX. CX. Defendant moved to admit Ex. A, B, C and D into evidence; Plaintiff objected for lack of dates. RDX. Defendant again moved **Ex. A,B,C and D** into evidence; no objection: Court so ordered. Plaintiff moved **Ex. 1,2,3,4 and 5** into evidence; no objection, Court so ordered.

Attorney Smith argued for the Preliminary Injunction.

Court requested that two dolls created by Gus Camacho and referred to during this argument be received. No objection by either counsel.

Attorney Aguilar argued on behalf of his defendants.

Court, after hearing all testimony and argument, took the matter under advisement and stated that a written decision would be forthcoming.

Adjourned 3:30 p.m.

K. Lynn Lemieux, Courtroom Deputy