F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

FILED
Clerk
District Court

JAN - 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Saipan Handicraft.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>            Plaintiff,<br>vs.<br><br>MICRONESIAN WOODCRAFT ENT., INC.; TIRZO J. ADRIATICO, individually and as President of Micronesian Woodcraft Ent., Inc.; and JOHN DOES 1-40,<br><br>            Defendants. | Civil Action No. 05-0040<br><br>**PROOF OF SERVICE** |

Pursuant to 28 USC §1746, I, Vicente T. Salas II, hereby declare under penalty of perjury that on the 6th day of January, 2006, at 3:50 p.m., I personally served true and correct copies of the ***Plaintiff's Reply To Defendants' Opposition To Plaintiff's Motion For Preliminary Injunction, Declaration of Adela Capati In Support of Preliminary Injunction and Declaration of Augustine T. Camacho In Support of Preliminary Injunction*** (filed on January 6, 2006) on Danilo T. Aguilar, Attorney for Defendant, by serving it on Joji Tagaban, at the Law Office of Danilo T. Aguilar, on the Ground Floor of the San Jose Court Building, Cor. Ghiyeghi St., and Wischira Way, San Jose, Saipan.

Executed this 9th day of January, 2006, on Saipan, Commonwealth of the Northern Mariana Islands.

                                                            _____
                                                            Vicente T. Salas II

ORIGINAL