

Figure 1: The card attached to Saipan Handicraft's Bo Jo Bo Wishing Doll. Picture taken from Exhibit A of the Verified Complaint, No. 1 (Dec. 1, 2005).

EXHIBIT A