

Figure 2: The card attached to Micronesian Woodcraft's Bojo Bo Wishing Doll. Picture taken from Exhibit B of the Verified Complaint, No. 1 (Dec. 1, 2005).