

Figure 3: Saipan Handicraft's Bo Jo Bo Wishing Dolls with attached card. Picture taken from Exhibit E of the Verified Complaint, No. 1 (Dec. 1, 2005).

EXHIBIT E