

Figure 4: Micronesian Woodcraft's Bojo Bo Wishing Dolls with attached card
Picture taken from Exhibit D of the Verified Complaint, No. 1 (Dec. 1, 2005)

EXHIBIT
A