

Figure 5. Micronesian Woodcraft's Bojo Bo Wishing Dolls as they were made in 1994. Picture taken from Exhibit C of the Verified Complaint, No. 1 (Dec. 1, 2005).

EXHIBIT 2