F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

FILED
Clerk
District Court

FEB – 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Saipan Handicraft.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| SAIPAN HANDICRAFT, | Civil Action No. 05-0040 |
|---|---|
| Plaintiff, | |
| vs. | |
| MICRONESIA WOODCRAFT ENT., INC.; TIRZO J. ADRIATICO, individually and as President of Micronesia Woodcraft Ent., Inc.; and JOHN DOES 1-40, | **PROOF OF SERVICE** |
| Defendants. | |

Pursuant to 28 USC §1746, I, Vicente T. Salas II, hereby declare under penalty of perjury that on the 2nd day of February, 2006, at 3:50 p.m., I personally served true and correct copies of the *Answer of Plaintiff To Counterclaims; Affirmative Defenses* (filed on February 2, 2006) on Danilo T. Aguilar, Attorney for Defendant, by serving it on Joji Tagaban, at the Law Office of Danilo T. Aguilar, on the Ground Floor of the San Jose Court Building, Cor. Ghiyeghi St., and Wischira Way, San Jose, Saipan.

Executed this 7th day of February, 2006, on Saipan, Commonwealth of the Northern Mariana Islands.

_____
Vicente T. Salas II

# *ORIGINAL*