Case 1:05-cv-00040  Document 24  Filed 02/13/2006  Page 1 of 3

Clerk
District Court

FEB 13 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

DANILO T. AGUILAR, F0198
Attorney at Law
P.O. Box 505301
First Floor, San Jose Court Bldg.
Cor. Ghiyeghi St. & Wischira Way
San Jose, Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Attorney for Defendant
MICRONESIA WOODCRAFT ENT., INC. et al.

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICRONESIA WOODCRAFT ENT., INC., TIRZO J. ADRIATICO, individually and as President of Micronesia Woodcraft Ent., Inc., and JOHN DOES 1-40,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 05-0040<br><br>**INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) AND LR 16.2CJ(d)** |

Defendants Micronesia Woodcraft Ent. and Tirso J. Adriatico, by and through their counsel, Danilo T. Aguilar, Esq., pursuant to Fed.R.Civ.P. 26(a)(1) and L.R. 16.2CJ(d), and hereby submit the following disclosures:

**I.　PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION.**

　　1.　Plaintiffs, and each of them, may have information regarding their claims. They may also have information regarding the damages they are seeking to recover.

　　2.　Defendants Micronesian Woodcraft Enterprises, Inc. and Tirso Adriatico, may have information regarding Plaintiffs' claims and

|   |   |
|---|---|
|   | Defendants' counterclaims, including the extent of any damages, if any. |
| 3. | Crystal Palace store located in Garapan, Saipan may have information regarding the Defendants' interference of contract counterclaim. |
| 4. | Mama's Store located along Beach Road in Garapan, Saipan may have information regarding the claims of the parties. |
| 5. | 1 2 3 Store located along Beach Road in Garapan, Saipan may have information regarding the claims of the parties; |
| 6. | Duty Free Shoppers, Ltd, located along Beach Road in Garapan, Saipan may have information regarding the claims of the parties; |
| 7. | ABC Stores Saipan located in Garapan, Saipan may have information regarding the claims of the parties; |
| 8. | Micro Brach Hotel located in Garapan, Saipan may have information regarding the claims of the parties; |
| 9. | Eugene Malabanan, with a mailing address of P.O. Box 501940, Saipan, M.P. 96950 may have information regarding Defendants' counterclaims, including the extent of damages, if any. |

Defendants reserve the right to amend and supplement this list if additional information becomes available during the course of discovery, pursuant to Fed.R.Civ.P. 26(e);

## II. LISTING, DESCRIPTION, AND LOCATION OF DOCUMENTS, DATA COMPILATIONS AND TANGIBLE THINGS.

1. Copies of sales receipts of Bojobo Dolls from 1995 to present;

2. Copies of advertisements by Defendants;

Pursuant to Rule 26(a)(1)(B), the documents and other tangible things listed above are in the possession of the Defendants and/or their attorney, and may be viewed as kept in the regular course of business, and copies by Plaintiffs, upon reasonable notice.

### III. CERTIFICATION

Pursuant to Fed.R.Civ.P. 26(g)(1), I hereby certify that to the best of my knowledge, information, and belief, formed after reasonable inquiry, that the above disclosures and complete and correct as of the date set forth below.

Dated this 13th day of February, 2006

_____
DANILO T. AGUILAR, F0198
Attorney for Defendants

3