FILED
Clerk
District Court

FEB 14 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Saipan Handicraft.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>MICRONESIA WOODCRAFT ENT.,<br>INC.; TIRZO J. ADRIATICO,<br>individually and as President of<br>Micronesia Woodcraft Ent., Inc.;<br>and JOHN DOES 1-40,<br><br>　　　　　　Defendants. | Civil Action No. 05-0040<br><br>**PLAINTIFF'S CONFERENCE STATEMENT**<br><br>Date: February 14, 2006<br>Time: 10:00 a.m.<br>Judge: Honorable Alex R. Munson |

　　　　Pursuant to LR 16.2CJ(e)(2) Plaintiff hereby submits the following in anticipation of the Case Management Conference:

**(a)　Service of Process**

　　　　Service of Process has been accomplished on all identified defendants, Micronesia Woodcraft Ent., Inc. and Tirzo Adriatico.

**(b)　Jurisdiction and Venue**

　　　　Plaintiff and served Defendants admit that jurisdiction and venue is properly placed with this Court.

**( c )　Anticipated Motions**

　　　　Motion to Amend Pleadings (to add three new named defendants);

　　　　Motion to Strike Affirmative Defenses:

　　　　Various Discovery Motions



    Motion to Show Cause

    Motion for Summary Judgment

    Motion for Preliminary Injunction against added defendants

**(d)**     **Special Procedures**

Future preliminary injunction motions may be able to be consolidated with the trial on the merits.

**(e)**     **Anticipated Discovery**

Discovery should not be limited.  Plaintiff expects to submit/use the following:

1. Interrogatories
2. Depositions
3. Requests for Admissions
4. Production of Documents

**(f)**     **Modification to Standard Procedures**

Plaintiff believes that there maybe a need to take the depositions of more than ten fact witnesses.

**(g)**     **Settlement**

No settlement discussions have taken place, but due to the unwillingness of Defendants to stop producing dolls that violate the trademarks and dress of Plaintiff and/or order of this court settlement seems impossible.

**(h)**     **Other Matters**

With an amended complaint pending, issues should not be limited at this time and matters should not be defined at this early date.

Respectfully submitted this    2-14-06   .

    F. MATTHEW SMITH
    Attorney for Plaintiff