FILED
Clerk
District Court

FEB 14 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| SAIPAN HANDICRAFT, | ) | Civil Action No. 05-0040 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE MANAGEMENT |
| | ) | SCHEDULING ORDER |
| MICRONESIAN WOODCRAFT ENTERPRISES, INC.; *et al.*, | ) ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in this matter on February 14, 2006.

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. *See e.g.* Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. *See* Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

AO 72
(Rev. 8/82)

Present were F. Matthew Smith on behalf of plaintiff and Danilo T. Aguilar on behalf of defendant.

As a result of the conference,

IT IS ORDERED THAT:

1. All parties are to be joined on or before July 5, 2006.

2. All motions to amend pleadings shall be filed on or before July 5, 2006.

3. All discovery shall be served by June 1, 2006. No discovery material shall be filed with the court except as necessary to support a motion.

4. All discovery motions shall be filed so as to be heard on or before July 27, 2006. Motions shall be filed in accordance with Local Rule 7.1.

5. A status/settlement conference will be held on May 26, 2006, at 9:30 a.m.

6. All dispositive motions shall be filed so as to be heard on or before September 7, 2006. Said motions shall be filed in accordance with Local Rules 7.1 and/or 56.1.

7. A settlement conference will be held on September 15, 2006, at 2:30 p.m.

8. The jointly-prepared final pretrial order shall be filed with the court by 3:30 p.m., October 6, 2006. (Local Rule 16.2CJ.e.9.)

9. A final pretrial conference will be held on October 12, 2006, at 2:30 p.m.

10. Trial shall begin on October 23, 2006, at 9:00 a.m.

AO 72
(Rev. 8/82)

This case has been assigned to the Standard Track.

IT IS SO ORDERED.

DATED this 14th day of February, 2006.

                                            */s/ Alex R. Munson*
                                            ALEX R. MUNSON
                                                  Judge

AO 72
(Rev. 8/82)