F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Saipan Handicraft.

F I L E D
Clerk
District Court

MAR 29 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>            Plaintiff,<br>vs.<br><br>MICRONESIAN WOODCRAFT ENT., INC.; TIRZO J. ADRIATICO, individually and as President of Micronesian Woodcraft Ent., Inc.; and JOHN DOES 1-40,<br><br>            Defendants. | Civil Action No. 05-0040<br><br>**STIPULATION TO LEAVE TO AMEND COMPLAINT;**<br>[Proposed] **ORDER GRANTING LEAVE TO AMEND** |

Plaintiff intends to seek leave of court to file a First Amended Complaint in the above-captioned matter to add and name several new defendants and supporting allegations, and to better define its trade dress allegations. Pursuant to Fed.R.Civ.P.15(a), at this stage of litigation, leave of Court or written consent of the adverse party is required to file such an amended complaint, "and leave shall be freely given when justice so requires."

Accordingly, the parties, by and through their attorneys, hereby stipulate to such amendment pursuant to Rule 15(a) and respectfully request an order from this Court granting such leave to amend.

SO STIPULATED this  3-29-06  .

_____
F. MATTHEW SMITH
Attorney for Plaintiff

_____
DANILO T. AGUILAR
Attorney for Defendants

*Stipulation --- Page 1 of 2*

## ORDER

Pursuant to the above-stipulation by the parties, and for good cause shown, the Court hereby grants Plaintiff leave to file an amended complaint.

SO ORDERED this ___3-29-06___.

_____
ALEX R. MUNSON
Chief Judge

RECEIVED

MAR 29 2006

Clerk
District Court
For The Northern Mariana...