F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

F I L E D
Clerk
District Court

APR 2 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Plaintiff.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT, | Civil Action No. 05-0040 |
| Plaintiff, | |
| vs. | **SUMMONS IN A CIVIL COMPLAINT** |
| MICRONESIA WOODCRAFT ENT., INC., | |

MICRONESIA WOODCRAFT ENT., INC.,
TIRZO J. ADRIATICO, individually and as
President of Micronesia Woodcraft Ent., Inc.,
A COMPANY, INC. dba Palm Tree Gift Shop,
ALINA'S, ARAM CO., LTD. dba Match,
ARENAS ENTERPRISE, INC. dba Ochee's Store,
BONG ENTERPRISES, INC. dba Esther Fashion,
ANTOINETTE F. CASTRO,
CHOON HEE LEE, HYUN JIN KIM,
COMMONWEALTH PACIFIC INT'L., INC.
dba Crystal Palace Gift Shop, TA BUN KUY,
FULL HOUSE, INC.
dba Micro Beach Hotel and CBA Store,
COSTA WORLD CORPORATION
dba Color Rich, DORA CO., LTD. dba Block's,
SHI.N.KA. FUJI MASSAGE PARLOR,
GREAT SUNSHINE CORPORATION
dba Haney,
J&T ENTERPRISES, INC. dba 7 Star Gift Shop,
KAN PACIFIC SAIPAN, LTD.
dba Mariana Resort & Spa Gift Shop,
KENKOZ CORP.,
KUMANOMI ISLAND CO., LTD.,
LK CORPORATION dba Rota Handicraft
LEE YOUNG JO, LEE BYUNG DEUK,
PACIFIC INT'L. CORPORATION
dba Marianas Woodcraft,
PACIFIC SUN LINES, INC.
dba Beach Gal and Cinderella,
FRANCISCO S. PANGELINAN,
IGARASHI SHO o TEN, INC.,
QJ CO., LTD. dba Beach Gift Shop,
RYU CORPORATION dba Ryu Gu Zyo Gift Shop,
TOTAL I CORPORATION,
TOWN, INC. dba Townhouse Dept. Store,

XUAN, BO LU,                                    ]
YUN'S CORPORATION dba Payless Supermarket,]
and JOHN DOES 1-30,                            ]
                                               ]
                    Defendants.               ]
_____]

### TO:   **GREAT SUNSHINE CORPORATION dba Haney**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney

> F. Matthew Smith
> Law Office of F. Matthew Smith, LLC
> 2nd Floor, UIU Bldg., San Jose Village
> P.O. Box 501127
> Saipan MP 96950

an answer to the First Amended Verified Complaint which is served on you with this summons,

twenty (20) days after service of the summons on you, exclusive of the day of service. If you fail

to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Any answer that you serve on the parties to this action must be filed with the Clerk of this Court

within a reasonable period of time after service.

GALO L. PEREZ, CLERK
District Court of the Northern Mariana
Islands

Dated this ____ day of April, 2006.

2

# PROOF OF SERVICE

Pursuant to 28 USC §1746, I, <u>RAINALDO S. AGULTO</u>, hereby declare under penalty of perjury that on the <u>21st</u> day of <u>April</u>, 2006, at <u>6:20</u> a.m./p.m., I personally served a true and correct copy of the ***Summons*** and the ***First Amended Verified Complaint*** (filed on <u>4/18</u> 2006) on <u>GREAT SUNSHINE CORPORATION dba HANEY</u> by serving it on <u>LI DAN (GENERAL MANAGER)</u> at the <u>HANEY GIFT SHOP IN GARAPAN</u>, Saipan.

Executed this <u>21st</u> day of <u>April</u>, 2006, on Saipan, Commonwealth of the Northern Mariana Islands.

RAINALDO S. AGULTO
Process Server