FILED
Clerk
District Court

APR 26 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Plaintiff.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT, <br><br> Plaintiff, <br> vs. <br><br> MICRONESIA WOODCRAFT ENT., INC., <br> TIRZO J. ADRIATICO, individually and as <br> President of Micronesia Woodcraft Ent., Inc., <br> A COMPANY, INC. dba Palm Tree Gift Shop, <br> ALINA'S, ARAM CO., LTD. dba Match, <br> ARENAS ENTERPRISE, INC. dba Ochee's Store, <br> BONG ENTERPRISES, INC. dba Esther Fashion, <br> ANTOINETTE F. CASTRO, <br> CHOON HEE LEE, HYUN JIN KIM, <br> COMMONWEALTH PACIFIC INT'L., INC. <br> dba Crystal Palace Gift Shop, TA BUN KUY, <br> FULL HOUSE, INC. <br> dba Micro Beach Hotel and CBA Store, <br> COSTA WORLD CORPORATION <br> dba Color Rich, DORA CO., LTD. dba Block's, <br> SHI.N.KA. FUJI MASSAGE PARLOR, <br> GREAT SUNSHINE CORPORATION <br> dba Haney, <br> J&T ENTERPRISES, INC. dba 7 Star Gift Shop, <br> KAN PACIFIC SAIPAN, LTD. <br> dba Mariana Resort & Spa Gift Shop, <br> KENKOZ CORP., <br> KUMANOMI ISLAND CO., LTD., <br> LK CORPORATION dba Rota Handicraft <br> LEE YOUNG JO, LEE BYUNG DEUK, <br> PACIFIC INT'L. CORPORATION <br> dba Marianas Woodcraft, <br> PACIFIC SUN LINES, INC. <br> dba Beach Gal and Cinderella, <br> FRANCISCO S. PANGELINAN, <br> IGARASHI SHO o TEN, INC., <br> QJ CO., LTD. dba Beach Gift Shop, <br> RYU CORPORATION dba Ryu Gu Zyo Gift Shop, <br> TOTAL I CORPORATION, <br> TOWN, INC. dba Townhouse Dept. Store, | Civil Action No. 05-0040 <br><br> **SUMMONS IN A CIVIL COMPLAINT** |

XUAN, BO LU,                                    ]
YUN'S CORPORATION dba Payless Supermarket,]
and JOHN DOES 1-30,                             ]
                                                ]
                    Defendants.                 ]
_____ ]

**TO:   TOWN, INC. dba Townhouse Dept. Store**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney

> F. Matthew Smith
> Law Office of F. Matthew Smith, LLC
> 2nd Floor, UIU Bldg., San Jose Village
> P.O. Box 501127
> Saipan MP 96950

an answer to the First Amended Verified Complaint which is served on you with this summons, twenty (20) days after service of the summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ, CLERK
District Court of the Northern Mariana Islands

Dated this 19th day of April, 2006.

By: _____
Tina P. Matsunaga, Deputy Clerk

## PROOF OF SERVICE

Pursuant to 28 USC §1746, I, __RAINALDO S. AGULTO__, hereby declare under penalty of perjury that on the __21st__ day of __April__, 2006, at __10:15__ a.m./p.m., I personally served a true and correct copy of the *Summons* and the *First Amended Verified Complaint* (filed on __4/18__ 2006) on __TOWN, INC. dba TOWNHOUSE DEPT. STORE__ by serving it on __DANIEL TAITINGFONG (GENERAL MANAGER)__ at the __PAYLESS SUPERMARKET IN CHALAN KANOA__, Saipan.

Executed this __21st__ day of __April__, 2006, on Saipan, Commonwealth of the Northern Mariana Islands.

*[signature]*
RAINALDO S. AGULTO
Process Server

3