F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

F I L E D
Clerk
District Court

MAY 1 0 2006

For The Northern Mariana Islands
By_____
  (Deputy Clerk)

Attorney for Plaintiff.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>              Plaintiff,<br>vs.<br><br>MICRONESIA WOODCRAFT ENT., INC., et al.,<br><br>              Defendants. | Civil Action No. 05-0040<br><br>**MOTION FOR EXPANDED PRELIMINARY INJUNCTION and FOR EXPEDITED HEARING**<br><br>Date:<br>Time:<br>Judge: Hon. Alex R. Munson |

**Motion for Expanded Injunction**

1.      Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Saipan Handicraft ("Handicraft"), hereby respectfully moves this Court for an expanded preliminary injunction order to stop all Defendants from counterfeiting, and selling counterfeits, of it trademarks and six (6) specific trade dress marks, from infringing upon its rights at common law and under the Federal Trademark Act of 1946, 15 U.S.C. §§ 1051, *et seq.*, from interfering with its business contracts and relations, competing unfairly and engaging in fraud during the pendency of this suit.

**Motion to Expedited Hearing**

2.      Further Handicraft moves this Court for this Court to set an expedited hearing on this motion as well as an expedited schedule for any opposition or reply deemed necessary by this Court; such expedited hearing measures necessary to prevent any further injustice or damages.

**Grounds**

3.      As grounds for these motions, Handicraft relies on its first amended verified

*Expanded Injunction Motion -- Page 1 of 2*



**ORIGINAL**

complaint, the memorandum accompanying this motion, as well as the declarations and exhibits in support thereof.

Respectfully submitted this  5-10-06  .


*signature*

F. MATTHEW SMITH
Attorney for Plaintiff Saipan Handicraft