

Case 1:05-cv-00040  Document 61-3  Filed 05/10/2006  Page 2 of 6







EXHIBIT D3





EXHIBIT E1