F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Plaintiff.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>                Plaintiff,<br>vs.<br><br>MICRONESIA WOODCRAFT ENT., INC., et al.,<br><br>                Defendants. | Civil Action No. 05-0040<br><br>**DECLARATION OF<br>JAMES DAVIES** |

I, James Davies, do hereby depose and say that:

1. I am fluent in Japanese, have acted as a translator of Japanese for Saipan Handicraft, and have personal knowledge regarding the matters stated herein.

2. On or around May 8, 2006, I used my computer to go onto the internet and visited the web-pages shown or pictured in **Exhibit 1**, which exhibit is attached hereto.

3. Following each web-page in **Exhibit 1** is a translation of the relevant portion of that page in English, which translation is true and correct and was done by me.

I declare under penalty of perjury under the laws of the Unites States of America that the foregoing statements are true to the best of my knowledge; and make this declaration this May 10, 2006, at San Jose, Saipan, CNMI.

_____
JAMES DAVIES

*Davies Declaration (Ex F) -- Page 1 of 1*

EXHIBIT F



EXHIBIT F1

Strap bojobo

Only in Japan
Made by Handicraft Company
From Saipan

Formally licensed
Made by Handicraft Company.

**EXHIBIT F2**



EXHIBIT F3



**EXHIBIT F4**



FAKE

**EXHIBIT F5**

Case 1:05-cv-00040　　Document 61-4　　Filed 05/10/2006　　Page 7 of 13

Yahoo!オークション − テレビ　話題！願いが叶うボージョボー人形・青　　　　2/2 ページ



□商品詳細

テレビで話題になったサイパンでしか手に入らないボージョボー人形です。サイパンに行ったので買ってきました。人形の腕を後ろで結べば金運が手に入り、足を結べば恋愛に効くと言われています。私も、実際に部屋に飾ってますが効果がありましたv(^o^)v　他の色も出品してます。

□支払詳細

Yahooかんたん決済・銀行振込・ぱるる(郵便振替)・ジャパンネット決済・イーバンク決済からお選び下さい。

□発送詳細

発送は定形外郵便にて一律￥140になります。

□コメント

神経質な方はご遠慮下さい。

今すぐ0円でADSLを手軽にはじめよう！
引っ越し・学生キャンペーンも同時実施中

プライバシーの考え方 − 利用規約 − プレミアム会員規約 − ガイドライン − ヘルプ・お問い合わせ
Copyright (C) 2006 Yahoo Japan Corporation. All Rights Reserved.

EXHIBIT F6

**EXHIBIT F7**



Product Description

Made popular by television, this is the Bojobo Doll that you can only get your hands on in Saipan. This is a product of Handicraft Corporation. Since I went to Saipan, I went ahead and purchased one. It is said that when you tie the arms in the back your get wealth and the legs you will find romance. Actually, I have one hanging in my room and it really works. Other colors also available.

Payment details

EXHIBIT F8




今までの理由ﾂﾂ　　　新しい理由ﾂﾂ

## HANDICRAFT社製の理由ﾂﾂについて

今までご注文いただいた理由ﾂﾂです。理由ﾂﾂが傷んでおり、廃棄を致しました。
しかし、これから新しく発売されます新しい人形の理由ﾂﾂが入荷に伴っております。
お気に召されるお客様に、今後発売されます人形の入荷に関しまして、
まだ発売されていないのが多くあるのです。また、当発売所の違いなど
により今後もご注文内容についてご連絡いたしますが、ご希望の
こちらの方から連絡致しますので、ご安心下さい。

当店はHANDI CRAFTのポージング人形を取り扱っております。
お好きなお人形をお選び下さい。



画像名から
・オレンジ
・チェリュル
・グリーン
・イエロー
・レッド








FAKE



GALLERIA

Yahoo!ジャパン - ポージング人形   【※お好きなお色をお選び頂けま...】   1/3 ページ

# HANDICRAFT社 FAKE
# 証明タグについて

今まで生産していた証明タグは左側です。証明タグに穴があいており、紐が穴を通っていました。
しかし、これから新しく生産されているボージョボー人形の証明タグは右側に変わっています。
穴はあいておらず、袋に同封されています。今後、生産されるボージョボー人形に関しては、
全て右側の新しいタグが同封されてくるとの事です。また、生産時期の違いなどで
色によっては今までの証明タグが付いてくる場合がございますが、
どちらのタグにしても本物ですので、ご安心下さい。

## 今までの証明タグ

NORTHERN MARIANA ISLANDS

## 新しい証明タグ

Legend
of the
Bo Jo Bo
Wishing Doll
HAND CRAFTS
NORTHERN MARIANA ISLANDS

EXHIBIT F9

Bojobo Doll (You can choose your favorite color)

It is the season for enter kindergarten-for entering school and for finding employment! For enter kindergarten-for entering school and for finding employment there will be plenty happening. Surely you have concerns as well. In regards to that, how about putting this Bojobo Doll to the test in granting your wishes. We are currently making it available at 10% off. Take advantage of this opportunity for happiness.

For a limited time only.

From the left of your screen.

Orange, Natural, Green, Yellow, Red

This is the Bojobo Doll that was introduced on the T.V. program.
We purchase directly from the Handicraft Company so put your mind at ease and purchase. Choose your favorite color.

In regards to the authentic tag of ones made by Handicraft Company:

The tags produced up to now are the tags shown on the left. The authentic tag has a hole in it with a string passing through it. However, in the future the new authentic Bojobo Doll tag that will be produced is the tag shown on the right. There is no hole and it is enclosed in a bag. That means that from now on the new tags to be produced will all be like the ones shown on the right and enclosed. Also, there is a possibility that, depending on the color and when they were produced, some may have either tag attached. In any case, which ever tag it is, rest assured that they are the real thing.

EXHIBIT F10





EXHIBIT G1