





EXHIBIT H2

F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Plaintiff.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>                Plaintiff,<br>vs.<br><br>MICRONESIA WOODCRAFT ENT., INC., et al.,<br><br>                Defendants. | Civil Action No. 05-0040<br><br>**DECLARATION OF<br>INVICTUS T. FELICIANO** |

I, Invictus T. Feliciano, do hereby depose and say that:

1. I am a distributor for Plaintiff Saipan Handicraft and have personal knowledge regarding the matters stated herein.

2. On March 13, 2006, at around 9:30 am, I went to Pacific Quick Print, in Garapan, to conduct some personal business. While I was in the store, I noticed an employee of Pacific Quick Print was making numerous copies of the Saipan Handicraft blue card. In total they made 243 copies before they stopped. A true and accurate copy of one of the 243 copies is attached hereto as **Exhibit 1**. I was told that the copies were being made for three men that were in the store.

3. I noticed that the three men were Chinese and were also making copies of the Saipan Handicraft blue card on the customer copy machine. I immediately called 911 and tried to stall the men in the hope that the police would quickly arrive to question them.

4.  Instead of waiting around, the three men jumped into a silver Toyota Echo (License No. ABY 204) and sped away. When the police arrived, I filed a complaint (Case No. 06-002472), but to date nothing has come of it.

5.  I purchased from Pacific Quick Print all 243 of the fake cards that had been copied that morning. In total more than 1000 fake cards were produced that morning at Pacific Quick Print.

6.  It is fairly easy to see that the cards are fakes, due to the darkness of the marks printed thereon.

I declare under penalty of perjury under the laws of the Unites States of America that the foregoing statements are true to the best of my knowledge; and make this declaration this May 10, 2006, at San Jose, Saipan, CNMI.

_____
INVICTUS T. FELICIANO








EXHIBIT I1



の名前はボー ジョー ボー。
はマリアナ諸島サイパンの小さな村サンロケから来たの。
い間、森に隠れているのだけど、
ージョー ボーの木からちょっと出てきたの。
わいくて、裕福で、たくましい私。
し,あなたが私の強さや愛やお金を必要とするなら、
べて持つことができる
ど でも,強さを得るためには、
なたのは私の腕を組み合わせ、
を得るにはためには、私の足を交差させる必要があるの。
金を得るためには、
の背中にまわして縛るといいわ。
して、最後にあなたがしなければいけないことは、
をあなたから見えるどこ
につるして、私を信じること。

えていて、私の愛は、私の目の種から、
の富は、私の腕と足のココナッツ繊維から、
の力は ボー ジョー ボーの木の実から出るのよ。

## BO JO BO WISHING DOLL™

My name is Bo Jo Bo. I came from San Roque, a little village in Saipan, Mariana Islands. I've been around a long time hiding in the woods and peeping out from the Bo Jo Bo vines I am loveable, rich and strong. If you need some of my strength, love or money you can have all I've got but you need to fold my arms for strength, cross my legs for love and if you need money, tie my hands behind my back. Then all you need to do is hang me up where you can see me and have faith.

Remember my love comes from the seeds of my eyes, my wealth from the coconut fiber of my arms and legs and my strength from my Bo Jo Bo Nuts.

私の名前はボー ジョー ボー。
私はマリアナ諸島サイパンの小さな村サンロケから来たの。
長い間、森に隠れているのだけど、
ボージョー ボーの木からちょっと出てきたの。
かわいくて、裕福で、たくましい私。
もし,あなたが私の強さや愛やお金を必要とするなら、
すべて持つことができる
けど でも,強さを得るためには、
あなたのは私の腕を組み合わせ、
愛を得るにはためには、私の足を交差させる必要があるの。
お金を得るためには、
私の背中にまわして縛るといいわ。
そして、最後にあなたがしなければいけないことは、
私をあなたから見えるどこ
かにつるして、私を信じること。

憶えていて、私の愛は、私の目の種から、
私の富は、私の腕と足のココナッツ繊維から、
私の力は ボー ジョー ボーの木の実から出るのよ。

BO JO BO WISHING DOLL™

My name is Bo Jo Bo. I came from San Roque, a little village in Saipan, Mariana Islands. I've been around a long time hiding in the woods and peeping out from the Bo Jo Bo vines I am loveable, rich and strong. If you need some of my strength, love or money you can have all I've got but you need to fold my arms for strength, cross my legs for love and if you need money, tie my hands behind my back. Then all you need to do is hang me up where you can see me and have faith.

Remember my love comes from the seeds of my eyes, my wealth from the coconut fiber of my arms and legs and my strength from my Bo Jo Bo Nuts.

私の名前はボー ジョー ボー。
私はマリアナ諸島サイパンの小さな村サンロケから来たの。
ているのだけど、
木からちょっと出てきたの。
で、たくましい私。
強さや愛やお金を必要とするなら、
できる
るためには、
を組み合わせ、
には、私の足を交差させる必要があるの。
は、
て縛るといいわ。
なたがしなければいけないことは、
えるどこ
を信じること。

愛は、私の目の種から、
と足のココナッツ繊維から、
ー ボーの木の実から出るのよ。

EXHIBIT 12

BO JO BO WISHING DOLL™

My name is Bo Jo Bo. I came from San Roque, a little village in Saipan, Mariana Islands. I've been around a long time hiding in the woods and peeping out from the Bo Jo Bo vines I am loveable, rich and strong. If you need some of my strength, love or money you can have all I've got but you need to fold my arms for strength, cross my legs for love and if you need money, tie my hands behind my back. Then all you need to do is hang me up where you can see me and have faith.

Remember my love comes from the seeds of my eyes, my wealth from the coconut fiber of my arms and legs and my strength from my Bo Jo Bo Nuts.

私の名前はボー ジョー ボー。
私はマリアナ諸島サイパンの小さな村サンロケから来たの。
長い間、森に隠れているのだけど、
ボージョー ボーの木からちょっと出てきたの。
かわいくて、裕福で、たくましい私。
もし,あなたが私の強さや愛やお金を必要とするなら、
すべて持つことができる
けど でも,強さを得るためには、
あなたのは私の腕を組み合わせ、
愛を得るにはためには、私の足を交差させる必要があるの。
お金を得るためには、
私の背中にまわして縛るといいわ。
そして、最後にあなたがしなければいけないことは、
私をあなたから見えるどこ
かにつるして、私を信じること。

憶えていて、私の愛は、私の目の種から、
私の富は、私の腕と足のココナッツ繊維から、
私の力は ボー ジョー ボーの木の実から出るのよ。

BO JO BO WISHING DOLL™

My name is Bo Jo Bo. I came from San Roque, a little village in Saipan, Mariana Islands. I've been around a long time hiding in the woods a
Bo vines I am
need some of
can have all I'
arms for stren
if you need m
back. Then all
where you can

Rememb
seeds of my e ut
fiber of my a th
from my Bo Jo Bo Nuts.

FAKE

EXHIBIT J



EXHIBIT J1