ORIGINAL

1  **LAW OFFICES OF EDWARD MANIBUSAN**
   **Edward Manibusan, Esq.**
2  P.O. Box 7934 SVRB
   Tun Antonio Apa Road
3  Saipan, MP 96950
   Telephone No. 235-6520
4  Facsimile No. 235-6522
   e-mail: emlaw@vzpacifica.net
5
   Attorney for Defendants Town, Inc., d.b.a.
6  Townhouse Dept. Store and Yun's
   Corporation, d.b.a. Payless Supermarket
7

**F I L E D**
Clerk
District Court

**MAY 1 0 2006**

For The Northern Mariana Islands
By_____
     (Deputy Clerk)

8            UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

9

10  SAIPAN HANDICRAFT,                              )    Civil Action No. 05-0040
                                                    )
11                                                  )
                                                    )
12              Plaintiff,                           )
                                                    )
13         vs.                                       )    ANSWER OF DEFENDANTS
                                                    )    TOWN, INC., dba TOWNHOUSE
14  MICRONESIA WOODCRAFT ENT., INC.,                )    DEPARTMENT STORE and
    TIRZO J. ADRIATICO, individually and as         )    YUN's CORPORATION, dba
    President of Micronesia Woodcraft Ent., Inc.,   )    PAYLESS SUPERMARKET
15  A COMPANY, INC. dba Palm Tree Gift Shop,        )    TO PLAINTIFF'S FIRST AMENDED
    ALINA'S, ARAM CO., LTD. dba Match,              )    VERIFIED COMPLAINT; DEMAND
16  ARENAS ENTERPRISE, INC. dba Ochee's Store,      )    FOR JURY TRIAL
    ANTOINETTE F. CASTRO,                           )
17  CHOON HEE LEE, HYUN JIN KIM,                    )
    COMMONWEALTH PACIFIC INT'L., INC.               )
18  dba Crystal Palace Gift Shop, TY BUN KUY,       )
    FULL HOUSE, INC.                                )
19  dba Micro Beach Hotel and CBA Store,            )
    COSTA WORLD CORPORATION                         )
20  dba Color Rich, DORA CO., LTD. dba Block's,     )
    SHI.N.KA. FUJI MASSAGE PARLOR,                  )
21  GREAT SUNSHINE CORPORATION                      )
    dba Haney,                                      )
22  J&T ENTERPRISES, INC. dba 7-Star Gift Shop,     )
    KAN PACIFIC SAIPAN, LTD.                        )
23  dba Mariana Resort & Spa Gift Shop,             )
    KENKOZ CORP.,                                   )
24  KUMANOMI ISLAND CO., LTD.,                      )
    LK CORPORATION dba Rota Handicraft              )
25  LEE YOUNG JO, LEE BYUNG DEUK,                   )
    PACIFIC INT'L CORPORATION                       )
26  dba Marianas Woodcraft,                         )
    PACIFIC SUN LINES, INC.                         )
27  dba Beach Gal and Cinderella,                   )
    FRANCISCO S. PANGELINAN,                        )
28  IGARASHI SHO o TEN, INC.,                       )

Answer to First Amended Complaint - Page 1 of 9

1  QJ CO., LTD. dba Beach Gift Shop,                )
   RYU CORPORATION dba Ryu Gu Zyo Gift Shop, )
2  TOTAL I CORPORATION,                           )
   TOWN, INC. dba Townhouse Dept. Store,          )
3  XUAN, BO LU,                                    )
   YUN'S CORPORATION dba Payless Supermarket,)
4  and,                                            )
   JOHN DOES 1-30,                                )
5                                                  )
                    Defendants                     )
6  _____)

7          COMES NOW Defendants Town, Inc. d.b.a. Townhouse Department Store (Defendant

8  Townhouse) and Yun's Corporation, d.ba. Payless Supermarket (Defendant Yun's Corp.), by and

9  through undersigned counsel, and hereby answers the allegations set forth in Saipan Handicraft's

10 (Plaintiff)  First Amended Verified Complaint, as follows:

11

12 1.     With respect to paragraph 1, Defendant Townhouse and Defendant Yun's Corp. admit  the

13        allegations.

14

15 2.     With respect to paragraph 2, Defendant Townhouse and Defendant Yun's Corp. deny the

16        allegations.

