*ORIGINAL*

1  **LAW OFFICES OF EDWARD MANIBUSAN**
   **Edward Manibusan, Esq.**
2  P.O. Box 7934 SVRB
   Tun Antonio Apa Road
3  Saipan, MP 96950
   Telephone No. 235-6520
4  Facsimile No. 235-6522
   e-mail: emlaw@vzpacifica.net
5

6  *Attorney for Defendants Town, Inc., dba*
   *Townhouse Dept. Store and Yun's*
7  *Corporation, dba Payless Supermarket*

8              UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS
9

10 SAIPAN HANDICRAFT,                )   **CIVIL ACTION NO. 05-0040**
                                     )
11              Plaintiff,           )
                                     )
12      vs.                          )
                                     )
13 MICRONESIAN WOOLDCRAFT ENT., INC.,)
   TIRZO J. ADRIATICO, individually and as )
14 President of Micronesia Woodcraft Ent., Inc., )
   A COMPANY, INC. dba Palm Tree Gift Shop, )
15 ALINA'S, ARAM CO., LTD. dba Match,  )
   ARENAS ENTERPRISES, INC. dba Ochee's Store,)
16 BONG ENTERPRISES, INC. dba Esther Fashion, )
   ANTOINETTE F. CASTRO,             )
17 CHOON HEE LEE, HYUN JIN KIM,      )   **PROOF OF SERVICE**
   COMMONWEALTH PACIFIC INT'L., INC. )
18 dba Crystal Palace Gift Shop, TA BUN KUY, )
   FULL HOUSE, INC.                  )
19 dba Micro Beach Hotel and CBA Store, )
   COSTA WORLD CORPORATION           )
20 dba Color Rich, DORA CO., LTD. dba Block's, )
   SHI.N.KA FUJI MASSAGE PARLOR,     )
21 GREAT SUNSHINE CORPORATION dba Haney, )
   J&T ENTERPRISES, INC. dba 7 Star Gift Shop, )
22 KAN PACIFIC SAIPAN, LTD.          )
   dba Mariana Resort & Spa Gift Shop, )
23 KENKOZ CORP.,                     )
   KUMANOMI ISLAND CO., LTD.,        )
24 LK CORPORATION dba Rota Handicraft )
   LEE YOUNG JO, LEE BYUNG DEUK,     )
25 PACIFIC INT'L. CORPORATION        )
   dba Marianas Woodcraft,           )
26 PACIFIC SUN LINES, INC.           )
   dba Beach Gal and Cinderella,     )
27 FRANCISCO S. PANGELINAN,          )
   IGARASHI SHO o TEN, INC.,         )
28 QJ CO., LTD. dba Beach Gift Shop, )

FILED
Clerk
District Court

MAY 10 2006

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

| | |
|---|---|
| 1 | RYU CORPORATION dba Ryu Gu Zyo Gift Shop, ) |
|   | TOTAL I CORPORATION, ) |
| 2 | TOWN, INC. dba Townhouse Dept. Store, ) |
|   | XUAN. BO LU, ) |
| 3 | YUN'S CORPORATION dba Payless Supermarket,) |
|   | and JOHN DOES 1-30, ) |
| 4 |   ) |
|   |         Defendants.           ) |
| 5 |   ) |

Pursuant to 28 USC § 1746, I, Audreyann DLG. Flores, hereby declare under penalty of perjury that on the 10th day of May, 2006, I personally served a true and correct copy of the ***Answer of Defendants Town, Inc. dba Townhouse Department Store and Yun's Corporation, dba Payless Supermarket to Plaintiff's First Amended Verified Complaint; Demand for Jury Trial*** (filed on May 10, 2006) on F. Matthew Smith, Attorney for Plaintiff, at the Law Office of F. Matthew Smith, LLC, on the 2nd Floor of the UIU Building, San Jose, Saipan.

Executed this 10th day of May, 2006, on Saipan, Commonwealth of the Northern Mariana Islands.

_____
Audreyann DLG. Flores