F I L E D
Clerk
District Court

MAY 1 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>Plaintiff,<br><br>vs.<br><br>MICRONESIAN WOODCRAFT ENTERPRISES, INC., *et al.*,<br><br>Defendant. | Case No. CV-05-0040<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED HEARING AND ORDER SCHEDULING HEARING** |

This matter came before the court on the *ex parte* motion to expedite the hearing for plaintiff's motion for expanded preliminary injunction. In the interests of conserving the resources of the court and the parties, the court will decide the motion without the necessity of a hearing.

**THE COURT**, having considered the motion and the representations of Mr. Matthew Smith as an officer of the court and for good cause shown, hereby

**GRANTS** plaintiff's motion to expedite the hearing; and,

**ORDERS** that the hearing for plaintiff's motion for expanded preliminary injunction be set for May 19, 2006, at 9:30 a.m.; and,

**FURTHER ORDERS** that the opposition brief may be filed no later than May 17, 2006, at 3:30 p.m.; and,

//

//

**FURTHER ORDERS** that a reply brief shall not be filed.

**IT IS SO ORDERED.**

**DATED** this 11th day of May, 2006.

                                          ALEX R. MUNSON
                                               Chief Judge