FILED
Clerk
District Court
MAY 1 1 2006
For The Northern Mariana Islands
By_____
(Deputy Clerk)

1 Richard W. Pierce, Law Office
P.O. Box 503514
Saipan, MP 96950-3514
Telephone:　(670) 235-3425
Facsimile:　(670) 235-3427

Attorney for Kan Pacific Saipan Ltd., Arenas Enterprises, Inc.; Commonwealth Pacific International, Inc.; Full House, Inc.; and Ta Bun Kuy

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,　　　　　　　) | Civil Action No. 05-0040 |
| 　　　　　　Plaintiff,　　　　　　　) | |
| vs.　　　　　　　　　　　　　　　　) | STIPULATION FOR EXTENSION OF |
| MICRONESIAN WOODCRAFT ENT., INC. ) | TIME TO RESPOND TO FIRST |
| ET AL.,　　　　　　　　　　　　　　) | AMENDED COMPLAINT |
| 　　　　　　Defendants.　　　　　　) | |

Plaintiff and the listed defendants stipulate that these defendants may have until June 1, 2006 to respond to the First Amended Complaint. A proposed order is filed herewith.

Respectfully submitted this May 11, 2006.

By: _____
RICHARD W. PIERCE
Attorney for Kan Pacific Saipan, Ltd.; Arenas Enterprises, Inc.; Commonwealth Pacific International, Inc.; Full House, Inc.; and Ta Bun Kuy

Agreed:

_____
F. MATTHEW SMITH

-1-