FILED
Clerk
District Court

MAY 11 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Richard W. Pierce, Law Office
P.O. Box 503514
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427

Attorney for Kan Pacific Saipan Ltd., Arenas Enterprises, Inc.; Commonwealth Pacific International, Inc.; Full House, Inc.; and Ta Bun Kuy

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>    Plaintiff,<br><br>vs.<br><br>MICRONESIAN WOODCRAFT ENT., INC. ET AL.,<br><br>    Defendants. | Civil Action No. 05-0040<br><br>ORDER ON STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT |

  Plaintiff and Kan Pacific Saipan, Ltd.; Arenas Enterprises, Inc.; Commonwealth Pacific International, Inc.; Full House, Inc.; and Ta Bun Kuy having stipulated that these defendants shall have until June 1, 2006 to respond to the First Amended Complaint,

  IT IS SO ORDERED this 11 day of May , 2006.

             _____
             ALEX R. MUNSON
             JUDGE

RECEIVED
MAY 11 2006
Clerk
District Court
The Northern Mariana Islands

-1-