ORIGINAL

F I L E D
Clerk
District Court

1  **LAW OFFICES OF EDWARD MANIBUSAN**
   **Edward Manibusan, Esq.**
2  P.O. Box 7934 SVRB
   Tun Antonio Apa Road
3  Saipan, MP 96950                                   MAY 1 1 2006
   Telephone No. 235-6520
4  Facsimile No. 235-6522                      For The Northern Mariana Islands
   e-mail: emlaw@vzpacifica.net                By_____
5                                                       (Deputy Clerk)
   Attorney for Defendants LK Corporation,
6  d.b.a. Rota Handicraft and Lee Byung Deuk

7                      UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS
8

9

10  SAIPAN HANDICRAFT,                    )      Civil Action No. 05-0040
                                          )
11                                        )
                                          )
12            Plaintiff,                   )
                                          )
13       vs.                               )      FIRST STIPULATION EXTENDING
                                          )      TIME FOR DEFENDANT LK
14  MICRONESIA WOODCRAFT ENT., INC.,      )      CORPORATION AND LEE, BYUNG
    ET. AL.,                               )      DEUK TO FILE ANSWER TO
15                                        )      PLAINTIFF'S FIRST AMENDED
                                          )      COMPLAINT
16                                        )
                                          )
17                                        )
              Defendants                   )
18  _____ )

19
        COMES NOW F. Matthew Smith, Esq, counsel for Plaintiff Saipan Handicraft and Edward
20
    Manibusan, Esq., counsel for Defendants LK Corporation, dba Rota Handicraft and Lee, and file this
21
    stipulation to enlarge time, as authorized by Federal Rule of Civil Procedure 6(b).
22

23
                                    **STIPULATION**
24
    1.   Plaintiff is Saipan Handicraft; defendants are LK Corporation, dba Rota Handicraft and Lee,
25
         Byung Deuk.
26

27
    2.   Plaintiff sued defendant for: Use of False Designation in Interstate Commerce, Trademark
28

1   Infringement, Trade Dress Infringement, Unfair Competition, Tortious Interference with

2   Contracts, Interference with Business Relationships with Customers, Interference with

3   Competitor's Contract for Supply of Raw Materials, Conversion, Violation of the Consumer

4   Protection Act, and Fraud, Counterfeiting, Deceit.

5

6   3.   Defendants were required to file an Answer to the First Amended Verified Complaint by May

7        11, 2006.

8

9   4.   Defendants will be unable to file an Answer to the First Amended Verified Complaint by the

10       deadline because of the complexity of the many claims set forth in the Complaint and the need

11       to ensure that all responses are set forth with due diligence.

12

13  5.   Therefore, the parties stipulate that Defendants LK Corporation and Lee, Byung Deuk may

14       have until June 1, 2006 to file an Answer to Plaintiff's First Amended Verified Complaint.

15

16                                    **CONCLUSION**

17       For these reasons, the parties ask the court to enlarge the time for Defendants LK

18  Corporation and Lee, Byung Deuk to file an Answer until June 1, 2006.

19

20       SO STIPULATED this 11th day of May 2006.

21

22

23  F. Matthew Smith, Esq.                  Edward Manibusan, Esq.
    Attorney for Plaintiff                  Attorney for Defendants LK Corporation,
                                            d.b.a. Rota Handicraft and Lee Byung Deuk.

24

25

26

27

28