F I L E D
Clerk
District Court

MAY 1 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1 LAW OFFICES OF EDWARD MANIBUSAN
Edward Manibusan, Esq.
2 P.O. Box 7934 SVRB
Tun Antonio Apa Road
3 Saipan, MP 96950
Telephone No. 235-6520
4 Facsimile No. 235-6522
e-mail: emlaw@vzpacifica.net
5
Attorney for Defendants LK Corporation,
6 d.b.a. Rota Handicraft and Lee Byung Deuk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| SAIPAN HANDICRAFT, | ) | Civil Action No. 05-0040 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER ON STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT |
| MICRONESIA WOODCRAFT ENT., INC., ET. AL., | ) | |
| Defendants | ) | |

After considering the parties stipulation to enlarge time for Defendant LK Corporation and Defendant Lee, Byung Deuk to file an Answer to Plaintiff's First Amended Verified Complaint, the court

DENIES the request to enlarge time.

FINDS there is cause to enlarge the time for Defendant LK Corporation and Defendant Lee, Byung Deuk to file an Answer to Plaintiff's First Amended Verified Complaint. Therefore the court GRANTS the request to enlarge time until June 1, 2006.

IT IS SO ORDERED this 12TH day of May, 2006.

_____
ALEX R. MUNSON
U.S. DISTRICT JUDGE