F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Saipan Handicraft.

FILED
Clerk
District Court

MAY 12 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,                      ]<br>                                         ]<br>            Plaintiff,                   ]<br>   vs.                                   ]<br>                                         ]<br> MICRONESIA WOODCRAFT ENT., INC., et al., ]<br>                                         ]<br>            Defendants.                  ]<br>                                         ]<br>_____] | Civil Action No. 05-0040<br><br>**PROOF OF SERVICE** |

Pursuant to 28 USC §1746, I, Vicente T. Salas II, hereby declare under penalty of perjury that on the 11th day of May, 2006, I personally served true and correct copies of the *Order Granting Plaintiff's Motion For Expedited Hearing and Order Scheduling Hearing* (filed on May 11, 2006) on the following;

| | | |
|---|---|---|
| ☑ | Personal Service | Danilo T. Aguilar, Esq.<br>Ground Floor, San Jose Court Bldg. |
| ☐ | Mail | P.O. Box 505301<br>Saipan MP 96950 |
| ☐ | Facsimile | Fax No. (670) 234-1251 |
| ☑ | Personal Service | Richard W. Pierce, Esq.<br>2nd Floor, Alexander Building, San Jose |
| ☐ | Mail | P.O. Box 503514<br>Saipan MP 96950 |
| ☐ | Facsimile | Fax No. (670) 235-3427 |

**ORIGINAL**

| | | |
|---|---|---|
| ☑ | Personal Service | Edward Manibusan, Esq. |
| | | Tun Antonio Apa Road, Fina Sisu |
| ☐ | Mail | P.O. Box 7934 SVRB |
| | | Saipan, MP 96950 |
| ☐ | Facsimile | Fax No. (670) 235-6522 |
| | | |
| ☑ | Personal Service | Michael W. Dotts, Esq. |
| | | 2nd Floor, Nauru Building, Susupe |
| ☐ | Mail | P.O. Box 501969 |
| | | Saipan, MP 96950 |
| ☐ | Facsimile | Fax No. (670) 234-5683 |
| | | |
| ☑ | Personal Service | Colin Thompson, Esq. |
| | | 2nd Floor, JET Tenorio Bldg., Gualo Rai |
| ☐ | Mail | P.O. Box 7757 SVRB |
| | | Saipan, MP 96950 |
| ☐ | Facsimile | Fax No. (670) 233-076 |

Executed this 11th day of May, 2006, at Saipan, Commonwealth of the Northern Mariana Islands.

_____
Vicente T. Salas II