F I L E D
Clerk
District Court

MAY 1 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2ⁿᵈ Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Saipan Handicraft.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT, ] | Civil Action No. 05-0040 |
| ] | |
| Plaintiff, ] | |
| vs. ] | |
| ] | **PROOF OF SERVICE** |
| MICRONESIA WOODCRAFT ENT., INC., et al., ] | |
| ] | |
| Defendants. ] | |
| ] | |
| _____ ] | |

Pursuant to 28 USC §1746, I, Vicente T. Salas II, hereby declare under penalty of perjury that on the 11ᵗʰ day of May, 2006, at around 4:15 p.m., I personally served true and correct copies of the ***Motion For Expanded Preliminary Injunction and For Expedited Hearing*** and ***Memorandum In Support of Motion For Expanded Preliminary Injunction*** (filed on May 10, 2006) on the following;

| | | |
|---|---|---|
| ☑ | Personal Service | Edward Manibusan |
| | | Attorney for LK Corporation dba Rota Handicraft and |
| ☐ | Mail | Lee Byung Deuk |
| | | P.O. Box 7934 SVRB |
| | | Saipan MP 96950 |
| ☐ | Facsimile | Fax No. (670) 234-6522 |

Executed this 12ᵗʰ day of May, 2006, at Saipan, Commonwealth of the Northern Mariana Islands.

_____
Vicente T. Salas II

# *ORIGINAL*