F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

F I L E D
Clerk
District Court

MAY 1 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Saipan Handicraft.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>          Plaintiff,<br>vs.<br><br>MICRONESIA WOODCRAFT ENT., INC., et al.,<br><br>          Defendants. | Civil Action No. 05-0040<br><br>**PROOF OF SERVICE** |

Pursuant to 28 USC §1746, I, F. Matthew Smith, hereby declare under penalty of perjury that on the 10th day of May, 2006, I personally served true and correct copies of the *Motion For Expanded Preliminary Injunction and For Expedited Hearing* and *Memorandum In Support of Motion For Expanded Preliminary Injunction* (filed on May 10, 2006) on Michael W. Dotts, Attorney for Defendant Kumanomi Island Co., Ltd., at the Law Office of F. Matthew Smith, LLC, 2nd Floor, UIU Building, San Jose, Saipan.

Executed this 12th day of May, 2006, at Saipan, Commonwealth of the Northern Mariana Islands.

F. MATTHEW SMITH

**ORIGINAL**