F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Saipan Handicraft.

F I L E D
Clerk
District Court

MAY 1 2 2006

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT, <br><br> Plaintiff, <br> vs. <br><br> MICRONESIA WOODCRAFT ENT., INC., et al., <br><br> Defendants. | Civil Action No. 05-0040 <br><br> **PROOF OF SERVICE** |

Pursuant to 28 USC §1746, I, Vicente T. Salas II, hereby declare under penalty of perjury that on the 10th day of May, 2006, I personally served true and correct copies of the *Motion For Expanded Preliminary Injunction and For Expedited Hearing* and *Memorandum In Support of Motion For Expanded Preliminary Injunction* (filed on May 10, 2006) on the following;

| | | |
|---|---|---|
| ☐ | Personal Service | Danilo T. Aguilar, Esq. |
| ☐ | Mail | Ground Floor, San Jose Court Bldg. <br> P.O. Box 505301 <br> Saipan MP 96950 |
| ☐ | Facsimile | Fax No. (670) 234-1251 |
| | | |
| ☐ | Personal Service | Richard W. Pierce, Esq. |
| ☐ | Mail | 2nd Floor, Alexander Building, San Jose <br> P.O. Box 503514 <br> Saipan MP 96950 |
| ☐ | Facsimile | Fax No. (670) 235-3427 |

Executed this 11th day of May, 2006, at Saipan, Commonwealth of the Northern Mariana Islands.

_____
Vicente T. Salas II

**ORIGINAL**