F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

FILED
Clerk
District Court

MAY 1 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Saipan Handicraft.

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT, <br><br> Plaintiff, <br> vs. <br><br> MICRONESIA WOODCRAFT ENT., INC., et al., <br><br> Defendants. | Civil Action No. 05-0040 <br><br><br> **PROOF OF SERVICE** |

Pursuant to 28 USC §1746, I, Vicente T. Salas II, hereby declare under penalty of perjury that on the 11th day of May, 2006, I personally served true and correct copies of the *Motion For Expanded Preliminary Injunction and For Expedited Hearing* and *Memorandum In Support of Motion For Expanded Preliminary Injunction* (filed on May 10, 2006) on the following;

☐ Personal Service    Colin Thompson, Esq.
                      2nd Floor, JET Tenorio Bldg., Gualo Rai
☐ Mail                P.O. Box 7757 SVRB
                      Saipan, MP 96950
☐ Facsimile           Fax No. (670) 233-076

Executed this 11th day of May, 2006, at Saipan, Commonwealth of the Northern Mariana Islands.

_____
Vicente T. Salas II

**ORIGINAL**