F I L E D
Clerk
District Court

MAY 16 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT, | CIVIL ACTION No. 05-0040 |
| Plaintiffs(s) | |
| -v- | |
| MICRONESIA WOODCRAFT ENT., INC., et al., | |
| Defendant(s) | |

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __12th__ day of __May__, 2006 at __2:25 p.m.__, I personally served upon __CQJ CO., LTD. dba BEACH GIFT SHOP__ a true and correct copy of the:

[ ] Summons and Complaint

[X] Order dated __5/11/06__.

[X] Other (specify) __ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED HEARING AND ORDER SCHEDULING HEARING/__ in the above-captioned matter.
MOTION FOR EXPANDED PRELIMINARY INJUNCTION and FOR EXPEDITED HEARING/MEMORANDUM IN SUPPORT OF MOTION FOR EXPANDED PRELIMINARY INJUNCTION.

Service was made as follows:

[ ] By delivering it to the aforesaid person.

[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

[X] By delivering it to __JIN KOO CHO__, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT BOO BOO OFFICE IN CHALAN LAULAU__

The charge for service is: __$ 20.00__

Dated, this __12th__ day of __May__, 2006.

*Rainaldo S. Agulto* (signature)
Rainaldo S. Agulto

Hearing date: __5/19/06   9:30 a.m.__