F I L E D
Clerk
District Court

MAY 16 2006

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

SAIPAN HANDICRAFT,                          :        CIVIL ACTION   No. 05-0040
_____            :        _____
              Plaintiffs(s)                 :
                   -v-                       :
MICRONESIA WOODCRAFT ENT.,INC.,:
_____            :
et al.,            Defendant(s)             :

DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years,
and not a party to this case; and that on the ___12th___ day of ___May___, 2006
at ___2:30 p.m.___, I personally served upon __CHOON HEE LEE_____,
a true and correct copy of the:

[  ]  Summons and Complaint
[x ]  Order dated ___5/11/06_____.
[x ]  Other (specify) ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED
       HEARING AND ORDER SCHEDULING HEARING/ in the above-captioned matter.
       MOTION FOR EXPANDED PRELIMINARY INJUNCTION and FOR EXPEDITED
       HEARING/MEMORANDUM IN SUPPORT OF MOTION FOR EXPANDED PRELIMINARY
Service was made as follows:   INJUNCTION.
[X ]  By delivering it to the aforesaid person.
[  ]  By delivering it at the aforesaid person's usual residence with _____
       who is over the age of 18 and who also resides there.
[  ]  By delivering it to _____, who is an officer or
       managing agent of the above-named individual or corporation.

                                            AT TIC TOC CORP. OFFICE IN CHALAN LAULAU
The place where said service was made is: _____

                             $ 20.00
The charge for service is: _____

Dated, this ___12th___ day of ___May___, 2006.

                                            _____
                                            Rainaldo S. Agulto

Hearing date: ___5/19/06   9:30 a.m.___