```
                                                      FILED
                                                       Clerk
                                                    District Court
        IN THE UNITED STATES DISTRICT COURT         MAY 1 6 2006
                       FOR THE                   For The Northern Mariana Islands
        COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS By_____
                                                      (Deputy Clerk)
```

| | | |
|---|---|---|
| SAIPAN HANDICRAFT, | : | CIVIL ACTION No. 05-0040 |
| Plaintiffs(s) | : | |
| -v- | : | |
| MICRONESIA WOODCRAFT ENT., INC., | : | |
| et al.,   Defendant(s) | : | |

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __12th__ day of __May__, 2006 at __3:00 p.m.__, I personally served upon __J&T ENTERPRISES, INC. dba 7 STAR GIFT SHOP__ a true and correct copy of the:

[ ] Summons and Complaint

[X] Order dated __5/11/06__.

[X] Other (specify) __ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED HEARING AND ORDER SCHEDULING HEARING/__ in the above-captioned matter.
__MOTION FOR EXPANDED PRELIMINARY INJUNCTION and FOR EXPEDITED HEARING/MEMORANDUM IN SUPPORT OF MOTION FOR EXPANDED PRELIMINARY INJUNCTION.__

Service was made as follows:

[ ] By delivering it to the aforesaid person.

[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

[X] By delivering it to __FLORENTE C. VIRAY__, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT VIRAY ENTERPRISES OFFICE IN SAN ANTONIO__

The charge for service is: __$ 20.00__

Dated, this __12th__ day of __May__, 2006.

_____
Rainaldo S. Agulto

Hearing date: __5/19/06   9:30 a.m.__