F I L E D
Clerk
District Court

MAY 1 6 2006

For The Northern Mariana Islands
By_____
(Deputy C.c.)

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

SAIPAN HANDICRAFT,                              : CIVIL ACTION No. 05-0040
                Plaintiffs(s)                   :
        -v-                                     :
MICRONESIA WOODCRAFT ENT., INC.,                :
et al.,         Defendant(s)                    :

DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __13th__ day of __May__, 2006 at __5:00 p.m.__, I personally served upon __RYU CORPORATION dba RYU GU ZYO GIFT SHOP__, a true and correct copy of the:

[ ] Summons and Complaint

[X] Order dated __5/11/06__.

[X] Other (specify) ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED HEARING AND ORDER SCHEDULING HEARING/ in the above-captioned matter. MOTION FOR EXPANDED PRELIMINARY INJUNCTION and FOR EXPEDITED HEARING/MEMORANDUM IN SUPPORT OF MOTION FOR EXPANDED PRELIMINARY INJUNCTION.

Service was made as follows:

[ ] By delivering it to the aforesaid person.

[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

[X] By delivering it to __WANG JUN__, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT JAPANESE RESTAURANT IN GARAPAN__

The charge for service is: __$ 20.00__

Dated, this __13th__ day of __May__, 2006.

*Rainaldo S. Agulto* (signature)
Rainaldo S. Agulto

Hearing date: __5/19/06   9:30 a.m.__