F I L E D
Clerk
District Court

MAY 1 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

SAIPAN HANDICRAFT,             :    CIVIL ACTION No. 05-0040
_____    :
        Plaintiffs(s)           :
              -v-               :
MICRONESIA WOODCRAFT ENT.,INC.,:
et al.,                         :
        Defendant(s)            :

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __13th__ day of __May__, 2006 at __5:10 p.m.__, I personally served upon __IGARASHI SHO o TEN, INC.,__, a true and correct copy of the:

[ ] Summons and Complaint

[X] Order dated __5/11/06__.

[X] Other (specify) ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED HEARING AND ORDER SCHEDULING HEARING/ in the above-captioned matter.
MOTION FOR EXPANDED PRELIMINARY INJUNCTION and FOR EXPEDITED HEARING/MEMORANDUM IN SUPPORT OF MOTION FOR EXPANDED PRELIMINARY INJUNCTION.

Service was made as follows:

[ ] By delivering it to the aforesaid person.

[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

[X] By delivering it to __FRANCISCO PANGELINAN__, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT LATTE CAFE IN BEACH ROAD GARAPAN__

The charge for service is: __$ 20.00__

Dated, this __13th__ day of __May__, 2006.

_____
Rainaldo S. Agulto

Hearing date: __5/19/06   9:30 a.m.__