F I L E D
Clerk
District Court

MAY 1 6 2006

For The Northern Mariana Islands
By_____
(Deputy C.:. )

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

SAIPAN HANDICRAFT,                    :    CIVIL ACTION No. 05-0040
_____           :    _____
         Plaintiffs(s)                :
              -v-                     :
MICRONESIA WOODCRAFT ENT.,INC.,:
et al.,                               :
         Defendant(s)                 :

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the **13th** day of **may**, 2006 at **5:10 p.m.**, I personally served upon **FRANCISCO S. PANGELINAN**, a true and correct copy of the:

[ ] Summons and Complaint

[X] Order dated **5/11/06**.

[X] Other (specify) ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED HEARING AND ORDER SCHEDULING HEARING/ in the above-captioned matter. MOTION FOR EXPANDED PRELIMINARY INJUNCTION and FOR EXPEDITED HEARING/MEMORANDUM IN SUPPORT OF MOTION FOR EXPANDED PRELIMINARY INJUNCTION.

Service was made as follows:

[X] By delivering it to the aforesaid person.

[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

[ ] By delivering it to _____, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: **AT LATTE CAFE IN BEACH ROAD GARAPAN**

The charge for service is: **$ 20.00**

Dated, this **13th** day of **May**, 2006.

_____
Rainaldo S. Agulto

Hearing date: **5/19/06   9:30 a.m.**