F I L E D
Clerk
District Court

MAY 17 2006

IN THE UNITED STATES DISTRICT COURT

For The Northern Mariana Islands

FOR THE

By_____
(Deputy Clerk)

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

SAIPAN HANDICRAFT,

Plaintiffs(s)

-v-

MICRONESIA WOODCRAFT ENT., INC., et al.,

Defendant(s)

CIVIL ACTION No. 05-0040

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case; and that on the __16th__ day of __May__, 2006 at __1:55 p.m.__, I personally served upon __PACIFIC INT'L CORPORATION dba MARIANAS WOODCRAFT__ a true and correct copy of the:

[ ] Summons and Complaint

[X] Order dated __5/11/06__.

[X] Other (specify) __ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED HEARING AND ORDER SCHEDULING HEARING/__ in the above-captioned matter.

__MOTION FOR EXPANDED PRELIMINARY INJUNCTION and FOR EXPEDITED HEARING/MEMORANDUM IN SUPPORT OF MOTION FOR EXPANDED PRELIMINARY INJUNCTION.__

Service was made as follows:

[ ] By delivering it to the aforesaid person.

[ ] By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

[X] By delivering it to __JESS PANTALEON__, who is an officer or managing agent of the above-named individual or corporation.

The place where said service was made is: __AT PSG PROFESSIONAL CORP. OFFICE IN SAN JOSE__

The charge for service is: __$ 20.00__

Dated, this __16th__ day of __May__, 2006.

_Rainaldo S. Agulto_
Rainaldo S. Agulto

Hearing date: __5/19/06    9:30 a.m.__