FILED
Clerk
District Court

MAY 1 7 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

SAIPAN HANDICRAFT,                          :          CIVIL ACTION    No.  05-0040
_____ :          _____
               Plaintiffs(s)                :
                    -v-                      :
MICRONESIA WOODCRAFT ENT.,INC.,:
et al.,         Defendant(s)                 :

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years,

and not a party to this case; and that on the ___16th___ day of ___May___, 2006

at ___3:30 p.m.___, I personally served upon __SHI.N.KA. FUJI MASSAGE PARLOR__

a true and correct copy of the:

[  ]  Summons and Complaint

[ x ]  Order dated ___5/11/06___.

[ X ]  Other (specify) ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED
        HEARING AND ORDER SCHEDULING HEARING/ in the above-captioned matter.
        MOTION FOR EXPANDED PRELIMINARY INJUNCTION and FOR EXPEDITED
        HEARING/MEMORANDUM IN SUPPORT OF MOTION FOR EXPANDED PRELIMINARY
Service was made as follows:    INJUNCTION.

[  ]  By delivering it to the aforesaid person.

[  ]  By delivering it at the aforesaid person's usual residence with _____

      who is over the age of 18 and who also resides there.

[ X ]  By delivering it to _____LIU WEN HUA_____, who is an officer or

      managing agent of the above-named individual or corporation.

The place where said service was made is: __AT FUJI MASSAGE PARLOR IN GARAPAN__

The charge for service is: ___$ 20.00___

Dated, this ___16th___ day of ___May___, 2006.

_Rainaldo S. Agulto_ (signature)
Rainaldo S. Agulto

Hearing date: ___5/19/06    9:30 a.m.___