FILED
Clerk
District Court

MAY 1 7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

DANILO T. AGUILAR, F0198
Attorney at Law
P.O. Box 505301
First Floor, San Jose Court Bldg.
Cor. Ghiyeghi St. & Wischira Way
San Jose, Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Attorney for Defendant
MICRONESIA WOODCRAFT ENT. INC., et al.

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>        Plaintiff,<br><br>        v.<br><br>MICRONESIA WOODCRAFT ENT., INC., TIRZO J. ADRIATICO, individually and as President of Micronesia Woodcraft Ent., Inc., A COMPANY, INC. dba Palm Tree Gift Shop, ALINA'S ARAM CO., LTD. dba Match, ARENAS ENTERPRISES, INC. dba Esther Fashion, ANTOINETTE F. CASTRO, CHOON HEE LEE, HYUN JIN KIM, COMMONWEALTH PACIFIC INTL., INC. dba Crystal Palace Gift shop, TA BUN KUY, FULL HOUSE, INC. dba Micro Beach Hotel and CBA Store, COSTA WORLD CORPORATIN dba Color Rich, DORA CO., LTD. dba Block's, SHI.N.KA. FUJI MASSAGE PARLOR, GREAT SUNSHINE CORPORATION dba Haney, J&T ENTERPRISES, INC. dba 7 Star Gift Shop, KAN PACIFIC SAIPAN, LTD. dba Mariana Resort & Spa Gift Shop, KENKOZ CORP., KUMANOMI ISLAND CO., LTD. LK CORPORATION dba Rota Handicraft, LEE YOUNG JO, LEE, BYUNG DEUK, PACIFIC INTL. CORPORATION dba Marianas | CIVIL ACTION NO. 05-0040<br><br><br><br>**DEFENDANTS MICRONESIA WOODCRAFT ENTERPRISES, INC. AND TIRSO J. ADRIATICO'S OPPOSITION TO MOTION FOR EXPANDED PRELIMINARY INJUNCTION** |

| | |
|---|---|
| Woodcraft, PACIFIC SUN LINES, INC. dba Beach Gal and Cinderella, FRANCISCO S. PANGELINAN, IGARASHI SHO o TEN, INC., QJ CO., LTD. dba Beach Gift Shop, RYU CORPORATION dba Ryu Gu Zyo Gift Shop, TOTAL I CORPORATION, TOWN HOUSE, INC. dba Townhouse Dept. Store, XUAN BO LU, YUN'S CORPORATION dba Payless Supermarket and JOHN DOES 1-30, Defendants. | |

COMES NOW, Defendants, Micronesia Woodcraft Enterprises, Inc., by and through their undersigned counsel Danilo T. Aguilar, Esq., hereby opposes Plaintiff's Motion For Expanded Preliminary Injunction. Plaintiffs have not presented additional evidence to warrant an expansion of the court's order entered on January 17, 2006.

This motion, as it applies to Defendants Micronesia Woodcraft Enterprises, Inc. and Tirso J. Adriatico, should be deemed a motion to reconsider and should be denied..

Dated this 17th day of May, 2006

DANILO T. AGUILAR, F0198
Attorney for Defendants
Micronesia Woodcraft Enterprises,
Inc. and Tirso J. Adriatico