```
                                    Clerk
                                District Court

                                MAY 1 7 2006           ORIGINAL

Richard W. Pierce, Law Office
P.O. Box 503514                 For The Northern Mariana Islands
Saipan, MP 96950-3514           By_____
Telephone: (670) 235-3425              (Deputy Clerk)
Facsimile: (670) 235-3427
```

Attorney for Kan Pacific Saipan Ltd., Arenas Enterprises, Inc.; Commonwealth Pacific International, Inc.; Full House, Inc.; and Ta Bun Kuy

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT, <br><br> Plaintiff, <br><br> vs. <br><br> MICRONESIAN WOODCRAFT ENT., INC. ET AL., <br><br> Defendants. | Civil Action No. 05-0040 <br><br> EX PARTE REQUEST FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION FOR EXPANDED PRELIMINARY INJUNCTION |

Arenas Enterprises, Inc., Pacific International, Inc., Full House, Inc., Ta Bun Kuy, and Kan Pacific Saipan, Ltd., request that the Court enlarge the time for responding to Plaintiff's Motion for Expanded Preliminary Injunction. It is requested that the time be enlarged until the opening of business on May 18, 2006.

The opposition papers were completed on May 17, 2006 and emailed to Plaintiff's council. Further, an attempt was made to confer with Plaintiff's counsel concerning the enlargement of time, but he was not in his office at the time of the telephone call. Council acted diligently in this matter considering the short response time and other matters. *See* Declaration of Richard W. Pierce, ¶¶ 3 and 4, filed herewith.

The opposition is material to these defendants because of the belief that they are not acting in any manner that should be enjoined.

-1-

A proposed order is attached.

Submitted this May 17, 2006.

_____
RICHARD W. PIERCE
For Arenas Enterprises, Inc., Pacific International, Inc., Full House, Inc., Ta Bun Kuy, and Kan Pacific Saipan, Ltd.

Richard W. Pierce, Law Office
P.O. Box 503514
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427

Attorney for Kan Pacific Saipan Ltd., Arenas Enterprises, Inc.; Commonwealth Pacific International, Inc.; Full House, Inc.; and Ta Bun Kuy

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>        Plaintiff,<br><br>vs.<br><br>MICRONESIAN WOODCRAFT ENT., INC. ET AL.,<br><br>        Defendants. | Civil Action No. 05-0040<br><br>ORDER ON REQUEST TO ENLARGE TIME FOR RESPONDING TO PLAINTIFF'S MOTION FOR EXPANDED PRELIMINARY INJUNCTION |

Good cause appearing,

IT IS HERBY ORDERED, that Arenas Enterprises, Inc., Pacific International, Inc., Full House, Inc., Ta Bun Kuy, and Kan Pacific Saipan, Ltd., shall have until the opening of business on May 18, 2006, to file their opposition papers to Plaintiff's Motion for Expanded Preliminary Injunction.

IT IS SO ORDERED this ___ day of May, 2006.

                                              ALEX R. MUNSON
                                              JUDGE