F I L E D
Clerk
District Court

MAY 18 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Richard W. Pierce, Law Office
P.O. Box 503514
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427

Attorney for Kan Pacific Saipan Ltd., Arenas Enterprises, Inc.; Commonwealth Pacific International, Inc.; Full House, Inc.; and Ta Bun Kuy

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT, <br><br> Plaintiff, <br><br> vs. <br><br> MICRONESIAN WOODCRAFT ENT., INC. ET AL., <br><br> Defendants. | Civil Action No. 05-0040 <br><br> ORDER ON REQUEST TO ENLARGE TIME FOR RESPONDING TO PLAINTIFF'S MOTION FOR EXPANDED PRELIMINARY INJUNCTION |

Good cause appearing,

IT IS HERBY ORDERED, that Arenas Enterprises, Inc., Pacific International, Inc., Full House, Inc., Ta Bun Kuy, and Kan Pacific Saipan, Ltd., shall have until the opening of business on May 18, 2006, to file their opposition papers to Plaintiff's Motion for Expanded Preliminary Injunction.

IT IS SO ORDERED this 18TH day of May, 2006.

_____
ALEX R. MUNSON
JUDGE

RECEIVED

MAY 17 2006

Clerk
District Court
The Northern Mariana Islands

-1-