Richard W. Pierce, Law Office
P.O. Box 503514
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427

F I L E D
Clerk
District Court

MAY 18 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**ORIGINAL**

Attorney for Kan Pacific Saipan Ltd., Arenas Enterprises, Inc.; Commonwealth Pacific International, Inc.; Full House, Inc.; and Ta Bun Kuy

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT, <br><br> Plaintiff, <br><br> vs. <br><br> MICRONESIAN WOODCRAFT ENT., INC. ET AL., <br><br> Defendants. | Civil Action No. 05-0040 <br><br> DECLARATION OF TA BUN KUY IN OPPOSITION TO PLAINTIFF'S REQUEST FOR AN EXPANDED PRELIMINARY INJUNCTION |

I, Ta Bun Kuy, declare as follows:

1. I am a defendant in this action. I am also the President of Commonwealth Pacific International, Inc., and Full House, Inc., two other defendants.

2. Commonwealth Pacific International and Full House operate retail establishments in the Commonwealth of the Northern Mariana Islands.

3. Since this Court's granting of a preliminary injunction to Plaintiff in January 2006 and my learning of it through a letter from Plaintiff's counsel, I have taken affirmative steps to avoid selling BoJoBo wishing dolls with a pistachio nut cap and with a packaging that appears to mimic Plaintiff's. However, I did cause Full House to buy

200 dolls from Saipan Handicraft, and those were sold in outlets of Commonwealth Pacific International and Full House.

4. Otherwise, I caused the retail outlets of Commonwealth Pacific International and Full House to stop selling dolls with a pistachio nut hat from suppliers other than Saipan Handicraft. Later, I caused the hats from the dolls of other suppliers to be removed, and the dolls were sold without the card previously used that might have appeared similar to Saipan Handicraft's card. I developed my own packaging.

5. BoJoBo wishing dolls now sold by Commonwealth Pacific International and Full House contain packaging as shown on the attached Exhibit A and are encased in clear plastic wrapping. None have a pistachio nut cap and none use the legend of the BoJoBo wishing doll used by Saipan Handicraft. I created my own double luck packing. The card is under copyright protection.

6. The color and size of the card are related to the requirements of printing and the efficient means to print on a standard sheet of paper, 8 ½ by 11. Dark paper will not permit the printing to be seen; therefore, light pastel colors are required. A white color is too bland. The size of the card relates to the efficient use of a single sheet of paper.

7. The name "Saipan Gifts Omiyage" is prominently printed on the card. The word handicraft is not used and the circle symbol employed by Saipan Handicraft on its card is not used on cards produced for Saipan Gifts Omiyage.

8. The dress is common island dress to distinguish a female. The tie around the dress is necessary to keep the strains in tact. The red bean is common to the CNMI is no more than functional to designate the face.

9. I have no desire to transgress any legally recognized trademark of Saipan Handicraft and I have taken affirmative steps to have Commonwealth Pacific International and Full House comply with the Court's preliminary injunction.

10. On information and belief, Saipan Handicraft created confusion in the market by advertising that BoJoBo wishing dolls marketed in compliance with the Court's preliminary injunction decision in January 2006 were counterfeit dolls.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

May 17, 2006, Saipan, CNMI.

_____
Ta Bun Kuy



Exhibit A
Declaration of Ta Bun Kuy