FILED
Clerk
District Court

MAY 18 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**ORIGINAL**

Richard W. Pierce, Law Office
P.O. Box 503514
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427

Attorney for Kan Pacific Saipan Ltd., Arenas Enterprises, Inc.; Commonwealth Pacific International, Inc.; Full House, Inc.; and Ta Bun Kuy

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICRONESIAN WOODCRAFT ENT., INC. ) <br> ET AL., ) <br> ) <br> ) <br> Defendants. ) | Civil Action No. 05-0040 <br><br> DECLARATION OF RICHARD W. PIERCE IN OPPOSITION TO PLAINTIFF'S REQUEST FOR AN EXPANDED PRELIMINARY INJUNCTION and IN SUPPORT OF REQUEST FOR ENLARGEMENT OF TIME |

I, Richard W. Pierce, declare as follows:

1. I am counsel in this matter for Arenas Enterprises, Inc., Pacific International, Inc., Full House, Inc., Ta Bun Kuy, and Kan Pacific Saipan, Ltd.

2. Attached hereto are true copies of the following available from the internet:

a) Saipan Tribune article dated November 17, 2005, on the Taimanao family's historical production of the Bayogo Wishing Doll.

b) Advertisement for coconut wishing dolls.

c) Oscar nomination for "My Wishing Doll."

d) Japanese Embassy guide for daruma wishing doll.

-1-

  e)  Description of daruma from Center for Japanese Studies.

  f)  The Wishing Doll short story.

  g)  The Star Shaman Wishing Doll

  3.  Since receipt of the Court's order scheduling the filing date for oppositions and a hearing, I have worked on this case on short notice in a reasonable manner considering time constraints and other duties. I thought I would be able to file by 3:30 p.m., and I worked diligently on the matter to meet the deadline but did not. I did not have time to obtain declarations from Kan Pacific and Arenas Enterprises, Inc.; however, on information and belief, Kan Pacific sold dolls after this Court's order was presented to them with the cap taken off and the hair cut, as directed by Plaintiff's agent; small, key chain dolls were also sold but have now been discontinued. Also, on information and belief, Arenas Enterprises sold one doll in total and that was to the Plaintiff's agent.

  4.  I have sent this declaration and the request for enlargement of time to the Plaintiff by email this May 17, 2006 and the two other defense attorneys of which I am aware. I called Plaintiff's attorney to seek his concurrence with the enlargement of time but he was not in his office when I called.

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  May 17, 2006, Saipan, CNMI.

                _____
                Richard W. Pierce

# SAIPANTRIBUNE.COM

Thursday November 17, 2005   SUBSCRIBE | ADVERTISE | CONTACTS | ARCHIVES   Volume 15 Issue 321

**Outrage over Bayogo Wishing Dolls claims**

Several residents on the sleepy island of Rota recently had a rude awakening when Saipan Handicraft claimed ownership of what they argue is part of their cultural heritage: the Bayogo Wishing Dolls.

Virginia R. Taimanao said she was shocked to receive a letter from attorney F. Matthew Smith, claiming that his clients are creators of the "Bo Jo Bo" Wishing Doll. The letter stated that his clients have "a trademark interest" in the dolls.

Taimanao said that the crafting of the original "mini Bayogo Wishing Doll" was passed down from her father, who reportedly operated a local handicraft shop from the late 1960s until 1994.

She said she could remember helping his father make these dolls as a teenager 31 years ago. The craft was passed down to Merced R. Tainamao, who kept the family tradition until she died in the year 2004.

The doll was first introduced to consumers through the Duty Free in 1976, and they began selling to other shops in the CNMI. The legend was translated into Japanese around this period. Virginia Taimanao said they have receipts and documents dating back to this time; unfortunately due to typhoons they lost some older documents. She, however, said everyone on Rota know that the dolls originated with her family.

Virginia Taimanao alleged that Saipan Handicraft attorney F.M. Smith sent letters to several residents on the island, stating that they are prohibited to manufacture the dolls. The letters also allegedly told shop owners to take the dolls from the shelves and that the dolls are "not authentic."

