FILED
Clerk
District Court

MAY 19 2006

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*******************************************************************************

CV-05-0040                                              May 19, 2006
                                                        9:45 a.m.

### SAIPAN HANDICRAFT -vs- MICRONESIAN WOODCRAFT ENTERPRISES

PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
             Sanae Shmull, Court Reporter
             K. Lynn Lemieux, Courtroom Deputy
             Matt Smith, Attorney for Plaintiff
             Danilo Aguilar, Attorney for Defendant
             Richard Pierce, Attorney for Defendants
             Edward Manibusan, Attorney for Defendants

PROCEEDINGS:    MOTION TO EXPAND PRELIMINARY INJUNCTION

Plaintiffs were represented in court by Attorney Matt Smith. Defendants were represented by Attorneys Danilo Aguilar, Richard Pierce and Edward Manibiusan.

Attorney Matt Smith argued the motion.

Attorney Matt Smith called witness:

**RODRIGO M. CAPATI** (Owner of Saipan Handicraft). DX. Ex. 1, Ex. 2, and Ex. 3 (Gus Camacho's Bojobo Dolls). Attorney Manibusan conducted CX. Attorney Aguilar conducted CX. Attorney Pierce conducted CX.

Attorney Matt Smith called witness:

**ADELA S. CAPATI.** (Owner of Saipan Handicraft). DX. (Video of Bojobo Wishing Dolls advertisment was shown to Court (Japanese language). Attorney Pierce conducted CX. Attorney Manibusan conducted CX.

Attorney Matt Smith called translator (Japanese):

**JAMES DAVIES**. DX. Ex. 4 (translation of Japanese video). Attorney Pierce conducted CX. Attorney Aguilar moved that Ex. 4 be moved into evidence; no objection,

Court so ordered.

Attorney Matt Smith moved Ex. 1, 2 and 3 into evidence, no objection, Court so ordered.

Court recessed at 11:20 a.m. and reconvened at 1:40 p.m.

Attorney Matt Smith called witness:

**JOSEPH CABRERA**. DX. Ex. 5 (doll in packaging bought at Crystal Palace). Ex. 6 (photo taken of blue cards at the front desk of hotel); Ex. 7 (Packaged Taimano doll - with shell bra w/receipt). Attorney Pierce conducted CX. (Ex. K1, K2, K3, K4, K5, K6, K7,K8 (dolls from Crystal Palace) - KP-1 (letter). Attorney Aguilar conducted CX. CX by Attorney Matt Smith. CX by Attorney Pierce. K10 - Saipan Handicraft Card.

Attorney Pierce called witness:

**TA BUN KUY**. DX. Ex. KP-2 (Letter from Aguilar). CX by Attorney Matt Smith. RDX.

Attorney Aguilar moved that the DVD (Ex. 8) shown earlier be admitted into evidence. Court so ordered.

Attorney Smith argued for the EXPANDED Preliminary Injunction Order to cover other features or the Bojobo dolls.

Attorney Manibusan argued on behalf of his clients and defendants (Town House) and opposed the motion. Attorney Pierce argued on behalf of his client and defendant (Ta Bun Kuy) and opposed the motion. Attorney Aguilar joined in the argument of Attorney Pierce.

Court, after hearing all testimony and argument, DENIED the motion and stated that a written order would be forthcoming.

Adjourned 3:20 p.m.

K. Lynn Lemieux, Courtroom Deputy

Something out of the ordinary has been going on

The doll that will get you married!!!

This is the doll with mysteries powers that we introduced on this same program back on June 4th that caused such a huge response.

Originally ?????????????   local

Now they are made in this factory one by one from the heart of the worker.  It has become a very familiar Saipan souvenir and is a huge hit with single girls.

The reason for this popularity is rooted in the mysterious powers of this doll.

It is said, that if you cross the dolls legs like this and pray everyday that you will have special encounter that will blossom into a splendid relationship.

