F I L E D
Clerk
District Court

MAY 24 2006

**ORIGINAL** For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  Richard W. Pierce, Law Office
2  P.O. Box 503514
   Saipan, MP 96950-3514
3  Telephone:  (670) 235-3425
   Facsimile:  (670) 235-3427
4
   Attorney for Kan Pacific Saipan Ltd., Arenas Enterprises, Inc.; Commonwealth Pacific
5  International, Inc.; Full House, Inc.; and Ta Bun Kuy

6

7                    IN THE UNITED STATES DISTRICT COURT
                                 FOR THE
8              COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

9
   SAIPAN HANDICRAFT,                        )
10                                           )    Civil Action No. 05-0040
                   Plaintiff,                )
11                                           )
       vs.                                   )
12                                           )    SUBMISSION OF PROPOSED
   MICRONESIAN WOODCRAFT ENT., INC.          )    ORDER ON PLAINTIFF'S MOTION
13 ET AL.,                                   )    TO EXPAND THE PRELIMINARY
                                             )              INJUNCTION
14                                           )
                   Defendants.               )
15 _____

16

17      Kan Pacific Saipan, Ltd.; Arenas Enterprises, Inc.; Commonwealth Pacific

18 International, Inc.; Full House, Inc.; and Ta Bun Kuy submit the attached proposed order

19 from the May 19, 2006 hearing on Plaintiff's Motion to Expand the Preliminary

20 Injunction.

21      The Plaintiff has objected to the proposed order and has not signed in the Agreed

22 as To Form designation.  Plaintiff may file an objection to the proposed order as worded.

23      By signature below, counsel represents that other appearing defendants have

24 agreed with the proposed order.

25      The Plaintiff will be served by email, facsimile and mail with this filing.

26      Respectfully submitted this 24th day of May, 2006.

27

28

-1-

|     |                                                                                                                               |
| --- | ----------------------------------------------------------------------------------------------------------------------------- |
| 1   |                                                                                                                               |
| 2   | _/s/ Richard W. Pierce_                                                                                                       |

*(signature)*

RICHARD W. PIERCE
For Kan Pacific Saipan, Ltd.; Arenas Enterprises, Inc.; Commonwealth Pacific International, Inc.; Full House, Inc.; and Ta Bun Kuy

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

SAIPAN HANDICRAFT, )
                   ) Civil Action No. 05-0040
        Plaintiff, )
                   )
vs.                )
                   ) ORDER ON PLAINTIFF'S MOTION
MICRONESIAN WOODCRAFT ENT., INC. ) FOR EXPANDED PRELIMINARY
ET AL.,            ) INJUNCTION
                   )
                   )
        Defendants. )

Plaintiff's Motion for Expanded Preliminary Injunction came on for hearing at 9:30 a.m., May 19, 2006. Plaintiff's was represented by F. Matthew Smith. Appearing defendants were: LK Corporation, d.b.a. Rota Handicraft, and Lee Byung Deuk, represented by Edward Manibusan; Tirso Adriatico and Micronesian Woodcraft Enterprises, Inc., represented by Danilo T. Aguilar; and Kan Pacific Saipan, Ltd., Arenas Enterprises, Inc., Commonwealth Pacific International, Inc., Full House, Inc., and Ta Bun Kuy, represented by Richard W. Pierce.

Based upon the non-objection of the appearing Defendants, this Court's Order of January 17, 2006, which granted in part and denied in part Plaintiff's first motion for a preliminary injunction, is extended to the appearing Defendants.

Plaintiff's instant motion to extend the scope of the January 17, 2006, preliminary injunction to certain words and features of its Bo Jo Bo wishing doll is identical to the scope of the injunction sought by the Plaintiff and denied by the Court on January 17, 2006. Specifically, Plaintiff sought to enjoin, preliminarily, the use of the phrase "Bo Jo

-1-

Bo Wishing Doll," and the "Legend of the Bo Jo Bo Wishing Doll," and the features of a white mouth, red nose, black eyes, blond hair, and a colourful shaped skirt with tied string. Plaintiff's latest motion was, in essence, a motion for reconsideration of this Court's January 17, 2006, Order, and the motion is therefore denied as untimely. Even were the motion timely, the Court neither heard nor read any new or additional evidence or argument that would lead this Court to alter its prior decision. Therefore, the motion is also denied on that basis.

    IT IS SO ORDERED this ___ day of May, 2006.

_____
ALEX R. MUNSON
JUDGE

Submitted by:

_____
Richard W. Pierce
Counsel for Kan Pacific Saipan Ltd., Arenas Enterprises, Inc., Commonwealth Pacific International, Inc., Full House, Inc., and Ta Bun Kuy

Agreed as to Form:

_____
F. Mathew Smith
Counsel for Plaintiff

-2-