| | |
|---|---|
| 1 | DANILO T. AGUILAR, F0198 |
|   | Attorney at Law |
| 2 | P.O. Box 505301 |
|   | First Floor, San Jose Court Bldg. |
| 3 | Cor. Ghiyeghi St. & Wischira Way |
|   | San Jose, Saipan, MP 96950 |
| 4 | TELEPHONE: (670) 234-8801 |
|   | FAX: (670) 234-1251 |
| 5 | |
|   | Attorney for Defendant |
| 6 | MICRONESIA WOODCRAFT ENT. INC., et al. |

F I L E D
Clerk
District Court

MAY 25 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| 11 | SAIPAN HANDICRAFT, | CIVIL ACTION NO. 05-0040 |
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | MICRONESIA WOODCRAFT ENT., INC., TIRZO J. ADRIATICO, | |
| 15 | individually and as President of Micronesia Woodcraft Ent., Inc., | |
| 16 | A COMPANY, INC. dba Palm Tree Gift Shop, ALINA'S ARAM CO., LTD. | |
| 17 | dba Match, ARENAS ENTERPRISES, INC. dba Esther Fashion, | STIPULATION TO TAKE OFF |
| 18 | ANTOINETTE F. CASTRO, CHOON HEE LEE, HYUN JIN KIM, | CALENDAR SETTLEMENT CONFERENCE HEARING; |
| 19 | COMMONWEALTH PACIFIC INTL., | [proposed] ORDER |
| 20 | INC. dba Crystal Palace Gift shop, TA BUN KUY, FULL HOUSE, INC. dba | |
| 21 | Micro Beach Hotel and CBA Store, COSTA WORLD CORPORATIN dba | |
| 22 | Color Rich, DORA CO., LTD. dba Block's, SHI.N.KA. FUJI MASSAGE | |
| 23 | PARLOR, GREAT SUNSHINE CORPORATION dba Haney, J&T | |
| 24 | ENTERPRISES, INC. dba 7 Star Gift Shop, KAN PACIFIC SAIPAN, LTD. | |
| 25 | dba Mariana Resort & Spa Gift Shop, KENKOZ CORP., KUMANOMI | |
| 26 | ISLAND CO., LTD. LK CORPORATION dba Rota Handicraft, | |
| 27 | LEE YOUNG JO, LEE, BYUNG DEUK, PACIFIC INTL. | |
| 28 | CORPORATION dba Marianas Woodcraft, PACIFIC SUN LINES, | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | INC. dba Beach Gal and Cinderella, FRANCISCO S. PANGELINAN, IGARASHI SHO o TEN, INC., QJ CO., LTD. dba Beach Gift Shop, RYU CORPORATION dba Ryu Gu Zyo Gift Shop, TOTAL I CORPORATION, TOWN HOUSE, INC. dba Townhouse Dept. Store, XUAN BO LU, YUN'S CORPORATION dba Payless Supermarket and JOHN DOES 1-30,<br><br>Defendants. |

COMES NOW, Defendants herein, Micronesia Woodcraft Enterprises, Inc. and Tirso J. Adriatico, by and through their undersigned counsel Danilo T. Aguilar, Esq., Defendant LK Corporation dba Rota Handicraft and Lee, Byung Deuk, Yun's Corporation and Townhouse, Inc. by and through their undersigned counsel Edward Manibusan, Esq., and Kan Pacific, Ltd., Full House, Inc., Commonwealth Pacific International, Inc. and Ta Bun Kuy, by and through their undersigned counsel, Richard W. Pierce, and Plaintiff Saipan Handicraft by and through its undersigned counsel F. Matthew Smith, hereby stipulate to have the settlement conference scheduled on May 26, 2006 taken off calendar. The parties believe that the conference is unnecessary until after the closure of all the answers of the Defendants.

Dated this 25th day of May, 2006

_____
DANILO T. AGUILAR, F0198
Attorney for Defendants
Micronesia Woodcraft, Ent. Inc.,
and Tirso J. Adriatico

_____
RICHARD W. PIERCE, Bar No.____
Attorney for Defendants
Kan Pacific, Ltd., Full House, Inc.,
Commonwealth Pacific International,
Inc., and Ta Bun Kuy

2

_____
**EDWARD MANIBUSAN, Bar No. __**
Attorney for Defendants
LK Corporation dba Rota Handicraft
and Lee, Byung Deuk, Yun's Corp.
and Townhouse, Inc.

_____
**F. MATTHEW SMITH, Bar No_____**
Attorney for Plaintiff
Saipan Handicraft

## ORDER

Based upon the foregoing stipulation of the parties, and good cause thereby appearing, the settlement conference scheduled for May 26, 2006 is taken off calendar and the motion to continue is granted. The settlement hearing is continued to _NO DATE AT THIS TIME_.

**SO ORDERED.** _5-25-2006_

_____
**ALEX R. MUNSON**
Presiding Judge

RECEIVED
MAY 25 2006
Clerk
District Court
The Northern Mariana Islands

3