FILED
Clerk
District Court

MAY 26 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Richard W. Pierce, Law Office
P.O. Box 503514
Saipan, MP 96950-3514
Telephone:  (670) 235-3425
Facsimile:   (670) 235-3427

Attorney for Kan Pacific Saipan Ltd., Arenas enterprises, Inc.; Commonwealth Pacific International, Inc.; Full House, Inc.; and Ta Bun Kuy

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICRONESIAN WOODCRAFT ENT., INC. ) <br> ET AL.,. ) <br> ) <br> Defendants ) <br> ) <br> _____ ) <br> ) | Civil Action No. 05-0040 <br><br> CERTIFICATE OF SERVICE |

I, Elmyra K. Pedro, am over the age of 18 years, and not a party to this action. My business address is the Law Office of Richard W. Pierce, P.O. Box 503514, Saipan, MP 96950. I hereby certify that I caused true and correct copies of:

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST**

**AMENDED COMPLAINT**

to be served upon the following person on May 12, 2006 by:

/ /     delivering a copy to:

/ /     faxing a copy to:

-1-

1

2  / X /   depositing a copy in the United States Mail, first-class postage prepaid, addressed to:

3

4  Nona Thomas
   Kan Pacific Saipan, Ltd
   PO Box 500527
5  Saipan Mp 96950

6  Harriet R. Arenas, Manager
   Arenas Enterprises, Inc.
   PO Box 502560
7  Saipan MP 96950

8

9  Ta Bun Kuy, President
   Commonwealth Pacific International
   PO Box 501328
10 Saipan Mp 96950

11 Ta Bun Kuy, President
   Full House Inc.
   PO Box 501328
12 Saipan Mp 96950

13

14 Dated: May 25, 2006

15

16                                 _____
                                   Elmyra K. Pedro

-2-