FILED
Clerk
District Court

MAY 26 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Richard W. Pierce, Law Office
P.O. Box 503514
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427

Attorney for Kan Pacific Saipan Ltd., Arenas enterprises, Inc.; Commonwealth Pacific International, Inc.; Full House, Inc.; and Ta Bun Kuy

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICRONESIAN WOODCRAFT ENT., INC. ) <br> ET AL.,. ) <br> ) <br> Defendants ) <br> ) <br> ) | Civil Action No. 05-0040 <br><br> CERTIFICATE OF SERVICE |

       I, Elmyra K. Pedro, am over the age of 18 years, and not a party to this action. My business address is the Law Office of Richard W. Pierce, P.O. Box 503514, Saipan, MP 96950. I hereby certify that I caused true and correct copies of:

**SUBMISSION OF PROPOSED ORDER ON PLAINTIFF'S MOTION TO**

**EXPAND THE PRELIMINARY INJUNCTION**

to be served upon the following person on May 25, 2006 by:

    / /    delivering a copy to:

    / /    faxing a copy to:

-1-

1
2     / X /    depositing a copy in the United States Mail, first-class postage prepaid, addressed to:
3
4                 Danilo Aguilar
                   Attorney at Law
5                 P.O. Box 505301
                   First Floor, San Jose court Bldg.
6                 Cor. Ghiyeghi St. & Wischira Way
                   San Jose, Saipan, MP 96950
7
                   Edward Manibusan
8                 Attorney at Law
                   PO BOX 7934 SVRB
9                 Tun Antonio Apa Road
                   Saipan MP 96950
10
                   Matthew Smith
11                Attorney at Law
                   2nd Floor UIU Bldg., San Jose
12                PO Box 501127
                   Saipan Mp 96950
13

Dated: May 25, 2006

                                            _____
                                            Elmyra K. Pedro