F I L E D
Clerk
District Court

MAY 2 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Plaintiff.

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT, | Civil Action No. 05-0040 |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| MICRONESIA WOODCRAFT ENT., INC., et al., | |
| Defendants. | |

Pursuant to 28 USC §1746, I, Vicente T. Salas II, hereby declare under penalty of perjury that on the 25th day of May, 2006, I personally served a true and correct copy of the *Opposition To Wording of Proposed Order* (filed on May 25, 2006) on the following;

| | | |
|---|---|---|
| ☑ | Personal Service | Danilo T. Aguilar, Esq. |
| | | Ground Floor, San Jose Court Bldg. |
| ☐ | Mail | P.O. Box 505301 |
| | | Saipan MP 96950 |
| ☐ | Facsimile | Fax No. (670) 234-1251 |
| | | |
| ☑ | Personal Service | Richard W. Pierce, Esq. |
| | | 2nd Floor, Alexander Building, San Jose |
| ☐ | Mail | P.O. Box 503514 |
| | | Saipan MP 96950 |
| ☐ | Facsimile | Fax No. (670) 235-3427 |

***ORIGINAL***

| | | |
|---|---|---|
| ☑ | Personal Service | Edward Manibusan, Esq. |
| | | Tun Antonio Apa Road, Fina Sisu |
| ☐ | Mail | P.O. Box 7934 SVRB |
| | | Saipan, MP 96950 |
| ☐ | Facsimile | Fax No. (670) 235-6522 |

Executed this 26th day of May, 2006, at Saipan, Commonwealth of the Northern Mariana Islands.

_____
Vicente T. Salas II