F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

```
                                   F I L E D
                                      Clerk
                                  District Court

                                   JUN - 1 2006

                            For The Northern Mariana Islands
                            By_____
                                   (Deputy Clerk)
```

Attorney for Saipan Handicraft.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>    Plaintiff,<br>vs.<br><br>MICRONESIA WOODCRAFT ENT., INC., et al.,<br><br>    Defendants. | Civil Action No. 05-0040<br><br><br>**PROOF OF SERVICE** |

Pursuant to 28 USC §1746, I, Vicente T. Salas II, hereby declare under penalty of perjury that on the 26th day of May, 2006, I personally served true and correct copies of the *Answer of Plaintiff To Counter Claims; Affirmative Defenses* (filed on May 26, 2006) on the following;

| | | |
|---|---|---|
| ☐ | Personal Service | Danilo T. Aguilar, Esq. |
| ☐ | Mail | Ground Floor, San Jose Court Bldg.<br>P.O. Box 505301<br>Saipan MP 96950 |
| ☐ | Facsimile | Fax No. (670) 234-1251 |
| | | |
| ☐ | Personal Service | Edward Manibusan, Esq. |
| ☐ | Mail | Tun Antonio Apa Road, Fina Sisu<br>P.O. Box 7934 SVRB<br>Saipan, MP 96950 |
| ☐ | Facsimile | Fax No. (670) 235-6522 |

Executed this 31st day of May, 2006, at Saipan, Commonwealth of the Northern Mariana Islands.

_____
Vicente T. Salas II