F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Saipan Handicraft.

F I L E D
Clerk
District Court

JUN - 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>　　　　　Plaintiff,<br>vs.<br><br>MICRONESIA WOODCRAFT ENT., INC., et al.,<br><br>　　　　　Defendants. | Civil Action No. 05-0040<br><br>**PROOF OF SERVICE** |

Pursuant to 28 USC §1746, I, Judi C. Fujihira, hereby declare under penalty of perjury that on the 30th day of May, 2006, at around 3:45 p.m., I personally served a true and correct copy of the *Answer of Plaintiff To Counter Claims; Affirmative Defenses* (filed on May 26, 2006) on the following:

| | | |
|---|---|---|
| ☑ | Personal Service | Richard W. Pierce, Esq. |
| ☐ | Mail | 2nd Floor, Alexander Building, San Jose<br>P.O. Box 503514<br>Saipan MP 96950 |
| ☐ | Facsimile | Fax No. (670) 235-3427 |

Executed this 31st day of May, 2006, at Saipan, Commonwealth of the Northern Mariana Islands.

　　　　　　　　　　　　　　　　　　　　　Judi C. Fujihira

## ORIGINAL