ORIGINAL

**LAW OFFICES OF EDWARD MANIBUSAN**
**Edward Manibusan, Esq.**
P.O. Box 7934 SVRB
Tun Antonio Apa Road
Saipan, MP 96950
Telephone No. 235-6520
Facsimile No. 235-6522
e-mail: emlaw@vzpacifica.net

*Attorney for Defendants LK Corporation*
*dba Rota Handicraft and Lee Byung Deuk*

F I L E D
Clerk
District Court

JUN – 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>Plaintiff,<br><br>vs.<br><br>MICRONESIAN WOODCRAFT ENT., INC.,<br>TIRZO J. ADRIATICO, individually and as<br>President of Micronesia Woodcraft Ent., Inc.,<br>A COMPANY, INC. dba Palm Tree Gift Shop,<br>ALINA'S, ARAM CO., LTD. dba Match,<br>ARENAS ENTERPRISES, INC. dba Ochee's Store,<br>BONG ENTERPRISES, INC. dba Esther Fashion,<br>ANTOINETTE F. CASTRO,<br>CHOON HEE LEE, HYUN JIN KIM,<br>COMMONWEALTH PACIFIC INT'L., INC.<br>dba Crystal Palace Gift Shop, TA BUN KUY,<br>FULL HOUSE, INC.<br>dba Micro Beach Hotel and CBA Store,<br>COSTA WORLD CORPORATION<br>dba Color Rich, DORA CO., LTD. dba Block's,<br>SHI.N.KA FUJI MASSAGE PARLOR,<br>GREAT SUNSHINE CORPORATION dba Haney,<br>J&T ENTERPRISES, INC. dba 7 Star Gift Shop,<br>KAN PACIFIC SAIPAN, LTD.<br>dba Mariana Resort & Spa Gift Shop,<br>KENKOZ CORP.,<br>KUMANOMI ISLAND CO., LTD.,<br>LK CORPORATION dba Rota Handicraft<br>LEE YOUNG JO, LEE BYUNG DEUK,<br>PACIFIC INT'L. CORPORATION<br>dba Marianas Woodcraft,<br>PACIFIC SUN LINES, INC.<br>dba Beach Gal and Cinderella,<br>FRANCISCO S. PANGELINAN,<br>IGARASHI SHO o TEN, INC.,<br>QJ CO., LTD. dba Beach Gift Shop, | **CIVIL ACTION NO. 05-0040**<br><br><br><br><br><br><br><br><br>**PROOF OF SERVICE** |

(Line numbers 1–28 appear in left margin)

1  RYU CORPORATION dba Ryu Gu Zyo Gift Shop, )
   TOTAL I CORPORATION,                      )
2  TOWN, INC. dba Townhouse Dept. Store,     )
   XUAN. BO LU,                              )
3  YUN'S CORPORATION dba Payless Supermarket,)
   and JOHN DOES 1-30,                       )
4                                            )
                     Defendants.             )
5  _____)

6

7          Pursuant to 28 USC § 1746, I, Audreyann DLG. Flores, hereby declare under penalty of perjury

8  that on the 1st day of June, 2006, I personally served a true and correct copy of the ***Answer of***

9  ***Defendants LK Corporation, dba Rota Handicraft and Lee Byung Deuk to Plaintiff's First***

10 ***Amended Verified Complaint; Counterclaim; Demand for Jury Trial*** (filed on June 1, 2006) on F.

11 Matthew Smith, Attorney for Plaintiff, at the Law Office of F. Matthew Smith, LLC, on the 2nd Floor

12 of the UIU Building, San Jose, Saipan.

13

14         Executed this 1st day of June, 2006, on Saipan, Commonwealth of the Northern Mariana

15 Islands.

16

17                                                    _____

18                                                    Audreyann DLG. Flores

19

20

21

22

23

24

25

26

27

28