F I L E D
Clerk
District Court

JUN - 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Richard W. Pierce, Law Office
P.O. Box 503514
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427

Attorney for Kan Pacific Saipan Ltd., Arenas enterprises, Inc.; Commonwealth Pacific International, Inc.; Full House, Inc.; and Ta Bun Kuy

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICRONESIAN WOODCRAFT ENT., INC. ET AL.,.<br><br>　　　　　Defendants | Civil Action No. 05-0040<br><br>CERTIFICATE OF SERVICE |

I, Elmyra K. Pedro, am over the age of 18 years, and not a party to this action. My business address is the Law Office of Richard W. Pierce, P.O. Box 503514, Saipan, MP 96950. I hereby certify that I caused true and correct copies of:

**ANSWER TO FIRST AMENDED COMPLAINT**

to be served upon the following person on June 1, 2006 by:

　　　　/ /　　delivering a copy to:

　　　　/X/　　faxing a copy to:

　　　　/X/　　depositing a copy in the United States Mail, first-class postage prepaid, addressed to:

-1-

Attorney for Plaintiff – Saipan Handicraft:
F. Matthew Smith
Law Office of F. Matthew Smith, LLC
2nd Floor UIU Building, San Jose
PO Box 501127
Saipan, MP 96950-1127
Facsimile No.: [670] 234-7256

Attorney for Defendant – Micronesia Woodcraft Ent., Inc. and Tirzo J. Adriatico.
Danilo T. Aguilar
Attorney at Law
First Floor, San Jose Court Bldg.
Cor. Ghiyeghi St. & Wischira Way, San Jose
PO Box 505301
Saipan MP 96950-5301
Facsimile No.: [670] 234-1251

Attorney for Defendant – LK Corporation, dba Rota Handicraft & Lee Byung Deuk.
Edward Manibusan
Law Offices of Edward Manibusan
Tun Antonio Apa Road
PO Box 7934 SVRB
Saipan MP 96950
Facsimile No.: [670] 235-6522

Dated: June 1, 2006

_____
Elmyra K. Pedro