F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

FILED
Clerk
District Court

JUN 1 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Saipan Handicraft.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>　　　　Plaintiff,<br>vs.<br><br>MICRONESIA WOODCRAFT ENT., INC., et al.,<br><br>　　　　Defendants. | Civil Action No. 05-0040<br><br>**PROOF OF SERVICE** |

Pursuant to 28 USC §1746, I, Vicente T. Salas II, hereby declare under penalty of perjury that on the 13th day of June, 2006, I personally served a true and correct copy of the *Answer of Plaintiff To Counterclaim; Affirmative Defenses* (filed on June 12, 2006) on the following;

| | | |
|---|---|---|
| ☑ | Personal Service | Edward Manibusan, Esq. |
| ☐ | Mail | Tun Antonio Apa Road, Fina Sisu |
| ☐ | Facsimile | P.O. Box 7934 SVRB |
| | | Saipan, MP 96950 |
| | | Fax No. (670) 235-6522 |

Executed this 14th day of June, 2006, at Saipan, Commonwealth of the Northern Mariana Islands.

_____
Vicente T. Salas II

# *ORIGINAL*