F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

F I L E D
Clerk
District Court

JUN 1 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Saipan Handicraft.

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>    Plaintiff,<br>vs.<br><br>MICRONESIA WOODCRAFT ENT., INC., et al.,<br><br>    Defendants. | Civil Action No. 05-0040<br><br>**PROOF OF SERVICE** |

Pursuant to 28 USC §1746, I, Vicente T. Salas II, hereby declare under penalty of perjury that on the 12th day of June, 2006, I personally served a true and correct copy of the *Answer of Plaintiff To Counterclaim; Affirmative Defenses* (filed on June 12, 2006) on the following;

☑ Personal Service     Danilo T. Aguilar, Esq.
                       Ground Floor, San Jose Court Bldg.
☐ Mail                 P.O. Box 505301
                       Saipan MP 96950
☐ Facsimile            Fax No. (670) 234-1251

☑ Personal Service     Richard W. Pierce, Esq.
                       2nd Floor, Alexander Building, San Jose
☐ Mail                 P.O. Box 503514
                       Saipan MP 96950
☐ Facsimile            Fax No. (670) 235-3427

Executed this 14th day of June, 2006, at Saipan, Commonwealth of the Northern Mariana Islands.

_____
Vicente T. Salas II

**ORIGINAL**