Richard W. Pierce, Law Office
P.O. Box 503514
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427

Attorney for Arenas Enterprises, Inc. dba Oche's Store

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>        Plaintiff,<br><br>vs.<br><br>MICRONESIAN WOODCRAFT ENT., INC. ET AL.,<br><br>        Defendants. | Civil Action No. 05-0040<br><br>CONSENT TO STIPULATION TO VACATE SCHEDULED CASE MANAGEMENT CONFERENCE |

    Defendant Arenas Enterprises, Inc., dba Oche's Store ("Arenas"), consents to the Stipulation to Vacate Scheduled Case Management Conference dated June 22, 2006.

    Respectfully submitted this June 28, 2006.

                           By: _____
                                RICHARD W. PIERCE
                                Attorney for Arenas Enterprises, Inc.