```
                                                      F I L E D
                                                         Clerk
                                                      District Court

                                                       JUN 2 9 2006

                                                 For The Northern Mariana Islands
                                                 By_____
                                                         (Deputy Clerk)
```

1  DANILO T. AGUILAR, F0198
   Attorney at Law
2  P.O. Box 505301
   First Floor, San Jose Court Bldg.
3  Cor. Ghiyeghi St. & Wischira Way
   San Jose, Saipan, MP 96950
4  TELEPHONE: (670) 234-8801
   FAX: (670) 234-1251
5
   Attorney for Defendant
6        MICRONESIA WOODCRAFT ENT. INC., et al.

## UNITED STATES DISTRICT COURT

## FOR THE

## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT, | CIVIL ACTION NO. 05-0040 |
| Plaintiff, | |
| v. | |
| MICRONESIA WOODCRAFT ENT., INC., TIRZO J. ADRIATICO, individually and as President of Micronesia Woodcraft Ent., Inc., A COMPANY, INC. dba Palm Tree Gift Shop, ALINA'S ARAM CO., LTD. dba Match, ARENAS ENTERPRISES, INC. dba Esther Fashion, ANTOINETTE F. CASTRO, CHOON HEE LEE, HYUN JIN KIM, COMMONWEALTH PACIFIC INTL., INC. dba Crystal Palace Gift shop, TA BUN KUY, FULL HOUSE, INC. dba Micro Beach Hotel and CBA Store, COSTA WORLD CORPORATIN dba Color Rich, DORA CO., LTD. dba Block's, SHI.N.KA. FUJI MASSAGE PARLOR, GREAT SUNSHINE CORPORATION dba Haney, J&T ENTERPRISES, INC. dba 7 Star Gift Shop, KAN PACIFIC SAIPAN, LTD. dba Mariana Resort & Spa Gift Shop, KENKOZ CORP., KUMANOMI ISLAND CO., LTD. LK CORPORATION dba Rota Handicraft, LEE YOUNG JO, LEE, BYUNG DEUK, PACIFIC INTL. CORPORATION dba Marianas Woodcraft, PACIFIC SUN LINES, | **STIPULATION TO VACATE SCHEDULED CASE MANAGEMENT CONFERENCE;** [proposed] **ORDER** |

| | |
|---|---|
| INC. dba Beach Gal and Cinderella, FRANCISCO S. PANGELINAN, IGARASHI SHO o TEN, INC., QJ CO., LTD. dba Beach Gift Shop, RYU CORPORATION dba Ryu Gu Zyo Gift Shop, TOTAL I CORPORATION, TOWN HOUSE, INC. dba Townhouse Dept. Store, XUAN BO LU, YUN'S CORPORATION dba Payless Supermarket and JOHN DOES 1-30,<br><br>                    Defendants. | |

COMES NOW, Defendants herein, Micronesia Woodcraft Enterprises, Inc. and Tirso J. Adriatico, by and through their undersigned counsel Danilo T. Aguilar, Esq., Defendant LK Corporation dba Rota Handicraft and Lee, Byung Deuk, Yun's Corporation and Townhouse, Inc. by and through their undersigned counsel Edward Manibusan, Esq., and Kan Pacific, Ltd., Full House, Inc., Commonwealth Pacific International, Inc. and Ta Bun Kuy, by and through their undersigned counsel, Richard W. Pierce, and Plaintiff Saipan Handicraft by and through its undersigned counsel F. Matthew Smith, hereby stipulate to vacate the case management order dated February 14, 2006 in light of the fact that additional parties remain to be served and pleadings have not been closed. The parties jointly request for a new case management conference schedule upon closure of pleadings for all Defendants.

Dated this __22nd__ day of June, 2006

_____
DANILO T. AGUILAR, F0198
Attorney for Defendants
Micronesia Woodcraft, Ent. Inc.,
and Tirso J. Adriatico

_____
RICHARD W. PIERCE, Bar No. F0165
Attorney for Defendants
Kan Pacific, Ltd., Full House, Inc.,
Commonwealth Pacific International,
Inc., and Ta Bun Kuy

2

| | |
|---|---|
| *[signature]* | *[signature]* |
| EDWARD MANIBUSAN, Bar No. F0131 | F. MATTHEW SMITH, Bar No. F0264 |
| Attorney for Defendants | Attorney for Plaintiff |
| LK Corporation dba Rota Handicraft | Saipan Handicraft |
| and Lee, Byung Deuk, Yun's Corp. | |
| and Townhouse, Inc. | |

### ORDER

Based upon the foregoing stipulation of the parties, and good cause thereby appearing, the case management conference is vacated. Parties will be notified of the new schedule.

**SO ORDERED.** JUN 29 2006 _____.

*[signature]*
ALEX R. MUNSON
Presiding Judge

RECEIVED
JUN 26 2006
Clerk
District Court
The Northern Mariana Islands