F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>          Plaintiff,<br>vs.<br><br>MICRONESIA WOODCRAFT ENT., INC.,<br>et al.,<br><br>          Defendants. | Civil Action No. 05-0040<br><br>**DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AGAINST IGARASHI SHO o TEN, INC.** |

I, F. Matthew Smith, hereby depose and say:

1. I am a duly licensed attorney and I am admitted to practice before all courts of the CNMI;

2. I am counsel for Plaintiff Saipan Handicraft in this matter;

3. That on April 18, 2006, I caused to be filed Plaintiff's First Amended Verified Complaint naming Defendant Igarashi Sho o Ten, Inc. as a party in this matter;

4. That on April 21, 2006, at my direction, a Summons and a copy of Plaintiff's First Amended Complaint was served on Defendant Igarashi Sho o Ten, Inc., by personally delivering the documents to Francisco S. Pangelinan, Defendant corporation's Vice-President/Treasurer;

5. That on April 26, 2006, at my direction, a Proof of Service on Defendant corporation's Vice-President/Treasurer Francisco S. Pangelinan was filed with the Court;

6. That from the date of service of the Summons and a copy of Plaintiff's First


EXHIBIT A

Amended Verified Complaint to present, Defendant Igarashi Sho o Ten, Inc. has failed to file a responsive pleading or otherwise defend the suit;

7. That more than twenty (20) days have elapsed since Defendant was served with the Summons and a copy of Plaintiff's First Amended Verified Complaint; and

8. That to my knowledge the Clerk of Court has not received any Answer, responsive pleading or other communication from Defendant in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true, correct, and to the best of my knowledge.

Affiant sayeth naught.

Executed this ___4___ day of July, 2006, Saipan, the Commonwealth of the Northern Mariana Islands.

F. MATTHEW SMITH
Attorney for Plaintiff Saipan Handicraft

2