```
F I L E D
    Clerk
District Court

JUL - 6 2006

For The Northern Mariana Islands
By_____
         (Deputy Clerk)
```

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>     Plaintiff,<br>vs.<br><br>MICRONESIA WOODCRAFT ENT., INC.,<br>et al.,<br><br>     Defendants. | Civil Action No. 05-0040<br><br>[~~Proposed~~] **ENTRY OF DEFAULT AGAINST DEFENDANT IGARASHI SHO o TEN, INC.** |

AFTER examining Plaintiff's <u>Application for Entry of Default</u>, the attached <u>Declaration of Counsel</u>, and the records and files in the above-styled action, it appears to the Court that Defendant was duly notified of and/or served with a <u>Summons</u> and <u>First Amended Complaint</u> in the manner required by law and that Defendant has failed to answer or otherwise plead to the <u>First Amended Complaint</u> filed herein.

Therefore, the default of Defendant Igarashi Sho o Ten, Inc., is hereby entered pursuant to Fed.R.Civ.P. 55.

ENTERED this 6th day of July, 2006.

                _____
                CLERK OF COURT
                by: Chief Deputy Clerk