F I L E D
Clerk
District Court

JUL - 6 2006

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>              Plaintiff,<br>vs.<br><br>MICRONESIA WOODCRAFT ENT., INC.,<br>et al.,<br><br>              Defendants. | Civil Action No. 05-0040<br><br>[Proposed] ENTRY OF DEFAULT<br>AGAINST DEFENDANT<br>FRANCISCO S. PANGELINAN |

AFTER examining Plaintiff's Application for Entry of Default, the attached Declaration of Counsel, and the records and files in the above-styled action, it appears to the Court that Defendant was duly notified of and/or served with a Summons and First Amended Complaint in the manner required by law and that Defendant has failed to answer or otherwise plead to the First Amended Complaint filed herein.

Therefore, the default of Defendant Francisco S. Pangelinan is hereby entered pursuant to Fed.R.Civ.P. 55.

ENTERED this _6th_ day of July, 2006.

_____
CLERK OF COURT

By: _____
    Chief Deputy Clerk