```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                    JUL - 6 2006

                                               For The Northern Mariana Islands
                                               By_____
                                                      (Deputy Clerk)
```

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,]   Civil Action No. 05-0040<br><br>                       Plaintiff,<br>      vs.<br><br>MICRONESIA WOODCRAFT ENT., INC.,<br>et al.,<br><br>                       Defendants. | [Proposed] ENTRY OF DEFAULT<br>AGAINST DEFENDANT GREAT<br>SUNSHINE CORPORATION dba<br>HANEY |

AFTER examining Plaintiff's Application for Entry of Default, the attached Declaration of Counsel, and the records and files in the above-styled action, it appears to the Court that Defendant was duly notified of and/or served with a Summons and First Amended Verified Complaint in the manner required by law and that Defendant has failed to answer or otherwise plead to the First Amended Verified Complaint filed herein.

Therefore, the default of Defendant Great Sunshine Corporation dba Haney is hereby entered pursuant to Fed.R.Civ.P. 55.

ENTERED this 6th day of July, 2006.

_____
CLERK OF COURT
By: Chief Deputy Clerk