F I L E D
Clerk
District Court

AUG 3 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Plaintiff.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT, <br><br>                 Plaintiff, <br><br>      vs. <br><br> MICRONESIA WOODCRAFT ENT., INC., et al., <br><br>                 Defendants. | Civil Action No. 05-0040 <br><br> **STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CHOON HEE LEE and ORDER** |

Pursuant to Com.R.Civ.P. Rule 41(b), Plaintiff Saipan Handicraft, by and through its attorney, and Defendant *Pro se* Choon Hee Lee, hereby stipulate to the dismissal with prejudice of the above-captioned action as against Defendant Choon Hee Lee. The parties are to bear their own costs and expenses, this stipulation being executed in accordance with the terms and conditions of a Settlement Agreement executed by and between the parties.

RESPECTFULLY SUBMITTED,

F. MATTHEW SMITH
Attorney for Plaintiff Saipan Handicraft

Date: 8-31-06

CHOON HEE LEE
Defendant Pro se

Date: 8/31/06

## ORDER

For good cause, and pursuant to stipulation and settlement agreement of the parties, this action is hereby dismissed with prejudice. The parties are to bear their own costs and expenses.

**IT IS SO ORDERED.**

DATED this 31st of august, 2006.

ALEX R. MUNSON, Chief Judge

2