F I L E D
Clerk
District Court

SEP - 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MICRONESIAN WOODCRAFT ENTERPRISES,<br>INC., et al.,<br><br>　　　　　　Defendants. | Case No. CV-05-0040<br><br>**ORDER TO SHOW CAUSE** |

　　Plaintiff is ordered to appear **September 28, 2006, at 8:30 a.m.** to show cause why the court should not dismiss the case for failure to prosecute. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629 (1962).

**IT IS SO ORDERED.**

**DATED** this 6th day of September, 2006.


_____
ALEX R. MUNSON
Chief Judge