F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Plaintiff.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>          Plaintiff,<br>vs.<br><br>MICRONESIA WOODCRAFT ENT., INC.,<br>et al.,<br><br>          Defendants. | Civil Action No. 05-0040<br><br>NOTICE OF INTENT TO FILE MOTION FOR LEAVE TO WITHDRAW AS COUNSEL UNDER LR 83.5.g.4 |

TO:   SAIPAN HANDICRAFT
      c/o RODRIGO M. CAPATI, Owner
      216 Vanderbilt St.
      Marisol, Angeles City
      Pampanga, Philippines

      c/o ADELA S. CAPATI, Co-owner
      Chalan Kiya
      P.O. Box 502314
      Saipan, MP 96950

Please be advised that I intend to terminate my employment by you as your attorney in the above cause of action. Attached is your copy of the motion to withdraw that will be filed in this cause. At the time you retained me and my law firm as your legal representative in the above matter, you agreed and understood that we would not be able to represent you if you either failed to cooperate with me or my law firm, and/or you failed to pay our fees as agreed.

I am withdrawing my representation of you for the following reasons:

1.   Professional considerations require termination of my employment due to existing conflicts.

2.  You have failed to cooperate with me and my law firm in providing us with the facts and information necessary to a thorough and continuing preparation of your case; and

3.  You have refused to pay our fees, which are past due, despite our repeated oral and written requests that you pay your bill.

My motion to withdraw as counsel will be presented to the court on September 22, 2006, at 9:30 a. m. You may attend the hearing on the motion to withdraw.

If you have any objections to the termination of my representation of you in this matter, you must file your objections in written form with the Court Clerk by or be present at the hearing to state their objections on the record.

Should the motion to withdraw be granted, you may have only a limited time to obtain new representation. The following deadlines or settings have been set by the court in the above action:

**September 28, 2006, at 8:30 a.m.    Order to Show Cause Hearing**

A copy of which is attached hereto.

Dated this ___14___ day of September, 2006.

                                                 E. MATTHEW SMITH
                                                 Attorney for Plaintiff