F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Plaintiff.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT, <br><br> Plaintiff, <br> vs. <br><br> MICRONESIA WOODCRAFT ENT., INC., et al., <br><br> Defendants. | Civil Action No. 05-0040 <br><br> **EX PARTE MOTION UNDER LR 7.1.h.3(b) FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO WITHDRAW** |

COMES NOW Movant, F. Matthew Smith, and hereby requests, *ex parte*, for an order shortening time to hear his Motion to Withdraw. Movant requests to have said motion heard on September 22, 2006, at 9:30 am. This *ex parte* motion is brought in accordance with LR 7.1.h.3(b) and is supported by the attached declaration and certification of counsel.

Respectfully submitted this 9-14-06.

F. MATTHEW SMITH
Attorney For Plaintiff