F I L E D
Clerk
District Court

SEP 1 5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>    Plaintiff,<br>vs.<br><br>MICRONESIA WOODCRAFT ENT., INC.,<br>et al.,<br><br>    Defendants. | Civil Action No. 05-0040<br><br>[PROPOSED]<br>ORDER GRANTING<br>EX PARTE MOTION<br>FOR AN ORDER<br>SHORTENING TIME |

For good cause, having considered Movant F. Matthew Smith's *Ex Parte* Motion for an Order Shortening Time (filed September 14, 2006), the Court hereby GRANTS said motion. Accordingly, a hearing on Movant's Motion to Withdraw as Counsel (filed September 14, 2006) is hereby set for hearing before this Court on **Friday, September 22, 2006, at 9:30 a.m.**

SO ORDERED this ___9-15-06___.

_____
ALEX R. MUNSON, Chief Judge

RECEIVED

SEP 1 - 2006

Clerk
District Court
The Northern Mariana Islands