# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*************************************************************************************************

CV-05-0040  September 22, 2006
 9:40 a.m.

### SAIPAN HANDICRAFT -vs- MICRONESIAN WOODCRAFT ENTERPRISES

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Ellia Ciammaichella, Law Clerk
            Faye Crozat, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Matt Smith, Attorney for Plaintiff

PROCEEDINGS:   MOTION TO WITHDRAW AS COUNSEL

   Plaintiffs were represented in court by Attorney Matt Smith.   Defendants counsel Attorneys Richard Pierce and Edward Manibiusan were present in the Courtroom.

   Attorney Matt Smith argued the motion.

   Court, after hearing testimony, GRANTED the motion and stated that a written order would be forthcoming.

                            Adjourned 9:50


                            /s/ K. Lynn Lemieux, Courtroom Deputy