FILED
Clerk
District Court

OCT 27 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

LAW OFFICE OF STEPHEN J. NUTTING
P.O. Box 5093
Saipan, MP 96950
Telephone:   (670) 234-6891
Facsimile:   (670) 234-6893

LAW OFFICE OF S. JOSHUA BERGER
2D Floor D'Torres Building
P.O. Box 504340
Saipan, MP 96950
Telephone:   (670) 235-8060

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>Plaintiff,<br><br>vs.<br><br>MICRONESIA WOODCRAFT ENT., INC., ET. AL.<br><br>Defendants. | Civil Action No. 05-0040<br><br>**NOTICE OF APPEARANCE** |

COME NOW, Stephen J. Nutting, and S. Joshua Berger to hereby file notice of their entry of appearance in the above-entitled matter on behalf of the plaintiff and parties in interest Rodrigo Capati, Adela Capati and Rodel Capati. All future pleadings, motions, orders and other documents pertaining to this matter may be served upon the plaintiffs through the below signed counsel.

-1-

1  Dated this 27th day of October, 2006.

                                                LAW OFFICE OF STEPHEN J. NUTTING

                                                _____
                                                STEPHEN J. NUTTING
                                                CNMI Bar # F0164

                                                LAW OFFICE OF S. JOSHUA BERGER

                                                _____
                                                S. JOSHUA BERGER
                                                CNMI  Bar # F0173