1  **LAW OFFICES OF S. JOSHUA BERGER**
2  D'Torres Building, Garapan
   P. O. Box 504340
3  Saipan, MP 96950
4  Phone (670) 235-8060   Fax 235-8070

5  **STEPHEN J. NUTTING, ESQ.**
6  6TH Floor Nauru Building
   P. O. Box 5093
7  Saipan, MP 96950
8  Phone (670) 234-6891   Fax 234-6893

9  *Attorneys for Plaintiff*

10             IN THE UNITED STATES DISTRICT COURT
11                          FOR THE
               DISTRICT OF THE NORTHERN MARIANA ISLANDS
12

13 | SAIPAN HANDICRAFT,                    | CIVIL ACTION NO. 05-0040
14 |
15 |            Plaintiff,                 |
   |                                       | NOTICE OF MOTION FOR ORDER
16 |     vs.                               | PERMITTING WITHDRAWAL FROM
17 |                                       | REPRESENTATION UNDER LR
   |                                       | 83.5.g.4
18 | MICRONESIA WOODCRAFT ENT., INC., et   |
19 | al.,                                  | Date: MAY 3, 2007
   |                                       | Time: 9:00 A.M.
20 |            Defendants.                | Judge: Judge Alex Munson
21

22

23                          **NOTICE OF MOTION**

24 TO DEFENDANTS: MICRONESIAN WOODCRAFT ENTERPRISES INC. and TIRZO
25             ADRIATICO through their attorney of record, DANILO AGUILAR, Esq.

26

27     NOTICE IS HEREBY GIVEN that on the 3RD day of MAY, 2007 at
28 9:00 a.m./p.m. or as soon thereafter as counsel can be heard, plaintiff will bring on the within

-1-

contained motion to withdraw as counsel of plaintiff for the reasons stated in the motion filed herewith.

Dated this 2nd day of April, 2007.

                                                  STEPHEN J. NUTTING -F0164
                                                  Attorney for Plaintiff