F I L E D
Clerk
District Court

MAY - 1 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>  Plaintiff,<br><br>vs.<br><br>MICRONESIAN WOODCRAFT ENTERPRISES, INC., et al.,<br><br>  Defendants. | Case No. CV-05-0040<br><br>**ORDER SCHEDULING STATUS CONFERENCE** |

A status conference is hereby scheduled for **May 31, 2007, at 9:30 a.m.** Failing to make an appearance may result in the dismissal of the complaint and / or the striking of the answer. The parties are reminded that a corporation may only appear in federal court through licensed counsel. *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993).

**IT IS SO ORDERED.**

DATED this  1ST  day of May, 2007.

_____
ALEX R. MUNSON
U.S. District Court Chief Judge