# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

**********************************************************************************************

CV-05-0040                                                  May 3, 2007
                                                            9:00 a.m.


### SAIPAN HANDICRAFT -vs- MICRONESIAN WOODCRAFT ENTERPRISES

PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Randy Schmidt, Law Clerk
                Ellia Ciammaichella, Law Clerk
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Stephen Nutting, Attorney for Plaintiffs
                Danilo Aguilar, Attorney for Defendants
                Richard Pierce, Attorney for Defendants
                Edward Manibusan, Attorney for Defendants

PROCEEDINGS:    MOTION TO WITHDRAW AS COUNSEL


        Plaintiffs were represented in court by Attorney Stephen Nutting.   Defendants
counsel Attorneys Richard Pierce, Danilo Aguilar and Edward Manibusan were present
in the Courtroom.

        Attorney Nutting stated that there has been a complete breakdown in
communication between he and his client.  Further, he advised the Court that he had
notified his client of this hearing in writing.

        Court, after hearing testimony, GRANTED the motion and stated that a written
order would be forthcoming.


                                Adjourned 9:05



                                */s/* K. Lynn Lemieux, Courtroom Deputy