F I L E D
Clerk
District Court

JUN - 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISCTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT, | Case No. CV 05-0040 |
| Plaintiff, | |
| v. | ORDER AFTER STATUS CONFERENCE |
| MICRONESIAN WOODCRAFT ENTERPRISES, INC., et al, | |
| Defendants. | |

**THIS MATTER** came before the Court on May 31, 2007, for status conference. The Court, for good cause, continued the Status Conference to **July 11, 2007** at **10:30 a.m.**

**IT IS SO ORDERED.**

DATED this 4TH day of June, 2007.

ALEX R. MUNSON
U.S. District Court Chief Judge