F I L E D
Clerk
District Court

JUL 11 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>Plaintiff,<br><br>vs.<br><br>MICRONESIA WOODCRAFT ENT., inc., TIRZO J. ADRIATICO, individually and as President of micronesia Woodcraft., Inc., and JOHN DOES 1-40<br><br>Defendants, | Civil Action No. 05-0040<br><br>ORDER AFTER STATUS CONFERENCE OF JULY 11, 2007 |

This matter came before the Court on July 11, 2007, for a Status Conference. Plaintiffs Adela Capati, Rodrigo Capati and Rodel Capati appeared on behalf of Saipan Handicraft. Attorneys Danilo Aguilar, Edward Manibusan and Richard Pierce appeared on behalf of Defendants. Plaintiffs requested and were granted up to and including July 18, 2007, to retain new counsel and notify the court of their counsel of record. Defendants agreed not to file any dispositive motions until after July 18, 2007.

IT IS SO ORDERED.

DATED THIS 11th day of July, 2007.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)