Law Office of G. Anthony Long
P. O. Box 504970, Beach Road
San Jose, Saipan, MP 96950
Telephone: (670) 235-4802
Facsimile: (670) 235-4801

Attorney for Plaintiff and Counterclaim Defendant Saipan Handicraft

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT, | ) CIVIL ACTION No. 05-0040 |
| Plaintiff | ) |
| v. | ) |
| MICRONESIA WOODCRAFT, ENT., INC., TIRZO J. ADRIATICO, individually and as President of Micronesia Woodcraft, Inc., and JOHN DOES 1 - 40 | ) NOTICE OF ENTRY ) OF APPEARANCE ) OF COUNSEL |
| Defendants. | ) |

The Law Office of G. Anthony Long hereby enters its appearance as counsel of record for plaintiff and counterclaim defendant Saipan Handicraft.

Law Office of G. Anthony Long

By:_____/s/_____
        G. Anthony Long

**CONSENT OF SAIPAN HANDICRAFT**

Saipan Handicraft hereby informs the Court that it has retained the Law

Office of G. Anthony Long to represent it in connection with this mater.

                        Saipan Handicraft

            By:_____/s/_____
                        Adela Capati