F I L E D
Clerk
District Court

OCT 25 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| SAIPAN HANDICRAFT, | ) | Civil Action No. 05-0040 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| | ) | WHY MATTER SHOULD NOT |
| MICRONESIAN WOODCRAFT | ) | BE DISMISSED FOR FAILURE |
| ENTERPRISES, INC.; *et al.*, | ) | TO PROSECUTE |
| | ) | |
| Defendants | ) | |

Trial in this matter was originally set for October 23, 2006.  Plaintiff obtained new counsel, who made his appearance on July 18, 2007.  There has been no activity in this lawsuit since that date.  Accordingly,

IT IS ORDERED that the parties shall appear on November 1, 2007, at 9:30

a.m. to show cause why this matter should not be dismissed for failure to prosecute.

If dismissal or other documents are filed by that date which completely

resolve this matter and indicate that the court may close this file, the hearing shall

automatically come off-calendar with no further order issued by the court.

DATED this 25th day of October, 2007.


_____
ALEX R. MUNSON
Judge