Law Office of G. Anthony Long
P. O. Box 504970, Beach Road
San Jose, Saipan, MP 96950
Telephone: (670) 235-4802
Facsimile: (670) 235-4801

Attorney for Plaintiff and Counterclaim Defendant Saipan Handicraft

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT, | ) CIVIL ACTION No. 05-0040 |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MICRONESIA WOODCRAFT, ENT., INC., | ) REQUEST TO SET |
| TIRZO J. ADRIATICO, individually and as | ) CASE MANAGEMENT |
| President of Micronesia Woodcraft, Inc., and | ) CONFERENCE |
| JOHN DOES 1 - 40 | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Comes now the plaintiff and counterclaim defendant, Saipan Handicraft, to request that this Court set a Case Management Conference in the above entitled matter.

                Law Office of G. Anthony Long

    By:_____/s/_____
            Kelley M Butcher