1  DANILO T. AGUILAR, F0198
   Attorney at Law
2  P.O. Box 505301
   First Floor, San Jose Court Bldg.
3  Cor. Ghiyeghi St. & Wischira Way
   San Jose, Saipan, MP 96950
4  TELEPHONE: (670) 234-8801
   FAX: (670) 234-1251
5
   Attorney for Defendant
6      MICRONESIA WOODCRAFT ENT. INC., et al.
7
              UNITED STATES DISTRICT COURT
8
                        FOR THE
9
          DISTRICT OF THE NORTHERN MARIANA ISLANDS
10

11 | SAIPAN HANDICRAFT,                          | CIVIL ACTION NO. 05-0040
12 |         Plaintiff,                          |
13 |     v.                                      |
14 | MICRONESIA WOODCRAFT ENT.,                  |
   | INC., TIRZO J. ADRIATICO,                   |
15 | individually and as President of            |
   | Micronesia Woodcraft Ent., Inc.,            |
16 | A COMPANY, INC. dba Palm Tree               |
   | Gift Shop, ALINA'S ARAM CO., LTD.           |
17 | dba Match, ARENAS ENTERPRISES,              |
   | INC. dba Esther Fashion,                    | **DEFENDANTS' MICRONESIAN
18 | ANTOINETTE F. CASTRO, CHOON                 | WOODCRAFT ENT. INC. AND
   | HEE LEE, HYUN JIN KIM,                      | TIRSO J. ADRIATICO'S NOTICE
19 | COMMONWEALTH PACIFIC INTL.,                 | OF JOINDER TO RESPONSE
   | INC. dba Crystal Palace Gift shop, TA       | FILED BY LK CORPORATION
20 | BUN KUY, FULL HOUSE, INC. dba               | DBA ROTA HANDICRAFT**
   | Micro Beach Hotel and CBA Store,            |
21 | COSTA WORLD CORPORATIN dba                  |
   | Color Rich, DORA CO., LTD. dba              |
22 | Block's, SHI.N.KA. FUJI MASSAGE             |
   | PARLOR, GREAT SUNSHINE                      |
23 | CORPORATION dba Haney, J&T                  |
   | ENTERPRISES, INC. dba 7 Star Gift           |
24 | Shop, KAN PACIFIC SAIPAN, LTD.              |
   | dba Mariana Resort & Spa Gift Shop,         |
25 | KENKOZ CORP., KUMANOMI                      |
   | ISLAND CO., LTD. LK                         |
26 | CORPORATION dba Rota Handicraft,            |
   | LEE YOUNG JO, LEE, BYUNG                    |
27 | DEUK, PACIFIC INTL.                         |
   | CORPORATION dba Marianas                    |
28 | Woodcraft, PACIFIC SUN LINES,               |

| | |
|---|---|
| INC. dba Beach Gal and Cinderella, FRANCISCO S. PANGELINAN, IGARASHI SHO o TEN, INC., QJ CO., LTD. dba Beach Gift Shop, RYU CORPORATION dba Ryu Gu Zyo Gift Shop, TOTAL I CORPORATION, TOWN HOUSE, INC. dba Townhouse Dept. Store, XUAN BO LU, YUN'S CORPORATION dba Payless Supermarket and JOHN DOES 1-30, Defendants. | |

COMES NOW, Defendants herein, Micronesia Woodcraft Enterprises, Inc. and Tirso J. Adriatico, by and through their undersigned counsel Danilo T. Aguilar, Esq., hereby submit its Notice of Joinder to the response filed by Rota Handicraft.

Respectfully submitted this 1st day of November, 2007.

_____
DANILO T. AGUILAR, F0198
Attorney for Defendants
Micronesia Woodcraft, Ent. Inc.,
and Tirso J. Adriatico