# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CV-05-0040                                                                                                November 1, 2007
                                                                                                          9:30 a.m.


**SAIPAN HANDICRAFT -vs- MICRONESIAN WOODCRAFT ENTERPRISES**

PRESENT:       Hon. Alex R. Munson, Chief Judge Presiding
               Abigail Robinson, Law Clerk
               Faye Crozat, Court Reporter
               K. Lynn Lemieux, Courtroom Deputy
               Anthony Long, Attorney for Plaintiffs
               Kelly Butcher, Attorney for Plaintiffs
               Steven M. Newman, Attorney for Defendants
               Edward Manibusan, Attorney for Defendants
               Richard Pierce, Attorney for Defendants
               Danilo Aguilar, Attorney for Defendants


PROCEEDINGS:   HEARING ON ORDER TO SHOW CAUSE

   Plaintiffs were represented in court by Attorney Anthony Long and Kelly Butcher. Defendants counsel Attorneys Richard Pierce, Edward Manibusan, Steven Newman, and Danilo Aguilar were present in the Courtroom.

   All counsel rested on the briefs.

   Court ordered that the case not be dismissed.

   Court ordered counsel to get together and set a date and time for next week for a case management conference.


                                               Adjourned 9:35



                                               /s/ K. Lynn Lemieux, Courtroom Deputy