F I L E D
Clerk
District Court

NOV - 8 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT,<br><br>Plaintiff,<br><br>vs.<br><br>MICRONESIA WOODCRAFT ENT., inc.,<br>TIRZO J. ADRIATICO, individually and as<br>President of micronesia Woodcraft., Inc.,<br>and JOHN DOES 1-40<br><br>Defendants, | Civil Action No. 05-0040<br><br>Amended<br>Case Management Scheduling<br>Order |

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in the above case on November 8, 2007. As a result of the conference,

IT IS ORDERED THAT:

1. All parties are to be joined on or before December 7, 2007.

2. All motions to amend pleadings shall be filed on or before December 7, 2007.

3. All discovery shall be served by May 1, 2008.

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. See e.g. Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. See Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

AO 72
(Rev. 8/82)

4. All discovery motions shall be filed so as to be heard on or before June 19, 2008. The following discovery documents and proofs of service thereof shall <u>not</u> be filed with the Clerk until there is a motion or proceeding in which the document or proof of service is in issue and then <u>only</u> that part of the document which is in issue shall be filed with the Court:

   a. Transcripts of depositions upon oral examination;
   b. Transcripts of deposition upon written questions;
   c. Interrogatories;
   d. Answers or objections to interrogatories;
   e. Requests for production of documents or to inspect tangible things;
   f. Responses or objections to requests for production of documents or to inspect tangible things;
   g. Requests for admission; and,
   h. Responses of objections to requests for admission.

5. All dispositive motions shall be heard on or before September 25, 2008. Said motions shall be filed in accordance with Local Rules 7.1.

6. A settlement conference will be held on October 3, 2008, at 10:00 a.m.

7. The jointly-prepared final pretrial order, prepared pursuant to Local Rule 16.2CJ.e.9, shall be filed with this Court by October 31, 2008.

8. A final pretrial conference will be held on November 7, 2008, at 9:00 a.m.

9. The trial in this case shall begin on November 17, 2008, at 9:00 a.m.

This case has been assigned to the Standard Track.

DATED THIS 8th day of November, 2007, Garapan, Saipan, CNMI.



JUDGE ALEX R. MUNSON