LAW OFFICES OF EDWARD MANIBUSAN
Edward Manibusan, Esq.
Steven M. Newman, Esq.
P.O. Box 7934 SVRB
Tun Antonio Apa Road
Saipan, MP 96950
Telephone No. 235-6520
Facsimile No. 235-6522
e-mail: emlaw@vzpacifica.net

Attorneys for Defendants LK Corporation,
d.b.a. Rota Handicraft and Lee Byung Deuk

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| SAIPAN HANDICRAFT, ) | Civil Action No. 05-0040 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | DEFENDANTS LK CORPORATION |
| ) | CORPORATION, dba ROTA |
| MICRONESIA WOODCRAFT ENT., INC., ) | HANDICRAFT and LEE |
| ET. AL, ) | BYUNG DEUK ANSWER TO |
| ) | PLAINTIFFS REQUEST FOR |
| Defendants. ) | PRODUCTION |
| ) | |
| ) | Date: |
| ) | Time: |
| ) | Judge: Hon. Alex R. Munson |

COMES NOW Defendants LK Corporation (LK Corp.) and Lee, Byung Deuk (Lee), by and through undersigned counsel, and hereby sets forth its Answer to Plaintiff's Request for Production.

### II. RESPONSE

Request No. 1:   All documents that report on, describe, refer to, and/or relate to your use of Bo Jo Bo Doll.

Answer to Request for Production 1 of 4

| | | |
|---|---|---|
| 1 | Request No. 2: | All documents which establish the date(s) stated in your response to |
| 2 | | Interrogatory No. 1 of Plaintiff's Interrogatories.\ |

Request No. 3:    All documents which you contend establish or public use of Bo Jo Bo Dolls.

Request No. 4:    All documents which you contend establish that the Bo Jo Bo Dolls have been in continuous use from the date of first use to the present, including but not limited to any and all documents relating to any periods of non-use.

Rota Handicraft is not in possession of any such documents.

Request No. 5:    The contracts, agreements, licenses, consents, and the like, and any amendments thereto, to which you are a party with each with each [sic] buyer, supplier of materials, retailer and other businesses for the purchase or distribution of your Bo Jo [sic] dolls.

Rota Handicraft is not in possession of any such documents.

Request No. 6:    All licenses granted to you by any third party with respect to manufacturing, producing or selling Bo Jo Bo Dolls.

Rota Handicraft is not in possession of any such documents.

Request No. 7:    The documentation which relate to or refer to the origin, conception, selection, development and adoption of the Bo Jo Bo Doll.

Rota Handicraft is not in possession of any such documents.

Answer to Request for Production 2 of 4

| | | |
|---|---|---|
| 1 | Request No. 8: | The documentation that identify, classify, relate to, and/or relate to the actual |
| 2 | | and/or intended purchasers and end users, if different, of the Bo Jo Bo Doll by |
| 3 | | you. |
| 4 | | |
| 5 | | Rota Handicraft has provided herewith copies of its invoices for the years |
| 6 | | 2006-2008 which identifies the purchasers of its Bo Jo Bo Dolls.  *See* Exhibit |
| 7 | | A (Invoices). |
| 8 | | |
| 9 | Request No. 9: | The advertisements or promotional literature, whether actually distributed or |
| 10 | | not, used or considered for use in connection with your production of the Bo |
| 11 | | Jo Bo Doll. |
| 12 | | |
| 13 | | Rota Handicraft is not in possession of any such documents. |
| 14 | | |
| 15 | Request No. 10: | All documents which establish the damages you contend you have suffered in |
| 16 | | your counterclaim. |
| 17 | | |
| 18 | | Rota Handicraft refers Plaintiff to those documents provided in Exhibit A. |
| 19 | | |
| 20 | Request No. 11: | The documentation, including business gross receipts tax filings, showing your |
| 21 | | monthly gross income derived from the sale or distribution of Bo Jo Bo Dolls |
| 22 | | from the date of first production through the present. |
| 23 | | |
| 24 | | Rota Handicraft has attached copies of its business gross receipt tax filings. |
| 25 | | *See* Exhibit B. |
| 26 | | |
| 27 | | |
| 28 | | |

1 Request No. 12: The documentation relating to any revenue losses you claim in your
2 counterclaim.
3
4 Rota Handicraft refers Plaintiff to Exhibits A and B.
5
6 Request No. 13: Each type of label, container, sticker, box, bag, packaging, brochure,
7 advertisement, website screen print out and/or other means by which Plaintiff
8 has applied or used (or intends to apply or use) the Bo Jo Bo mark which you
9 contend infringes on the Bo Jo Bo Dolls you manufacture.
10
11 Rota Handicraft is not in possession of any Bo Jo Bo Dolls manufactured by
12 Plaintiff, but refers to Plaintiff's exhibits attached to its Motion for Expanded
13 Preliminary Injunction.
14
15  RESPECTFULLY SUBMITTED this 30th day of May 2008.

*/s/ Steven M. Newman*
Steven M. Newman, Esq.
Attorney for Defendants LK Corporation,
d.b.a. Rota Handicraft and Lee Byung Deuk.

Answer to Request for Production 4 of 4