5/20/08 at 11:34:14.74                                                                                                  Page: 1

# LK CORPORATION
## Invoice Register
For the Period From Jan 1, 2006 to Dec 31, 2006

Filter Criteria includes: Report order is by Invoice/CM Number.

| Invoice/CM # | Date | Quote No | Name | Amount |
|---|---|---|---|---|
| II-102 | 2/18/06 | | CITY HILL CO., GUAM d.b.a.JPS | 29,750.00 |
| II-103 | 2/28/06 | | CITY HILL CO., GUAM d.b.a.JPS | 23,748.00 |
| II-104 | 6/13/06 | | CITY HILL CO., GUAM d.b.a.JPS | 6,250.00 |
| II-105 | 6/26/06 | | DFS- Saipan Galleria | 2,640.00 |
| II-106 | 6/27/06 | | DFS - Saipan Airport | 1,100.00 |
| II-107 | 6/30/06 | | DFS- Saipan Galleria | 770.00 |
| II-108 | 7/5/06 | | DFS- Saipan Galleria | 1,551.00 |
| II-109 | 7/7/06 | | World Resort | 560.00 |
| II-110 | 7/10/06 | | DFS- Saipan Galleria | 2,090.00 |
| II-111 | 7/12/06 | | DFS- Saipan Galleria | 830.50 |
| II-112 | 7/14/06 | | DFS- Saipan Galleria | 649.00 |
| II-113 | 7/17/06 | | DFS- Saipan Galleria | 869.00 |
| II-114 | 7/17/06 | | DFS - Saipan Airport | 550.00 |
| II-115 | 7/19/06 | | Hyatt Regency Saipan | 250.00 |
| II-116 | 7/19/06 | | DFS - Saipan Airport | 550.00 |
| II-117 | 7/25/06 | | DFS- Saipan Galleria | 1,100.00 |
| II-118 | 7/31/06 | | DFS- Saipan Galleria | 550.00 |
| II-119 | 8/3/06 | | DFS- Saipan Galleria | 1,237.50 |
| II-120 | 8/9/06 | | World Resort | 470.00 |
| II-121 | 8/10/06 | | DFS - Saipan Airport | 825.00 |
| II-122 | 8/10/06 | | DFS- Saipan Galleria | 841.50 |
| II-123 | 8/16/06 | | DFS- Saipan Galleria | 1,100.00 |
| II-124 | 8/21/06 | | DFS- Saipan Galleria | 1,100.00 |
| II-125 | 8/22/06 | | AQUA RESORT CLUB | 500.00 |
| II-126 | 8/28/06 | | DFS- Saipan Galleria | 1,375.00 |
| II-127 | 9/1/06 | | DFS- Saipan Galleria | 1,551.00 |
| II-128 | 9/6/06 | | DFS- Saipan Galleria | 1,210.00 |
| II-129 | 9/8/06 | | World Resort | 550.00 |
| II-130 | 9/8/06 | | DFS - Saipan Airport | 825.00 |
| II-131 | 9/11/06 | | DFS- Saipan Galleria | 1,650.00 |
| II-132 | 9/14/06 | | HENRY ATALIG | 2,400.00 |
| II-133 | 9/15/06 | | DFS- Saipan Galleria | 1,375.00 |
| II-134 | 9/19/06 | | DFS- Saipan Galleria | 1,265.00 |
| II-135 | 9/22/06 | | DFS- Saipan Galleria | 1,155.00 |
| II-136 | 9/28/06 | | DFS- Saipan Galleria | 1,210.00 |
| II-137 | 10/2/06 | | DFS- Saipan Galleria | 2,200.00 |
| II-138 | 10/2/06 | | World Resort | 200.00 |
| II-139 | 10/3/06 | | DFS - Saipan Airport | 825.00 |
| II-140 | 10/3/06 | | Hyatt Regency Saipan | 250.00 |
| II-141 | 10/10/06 | | DFS- Saipan Galleria | 1,815.00 |
| II-142 | 10/10/06 | | World Resort | 350.00 |
| II-143 | 10/17/06 | | DFS- Saipan Galleria | 1,100.00 |
| II-144 | 10/23/06 | | DFS- Saipan Galleria | 1,881.00 |
| II-145 | 10/24/06 | | DFS- Saipan Galleria | 1,100.00 |
| II-146 | 10/27/06 | | DFS- Saipan Galleria | 825.00 |
| II-147 | 11/6/06 | | DFS- Saipan Galleria | 1,210.00 |
| II-148 | 11/8/06 | | DFS- Saipan Galleria | 1,320.00 |
| II-149 | 11/9/06 | | DFS - Saipan Airport | 825.00 |
| II-150 | 11/15/06 | | DFS- Saipan Galleria | 880.00 |
| II-151 | 11/20/06 | | DFS- Saipan Galleria | 990.00 |
| II-152 | 11/27/06 | | DFS- Saipan Galleria | 1,210.00 |
| II-153 | 12/4/06 | | World Resort | 200.00 |
| II-154 | 12/4/06 | | World Resort | 350.00 |
| II-155 | 12/8/06 | | DFS - Saipan Airport | 550.00 |
| II-156 | 12/11/06 | | DFS- Saipan Galleria | 1,705.00 |
| II-157 | 12/22/06 | | DFS- Saipan Galleria | 1,100.00 |
| Total | | | | 115,333.50 |