17

18 3.     With respect to paragraph 3, Defendant Townhouse and Defendant Yun's Corp. admit the

19        allegations.

20

21 4.     With respect to paragraphs 4 through 25, Defendant Townhouse and Defendant Yun's

22        Corp. are without knowledge or information sufficient to form a belief as to the truth of

23        the allegations, and on that basis, deny the allegations.

24

25 5.     With respect to paragraph 26, Defendant Townhouse and Defendant Yun's Corp. are

26        without knowledge or information sufficient to form a belief as to the truth of the

27        allegations, and on that basis, deny the allegations.

28

6.    With respect to paragraph 27, Defendant Townhouse and Defendant Yun's Corp. are without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, deny the allegations.

7.    With respect to paragraph 28, Defendant Townhouse and Defendant Yun's Corp. admit that Lee Byung Deuk is a CNMI resident and owner of Rota Handicraft.  Defendant Townhouse and Defendant Yun's Corp. are without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, deny all other allegations in paragraph 28.

8.    With respect to paragraphs 29 through 35, Defendant Townhouse and Defendant Yun's Corp. are without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, deny the allegations.

9.    With respect to paragraph 36, Defendant Townhouse and Defendant Yun's Corp. admit that TOWN, INC. is a CNMI corporation, which does business in the CNMI as, among other stores, Townhouse Department Store.  Defendant Townhouse and Defendant Yun's Corp. admit that it has sold dolls prior to being named as defendants in this civil action. Defendant Townhouse and Defendant Yun's Corp. deny all remaining allegations in paragraph 36.

10.    With respect to paragraph 37, Defendant Townhouse and Defendant Yun's Corp. are without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, deny the allegations.

11.    With respect to paragraph 38, Defendant Townhouse and Defendant Yun's Corp. admit that Yun's Corporation is a CNMI corporation in the CNMI as, among other stores,

1   Payless Supermarket.  Defendant Townhouse and Defendant Yun's Corp. admit that it

2   sold dolls prior to the filing of the present civil action.   Defendant Townhouse and

3   Defendant Yun's Corp. deny all remaining allegations in paragraph 38.

4

5   12.   With respect to paragraphs 39 through 64, Defendant Townhouse and Defendant Yun's

6   Corp. are without knowledge or information sufficient to form a belief as to the truth of

7   the allegations, and on that basis, deny the allegations.

8

9   13.   With respect to paragraphs 65 through 88, Defendant Townhouse and Defendant Yun's

10   Corp. are without knowledge or information sufficient to form a belief as to the truth of

11   the allegations, and on that basis, deny the allegations.

12

13   14.   Defendant Townhouse and Defendant Yun's Corp. deny any and all allegations in

14   paragraphs 1 through 88 of the First Amended Complaint not specifically admitted herein.

15

16   15.   With respect to paragraph 89, Defendant Townhouse and Defendant Yun's Corp. admit

17   the averment that Plaintif has protested alleged infringements and activities.  Defendant

18   Townhouse and Defendant Yun's Corp. are without knowledge or information sufficient

19   to form a belief as to the truth of the  averments as to how such communications were

20   allegedly made, and on that basis, deny the remaining allegations.

21

22   16.   With respect to paragraph 90, Defendant Townhouse and Defendant Yun's Corp. deny the

23   allegations.

24

25   17.   With respect to paragraphs 91 to 97, Defendant Townhouse and Defendant Yun's Corp.

26   deny the allegations.

27

28

Answer to Verified Complaint - - Page 4 of  9

18.    With respect to paragraph 98, Defendant Townhouse and Defendant Yun's Corp. repeat and incorporate by reference its answers to paragraphs 1 through 97.

19.    With respect to paragraphs 99 through 103, Defendant Townhouse and Defendant Yun's Corp. deny the allegations.

20.    With respect to paragraph 104, Defendant Townhouse and Defendant Yun's Corp. repeat and incorporate by reference its answers to paragraphs 1 through 103.

21.    With respect to paragraphs 105 through 107, Defendant Townhouse and Defendant Yun's Corp. deny the allegations.

22.    With respect to paragraph 108, Defendant Townhouse and Defendant Yun's Corp. repeat and incorporate by reference its answers to paragraphs 1 through 107.