Virginia Taimanao vowed to continue with the family business and expressed hopes that the Bayogo Wishing Dolls remain a family tradition. When asked how she felt about the allegations that she copied the dolls, she replied, "It's a lie! The individuals who claim to have originated the Bayogo Wishing Dolls are liars!"

According to her, the authentic Bayogo Wishing Dolls originated on Rota, made from Rota bayogo seed and even the name is Chamorro.

"The word bayogo is pronounced 'Bo Jo Go.' There is no 'J' in Chamorro-the letter 'Y' sounds like 'J.' These Filipinos calls their dolls, Bo Jo Bo, but these traditional wishing dolls, by any name, are part of our personal heritage and handed down by my family," she said.

Virginia Taimanao said the people of Rota consider their traditional Bayogo Wishing Doll as much a part of their culture as weaving coconut leaves. "We never discouraged locals from making bayogo seed dolls."

She said they knew some Saipan handicraft shops are making the dolls because they stopped buying Rota's dolls years ago. She added that these makers still go to Rota to buy bayogo seeds.

Virginia Taimanao said seeds are scarce on other islands but they thrive on Rota.

"The thing is, these people profited for years making our mini Bayogo Wishing Dolls-and we never bothered them! Now they want everything for themselves! We are outraged! They have broken the laws of fair trade, but they will never steal our heritage! We will fight!" she said.

Virginia Taimanao vowed that they would continue to manufacture the dolls because these are their dolls, "and having an 'interest in a trademark' is not the same as possessing a trademark. Who are they trying to fool? They will not get away with this!" (PR)

Story by Contributing author
Contact this reporter



## The Store With Aloha

**Browsing Store**

- Island Fashions
- Island Beauty
- Hawaiian Jewelry
- Island Foods
- Gifts and Souvenirs
- Hawaii Keepsakes
- Flowers & Plants
- Music & Videos



Check Out
0 Items
$0.00 Total



Specials

### Coconut Wishing Dolls
Gifts and Souvenirs / Souvenirs



**Item #:** WISHING
**Your Price:** $11.00
**COLR:**
YELLOW

1　[Buy]

Special Sale! New Fun Item!
Internet and Phone orders only.
Hawaiian Coconut Wishing Dolls

Experience the magic of the coconut by having your own coconut wishing doll! Its arms can be your source of love and energy, its shell will protect and keep you safe from harm and most of all, hang the wishing doll in a bright and sunny place for good fortune and healthy life.

Measures approximately 9 inches.
Similar to Hawaiian 'Tiki' statues which symbolize different fortunes.

Yellow represents Happiness
Green represents Wealth / Prosperity
Orange represents Strength/Power.
Pink represents Love / Romance
White represents Peace

*Sorry, Orange is temporarily not available*

Regular price $13.99 each (Savings of $2.00!)

Throughout the centuries the Pacific Islanders have considered the coconut "The Tree of Life" due to its countless use in their daily lives, from its roots to the leaves.

The coconut fruit, their source of food and thirst quencher, the leaves and trunk for shelter and protection from nature, its oil for an energy source.

The coconut is also a source of health products for its anti-aging and therapeutic powers. Its shell has been made into countless fashion and household products as well as air purification systems.

The Coconut Wishing Doll was made popular when a high profile Japanese actor and actress made claims stating that their lives became more successful and romantic with these cute little guys.