Next, if you tie the arms in front of the body your luck will flourish.  If you tie the arms behind the back, you will prosper financially.

This is Kondo Hiromi, staff of The Gyoten News T.V. program.   She received one of these dolls and made her pleadings every day for the last five months.  She has lived the last 35 years as single woman but eventually married her co-worker.   This is certainly an attractive doll.

After this program aired, something unusual was taking place back at the birth place of the Bojobo Doll.   There was a huge boom in the sales of the Bojobo Doll.   They are selling everywhere but the [Due to their popularity] normal price of $5.00 jumped to approx $25.00.

The factory making the Bojobo Dolls had to increase their employees from six up to fifteen.   They



PLAINTIFF'S EXHIBIT 4

doubled their production time (caption: 8 hours to 16 hours).   At the same time, the couple that owns the factory can't take a break and receive orders by phone all day long.   In the words of the owner, "what is going on, we are so busy".

Furthermore, Gyoten news has discovered an individual who obtained happiness through the powers of this doll.

The doll that brings great happiness.

And we have found another person that that was the recipient of that happiness.

Her name is Kaizumi, Yuki and she was born in Osaka.

She carried with her the secret that weighed heavy on her heart.   She harbored strong feelings for a boy in high school but was not able to express her feelings before they had graduated.

Nine years had passed since she had graduated. It is 1994.

Yuki was having a long distance with relationship with her boyfriend. She was distraught over never being able to see him.   Until one day, when she met up with a close friend.

"Here is a little souvenir I brought you from Saipan", her friend said.   "Thank you", she responds. That souvenir was a Bojobo Doll.  She took the doll home and half heartedly hung from her bedroom wall.   As her friend had instructor her to, she crossed the legs and made a wish that her long distance boyfriend and her would find happiness in their relationship.   Unfortunately, her wish did not materialize and ultimately she and her boyfriends separated.

At that moment, she thought to herself, "This Bojobo Doll hasn't any special powers."   Then, as she gazed over at the doll, she realized that the legs that should have been were no longer crossed.   She wondered if this could be the reason for her luck and crossed the legs once more.   Then, three

months later, she received a phone call. It was from Fujii. It was a voice she had not heard in nine years. It was the voice of her old classmate Noriyuki Fuji. It was the person that she had had such feelings for in high school. They reunited after 9 years. As they conversed, excitement grew from the memories they shared and they enjoyed the company of one another. She asked him, "Why did you call me after all these years?" He replied, "I was going through the names in my year book and when I saw your name it brought back so many memories. Without question, this was a miracle phone call. The two of them would meet every week end and their relationship developed naturally. "Could this be the divine assistance of the Bojobo Doll?" she wondered. Sure enough, when she checked, the legs were sternly crossed.

Two years from the time their relationship began, in June of 1997 Noriyuki asked her to marry him. Things progressed rapidly from there and the following year, on Noriyuki's birthday, June 20th of 1998 they were married. Noriyuki had been working hard for years to fulfill his dream of opening a florist shop. If that is the case, then as a couple, they had little choice but to seek divine intervention from the Bojobo Doll. She prayed for the success of Noriyuki. It was unimaginable but they were able to open the florist shop of their dreams.

The film crew dropped in on their flower shop in Sakae City, Osaka. This is the store that the couple opened and this is the real Fujii Yuki

Her Interview

Yes, the phone call itself, to me, was very shocking in itself. In any case she gives the credit to the Bojobo Doll. Sure enough, there was the Bojobo Doll displayed in the florist shop. See, you put

the arms behind the back. What is that for again? This is for wealth.

Narrator

What new miracles will the Bojobo Doll, that has brought an abundance of miracles already, bring next?

Move to the shows guests and one Bojobo Doll. They ask who would like it and most everyone raises their hands. It is given to one of the guests.

Guest

I really want it. I am so looking forward to this. Everyone says that I will have a shotgun wedding at 42.