5/20/08 at 11:33:04.74                                                                                              Page: 1

# LK CORPORATION
## Invoice Register
For the Period From Jan 1, 2007 to Dec 31, 2007

Filter Criteria includes: Report order is by Invoice/CM Number.

| Invoice/CM # | Date | Quote No | Name | Amount |
|---|---|---|---|---|
| 101 | 1/29/07 | | World Resort | 700.00 |
| IE-158 | 1/2/07 | | DFS - Saipan Airport | 1,100.00 |
| IE-159 | 1/2/07 | | DFS - Saipan Galleria | 1,155.00 |
| IE-160 | 1/5/07 | | DFS - Saipan Galleria | 1,210.00 |
| IE-161 | 1/15/07 | | World Resort | 400.00 |
| IE-162 | 1/18/07 | | DFS - Saipan Galleria | 1,320.00 |
| IE-163 | 2/1/07 | | DFS - Saipan Airport | 550.00 |
| IE-164 | 1/30/07 | | DFS - Saipan Galleria | 990.00 |
| IE-165 | 2/7/07 | | DFS - Saipan Galleria | 1,320.00 |
| IE-166 | 2/15/07 | | DFS - Saipan Galleria | 990.00 |
| IE-167 | 2/22/07 | | DFS - Saipan Galleria | 918.00 |
| IE-168 | 2/27/07 | | DFS - Saipan Airport | 765.00 |
| IE-169 | 3/2/07 | | DFS - Saipan Galleria | 1,071.00 |
| IE-170 | 3/5/07 | | DFS - Saipan Galleria | 918.00 |
| IE-171 | 3/10/07 | | DFS - Saipan Galleria | 918.00 |
| IE-172 | 3/19/07 | | DFS - Saipan Galleria | 612.00 |
| IE-173 | 3/21/07 | | DFS - Saipan Galleria | 1,224.00 |
| IE-174 | 4/4/07 | | DFS - Saipan Galleria | 918.00 |
| IE-175 | 4/16/07 | | DFS - Saipan Airport | 765.00 |
| IE-176 | 4/27/07 | | DFS - Saipan Galleria | 1,020.00 |
| IE-177 | 5/4/07 | | DFS - Saipan Galleria | 1,071.00 |
| IE-178 | 5/15/07 | | DFS - Saipan Galleria | 918.00 |
| IE-179 | 5/24/07 | | DFS - Saipan Galleria | 765.00 |
| IE-180 | 5/24/07 | | DFS - Saipan Galleria | 255.00 |
| IE-181 | 5/29/07 | | DFS - Saipan Airport | 510.00 |
| IE-182 | 6/5/07 | | DFS - Saipan Galleria | 1,071.00 |
| IE-183 | 6/7/07 | | DFS - Saipan Galleria | 918.00 |
| IE-184 | 6/7/07 | | DFS - Saipan Galleria | 153.00 |
| IE-185 | 6/19/07 | | DFS - Saipan Galleria | 1,071.00 |
| IE-186 | 6/26/07 | | DFS - Saipan Airport | 1,275.00 |
| IE-187 | 6/28/07 | | DFS - Saipan Galleria | 765.00 |
| IE-188 | 6/28/07 | | DFS - Saipan Galleria | 153.00 |
| IE-189 | 7/7/07 | | DFS - Saipan Galleria | 714.00 |
| IE-190 | 7/18/07 | | DFS - Saipan Galleria | 1,071.00 |
| IE-191 | 8/16/07 | | DFS - Saipan Galleria | 1,071.00 |
| IE-192 | 8/27/07 | | DFS - Saipan Galleria | 1,836.00 |
| IE-193 | 8/30/07 | | World Resort | 1,100.00 |
| IE-194 | 9/6/07 | | DFS - Saipan Airport | 408.00 |
| IE-195 | 9/6/07 | | DFS - Saipan Airport | 867.00 |
| IE-196 | 9/13/07 | | DFS - Saipan Galleria | 1,938.00 |
| Total | | | | 36,794.00 |