23.    With respect to paragraphs 109 through 111, Defendant Townhouse and Defendant Yun's Corp. deny the allegations.

24.    With respect to paragraph 112, Defendant Townhouse and Defendant Yun's Corp. repeat and incorporate by reference its answers to paragraphs 1 through 111.

25.    With respect to paragraphs 113 through 115, Defendant Townhouse and Defendant Yun's Corp. deny the allegations.

26.    With respect to paragraph 116, Defendant Townhouse and Defendant Yun's Corp. repeat and incorporate by reference its answers to paragraphs 1 through 115.

1   27.   With respect to paragraphs 117 though 120, Defendant Townhouse and Defendant Yun's
2         Corp. deny the allegations.
3
4   28.   With respect to paragraph 121, Defendant Townhouse and Defendant Yun's Corp. repeat
5         and incorporate by reference its answers to paragraphs 1 through 120.
6
7   29.   With respect to paragraph 122 through 124, Defendant Townhouse and Defendant Yun's
8         Corp. deny the allegations.
9
10  30.   With respect to paragraph 125, Defendant Townhouse and Defendant Yun's Corp. repeat
11        and incorporate by reference its answers to paragraphs 1 through 124.
12
13  31.   With respect to paragraphs 126 through 131,  Defendant Townhouse and Defendant Yun's
14        Corp. deny the allegations.
15
16  32.   With respect to paragraph 132, Defendant Townhouse and Defendant Yun's Corp. repeat
17        and incorporate by reference its answers to paragraphs 1 through 131.
18
19  33.   With respect to paragraphs 133 through 135, Defendant Townhouse and Defendant Yun's
20        Corp. deny the allegations.
21
22  34.   With respect to paragraph 136, Defendant Townhouse and Defendant Yun's Corp. repeat
23        and incorporate by reference its answers to paragraphs 1 through 135.
24
25  35.   With respect to paragraphs 137 through 144, Defendant Townhouse and Defendant Yun's
26        Corp. deny the allegations.
27
28

36.    With respect to paragraph 145, Defendant Townhouse and Defendant Yun's Corp. repeat and incorporate by reference its answers to paragraphs 1 through 144.

37.    With respect to paragraphs 146 through 152, Defendant Townhouse and Defendant Yun's Corp. deny the allegations.

## AFFIRMATIVE DEFENSES

Defendant Townhouse and Defendant Yun's Corp. raise the following affirmative defenses against Plaintiff:

1.    Plaintiff has failed to state a claim upon which relief may be granted.

2.    Acquiescence.

3.    Laches.

4.    Estoppel.

5.    Waiver.

6.    Plaintiff has claimed trademarks that are not protectible because they are descriptive of the products and do not state the origin or manufacturer of the products.

7.    Prior use of the alleged trademark and trade dress by a party other than Plaintiff.

8.    Plaintiff's alleged trademark and trade dress are not registered with the United States Patent and Trademark Office.

9.    Plaintiff's alleged trade dress is aesthetically functional.

10.    Plaintiff's alleged trade dress is not distinctive and have not acquired secondary meaning.

11.    Plaintiff's failure to comply with the requirement of F.R.C.P. 9(b) that averments of fraud be stated with particularity

**DEMAND FOR JURY TRIAL**

Defendant Townhouse and Defendant Yun's Corp. hereby request that all issues in this matter be resolved at a trial by jury pursuant to F.R.C.P. 38.

**PRAYER FOR RELIEF**

For the foregoing reasons, Defendant Townhouse and Defendant Yun's Corp. pray that the court grant the following relief:

1.    That Plaintiff take nothing from his claims against Defendant Townhouse and Defendant Yun's Corporation.

2.    That Plaintiff's First Amended Verified Complaint be dismissed with prejudice.

3.    That the costs of defending these claims be assessed against Plaintiff pursuant to 15 U.S.C. § 1117(a).

4.    That Plaintiff's Registration Numbers, if they exist as alleged, be cancelled as authorized by 15 U.S.C. § 1119.

5.      Such other and further relief as the court may find just and proper.


RESPECTFULLY SUBMITTED this 10<u>th</u> day of May, 2006.


Edward Manibusan
Attorney for Defendants Town, Inc., d.b.a.
Townhouse Dept. Store and Yun's
Corporation, d.b.a. Payless Supermarket

Answer to Verified Complaint - - Page 9 of 9