**Related Items:**

# SONGWRITERS HALL OF FAME
**Inducted 1975 | ASCAP Writer**

# MACK DAVID

## DISCOGRAPHY

1-14 of 14 Entries

| | |
|---|---|
| 1967 | Oscar Nomination for Best Song: MY WISHING DOLL from HAWAII |
| | Golden Laurel Nomination for Best Song: MY WISHING DOLL from HAWAII |
| 1966 | Golden Laurel Nomination for Best Song: BALLAD OF CAT BALLOU, THE fr[om] BALLOU |
| | Oscar Nomination for Best Song: BALLAD OF CAT BALLOU, THE from CAT |
| 1965 | Oscar Nomination for Best Song: HUSH...HUSH, SWEET CHARLOTTE from SWEET CHARLOTTE |
| | Golden Laurel Nomination for Best Song: HUSH...HUSH, SWEET CHARLOT[TE from] HUSH...HUSH, SWEET CHARLOTTE |
| 1964 | Golden Laurel Award for Best Song: IT'S A MAD MAD MAD MAD WORLD fr[om] MAD, MAD, MAD, MAD WORLD |
| | Oscar Nomination for Best Song: IT'S A MAD MAD MAD MAD WORLD from MAD, MAD, MAD WORLD |
| 1963 | Oscar Nomination for Best Song: WALK ON THE WILD SIDE from WALK O[N THE WILD] SIDE |
| 1962 | Oscar Nomination for Best Song: BACHELOR IN PARADISE from BACHELO[R IN] PARADISE |
| | Golden Laurel Nomination for Best Song: BACHELOR IN PARADISE from B[ACHELOR IN] PARADISE |
| 1960 | Golden Laurel Nomination for Best Song: HANGING TREE, THE from HANG[ING TREE,] THE |
| | Oscar Nomination for Best Song: HANGING TREE, THE from HANGING TR[EE] |
| 1951 | Oscar Nomination for Best Song: BIBBIDI BOBBIDI BOO from CINDERELL[A] |

- HOME
- PHOTO GALLERY
- BIOGRAPHY
- DISCOGRAPHY
- RECOMMENDED MATERIALS
- ACKNOWLEDGEMENTS

© 2002-2006 The Songwriters Hall of Fame | Contact Us

1-14 of 14 Entries

skip navigations | Japanese (日本語) |  [search]

Home | Embassy Guide | Japan-UK Relations | News | Visa | Study Japan | Teach in Japan | Events | Foreign Policy | Japan Info | Japan Links

# Embassy Guide

## JICC Japanese artefacts for loan

Listed below are some of the artefacts that are available for loan from the JICC. It may be possible to borrow further items upon request. Please note that we can only lend to organisations and that in many cases, artefacts must be collected in person from the Embassy. To receive an application form, please send a request letter on headed paper to the JICC.

| Item | Japanese name | Description |
|---|---|---|
| Abacus | Soroban | |
| Art work | Kaiga | paintings |
| Assorted Toy Sets | Furusato no asobi / Nihon no gangu | |
| Bells | Furin | Various designs |
| Boys' Day Doll Sets | Gogatsu Ningyo | Miniature boxed set |
| Carp streamers | Koinobori | Large size |
| CDs | | Various traditional, orchestral, & pop |
| Cotton kimono | Yukata | Children and adults |
| Cup and ball game | Kendama | Wood |
| Daruma | Daruma | Wishing doll |
| Dolls | Ningyo | black kimono / white kimono / matsuri (festival) / bride / kyoto |
| Fans | Sensu | Various |
| Food samples | Fudo sanpuru | Sushi, tempura etc. |
| Footwear | Geta, zori | Assorted, mainly small |
| Girls' Day Doll Sets | Hina Ningyo | Miniature boxed set |
| Hanging scrolls | Kakejiku | Various |
| Happi coats | Happi | Various sizes & colours |
| Japanese Dolls | Ningyo | Fragile beauty |
| Japanese Flag | Kokki | Large and table size |
| Kimono | Uchikake | Wedding kimono display |
| Kites | Tako | Various designs |
| Lantern Sets | Chochin | Miniature, 5 per set |

**Embassy Guide**

Embassy Guide
Japan Information
  Contact
  Library
  Loan Servi[ce]
  Videos
  Artefacts
  Media Ser[vices]
  Speaker S[ervice]

| | | |
|---|---|---|
| Men's pleated skirt | *Hakama* | Traditional clothing |
| Mochi set and hammer | *Mochi tsuki set* | For making rice balls |
| Portable shrine | *Mikoshi* | Mini display |
| Samurai armour | *Samurai* | Mini display |
| Spinning tops | *Koma* | Assorted sizes |
| Storytelling pictures | *Kami Shibai* | Various stories |
| Tableware | *Shokki* | Assorted bowls, chopsticks |
| Tea ceremony set | *Sadou set* | Traditional set |
| Wooden dolls | *Kokeshi* | Boxed sets |



Teacher Resources
Student Resources
Japan-related Organizations
Japan Opportunities

# TEACHER RESOURCES

**JAPANKIT FOR LOWER ELEMENTARY**

**Books, Plays, Magazines, etc.:**

Informative Texts:

    A to Zen
    Count Your Way Through Japan
    Konnichiwa! I Am a Japanese-American Girl
    Best-loved Children's Songs from Japan
    Blue JapanKit notebook

Folktales:

    Crow Boy (plus study guide)
    The Peach Boy
    The Moon Princess

Videotapes:

    Big Bird in Japan

**Posters, maps, artwork:**

One painting/engraving of flowers

One poster of girls in kimono:
Kimono were worn in pre-modern times by the elite, and today they are worn mainly for special occasions. Most people in Japan today do not wear kimono.

Poster of kana (basic Japanese characters):
Japan has three major scripts. The two basic ones are hiragana and katakana shown here. The third is made up of Chinese characters called kanji.

Poster of cherry blossoms and poem:
Cherry blossoms are one of the most famous and popular flowers in Japan. In pre-modern times (c. 600-1800) it was common for elites to gather and compose poetry about them. This practice is somewhat

continued today in the practice of hana-mi. Literally flower-viewing, people gather under cherry trees in full bloom and have parties.

### In the Rubbermaid box:

Carp banner:
These carp banners are flown mainly in the spring, especially around the time of Children's Day on May 5 (also known as Boy's Day as opposed to the Girl's Day on March 3).

Large wooden stacking tower/doll

Miniature emperor and empress dolls:
These two dolls are minature versions of Hina-Matsuri dolls, or dolls for Girl's Day celebrated on March 3. The dolls generally represent characteristic images of court-life during the Heian Period (c.800-1180 CE). They are ceremonial dolls put on display for the weeks surrounding Girl's Day.

One pair of blue chopsticks in a box

One pair of pink chopsticks in a box

Set of two wooden kokeshi (armless and legless dolls) in paper box:
These dolls are a favorite traditional handicraft of many rural areas of Japan.

Folding fans:
Fans were objects carried by both men and women elites throughout Japanese history. They could be used as ornamentation as well as to keep one cool.

Two small connected wooden geta (sandals), plus a bell

Wooden hand-held toy decorated with a ladybug

Wooden hand-held toy helicopter

One Washi Doll (made from traditional Japanese paper)

### Clothes:

Brown-purple flowered furoshiki(carrying scarf):
These handkerchiefs are often used to carry things instead of bags. The object is simply placed in the middle, and the four corners tied up around it. It is considered much more aesthetic than using a bag.

Purple furoshiki (carrying scarf)

One pair of small orange geta (sandals)

**Toys and crafts:**

Red sachet

Decorated ball

One red paper-mache Daruma:
A wishing doll traditionally bought at New Years. Generally, one fills in the left eye, makes a wish, and writes the wish on the bottom of the doll. When the wish comes true, one fills in the eye, and on the next New Year, burns the Daruma. Then one buys another and the process starts all over. The distinctive shape comes from the idealized image of the historical Daruma, the Japanese name for the founder of Zen Buddhism (Bodidharma)

UM Gateway | LSA Home | Rackham Home | International Institute | Asia Library

Center for Japanese Studies
The University of Michigan
Suite 3640, 1080 S. University Ave. Ann Arbor, MI 48109-1106
Phone: 734.764.6307, Fax: 734.936.2948, E-Mail: umcjs@umich.edu



*where authors and readers come together!*

Hear about AuthorsDen | Join! | Login!

Authors | Books | Stories | Articles | Poetry | Blogs | News | Events | Reviews | Broadcasts | Success | Support | Bookstor

**Featured Authors:** John Prophet, John Johnston, Caryn Day-Suarez, Ron Chalice, Dread Pirate, Aram Shivati Light, Nickolaus Pacione, C. J. Stevens, Manes Pierre, ~ Chanti, William Lowenkamp, Judy Kenned

Home > Short Stories > Horror

### Sandra S Corona

biography
books
articles
poetry
news
events
**short stories**
my blog
contact author

- Has 1,035 titles at AuthorsDen.
- Received 4,048 reviews.
- Being tracked by 8 people.
- Save to My Library
- Share with a friend
- Add to my Bookmarks List
- Member Since: **Before 2003**

newsletter

Subscribe to the Sandra S Corona Newsletter. Enter your name and email below and click "sign me up!"

Name:

Email:

[ Sign Me Up! ]

Bookmarks
Add this page to your Bookmarks List

Sandra S Corona, click here to update your web pages on AuthorsDen.com.

### New Stories by Sandra S Corona

I Have to Ask

## Horror

This short story is rated "PG13" by the Author.

Share    Print    Save    Author Tracker

# The Wishing Doll (written in 1970)
By Sandra S Corona

Last edited: Thursday, October 27, 2005
Posted: Saturday, October 08, 2005

An old short story of jealousy.
**********************

THE WISHING DOLL
by Sandra S. Corona

One of those violet colored evenings when the rain has taken prisoners, it was only natural that the children should be fighting. Where was the rainbow in the sky?
Two girls--each with only one natural parent left--they played one against the other. Each parent thought the other's child was the "problem child".
Lynda, the quiet, withdrawn one, was seven; Robin, the blonde social butterfly, was eleven. They were constantly at odds with one another. Lynda was always "doing things".
Lynda sat down on the carpeted steps knowing that she soon would be sent upstairs to her room . . . again. Robin had started the argument but no one ever seemed to believe that.
Her stepmother hurried from the kitchen, through the hallway and stood tapping her foot at the end of the staircase. "Why are you sitting there? You know better than to break a vase because you can't watch your favorite program on television."
Pouting, lip quivering, Lynda interrupted, "I did not do it!"
"Lying is even worse, young lady." It was hard being a step-parent. "Now go to your room."
Whimpering, Lynda got up and scampered up the stairway to her bedroom at the end of the hall.
Robin's pigtails bobbed up and down as she skipped around the foyer, tired of watching television. In the den, the girls had not been able to agree on one station. Robin had knocked a vase over, told her mom that Lynda had done it and leisurely enjoyed watching her show. It worked every time.
Waltzing into the kitchen, Robin chatted away. "When are we going to get rid of her, mom? She's nothing but trouble."
Mother smiled, embraced her only child, "Let's not tease her, sweetheart."



# The Star Shaman Wishing Doll



This wonderful wall doll, made of paper, sticks, and polymer clay, does more than just hang around. He can help you make all of your wishes come true - acting as a reminder that you actually have the power to do that.

Versions of our Star Shaman reside all over the world and so far, no one has called to say he has failed his mission. He makes a wonderful gift for any occasion or no occasion, or you can make one for your very own wall.



**Star Shaman's Card Says:**

When you wish upon a star,
He will show you where you

**What You Will Need:**
**Please note:** This doll is protected by Copyright and may not be made for resale. Permission is granted to make **Star Shamans** for gifts and personal use only.

2 matched sticks approx. 14" in length and relatively straight
Garden clippers and wedge shaped wooden ceramic tool
1/8" of a 2oz package of Copper **Sculpey III**
Craft or popsicle stick
Feathers
A 5.5" square of Moonrock or other heavy and pliable handmade paper
Small sea sponge and gold acrylic craft paint