COPY

# DIVISION OF REVENUE AND TAXATION
COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

## BUSINESS GROSS REVENUE TAX QUARTERLY RETURN FOR MANUFACTURING AND WHOLESALING

2008 JAN 23

(See reverse side of this form for instructions) 20 07 DLN

LK Corporation

LK Wholesale

PMB 722 Box 10000 Saipan, MP 96950

C. 1. Taxpayer's Identification Number: 99-3006644

C. 2. Identification No. Used Previous Quarter: same

D. Quarter Ended: December 31, 2007

E. Telephone Number(s): 287-1900

PARTNERSHIP

ASSOCIATION

H. LOCATION OF BUSINESS: ☐ SAIPAN ☐ TINIAN ☒ ROTA ☐ NORTHERN IS. (Indicate Village)

I. ACTIVITIES: ☒ MANUFACTURING ☒ WHOLESALING

### TAX AND OTHER CHARGES

| Item | | Amount |
|---|---|---|
| FOR THE PERIOD JANUARY 1 - MARCH 31. | | $ 7,932.12 |
| FOR THE PERIOD APRIL 1 - JUNE 30. | | 8,946.42 |
| FOR THE PERIOD JULY 1 - SEPTEMBER 30. | | 8,396.64 |
| FOR THE PERIOD OCTOBER 1 - DECEMBER 31. | | 5,997.60 |
| ... AND 4. | | 31,272.78 |
| NOT SUBJECT TO TAX. *(attach detailed statement of explanation)* | | |
| SUBJECT TO TAX. *(line 5 minus line 6)* | | 31,272.78 |
| SHOWN ON LINE 7. | | 469.09 |
| PREVIOUS QUARTER(S). | | 379.13 |
| THIS QUARTER. *(line 8 minus line 9)* | | 89.96 |
| FROM PREVIOUS QUARTERS, IF ANY. | | N/A |
| (PAYMENT) THIS QUARTER. *(line 10 minus line 11, if any)* | | 89.96 |
| EDUCATIONAL CASH CONTRIBUTIONS | N/A | |
| TAX CREDIT TAKEN PRIOR | N/A | |
| CREDIT AVAILABLE THIS QUARTER | N/A | |
| CREDIT (see instructions/attach Schedule ETC) | | N/A |
| FROM FORM 1120CM OR 1040 CM, IF ANY. (See Instructions) | | 89.96 |
| WHICH CREDIT WILL BE APPLIED FROM | | |
| WHICH CREDIT WILL BE APPLIED FROM | | |
| *(line 12 minus lines 13d and 14a)* | | 89.96 |
| *is filed and paid after the deadline,* 16a (10%) | | |
| 16b ( 1%) | | |
| *(If payment is made after the deadline, complete this line.)* | | |
| *(lines 15, 16a, 16b and 17)* PAY THIS AMOUNT | | $ 89.96 |

*Under the penalties of perjury, I declare that this return is, to the best of my knowledge and belief, true ...*

Lee, Byung Deuk [signature] — President — 01/22/08

(Typed) and Signature — Title — Date

Preparer's Signature: | Date: | Preparer's SSN: | TIN

Firm's Name: | Mailing Address:

| FOR OFFICIAL USE ONLY | | |
|---|---|---|
| Account No: | Account No: | Account No: |
| Amount: | Amount: | Amount: |
| RECEIPT NO: | RECEIVED BY: | POST MARK |
| INPUT BY: | INPUT DATE: | |

[illegible]
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
COMMONWEALTH TREASURY
P.O. BOX [illegible]
SAIPAN, MP [illegible]

OFFICIAL CASH RECEIPT

[illegible]

RECEIVED FROM [illegible]
[illegible]
SAIPAN, MP [illegible]

[illegible]

[illegible]

*** KEEP THIS RECEIPT FOR YOUR RECORDS ***

DIVISION OF REVENUE AND TAXATION
COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

COPY

# BUSINESS GROSS REVENUE TAX QUARTERLY RETURN FOR MANUFACTURING AND WHOLESALING

(See reverse side of this form for instructions) 20 07 DLN

Name: **LK Corporation**
LK Wholesale
PMB 722 Box 10000 Saipan, MP 96950

C. 1. Taxpayer's Identification Number: 99-3006644
C. 2. Identification No. Used Previous Quarter: same
D. Quarter Ended: September 30, 2007
E. Telephone Number(s): 287-1900

H. LOCATION OF BUSINESS: ☐ SAIPAN ☐ TINIAN ☒ ROTA ☐ NORTHERN IS. (Indicate Village)

I. ACTIVITIES: ☒ MANUFACTURING ☒ WHOLESALING

☐ PARTNERSHIP ☐ ASSOCIATION

## TAX AND OTHER CHARGES

| | | |
|---|---|---|
| FOR THE PERIOD JANUARY 1 - MARCH 31 | | $ 7,932.12 |
| FOR THE PERIOD APRIL 1 - JUNE 30 | | 8,946.42 |
| FOR THE PERIOD JULY 1 - SEPTEMBER 30 | | 8,396.64 |
| FOR THE PERIOD OCTOBER 1 - DECEMBER 31 | | N/A |
| 1, 2, 3, AND 4 | | 25,275.18 |
| NOT SUBJECT TO TAX. *(attach detailed statement of explanation)* | | |
| SUBJECT TO TAX. *(line 5 minus line 6)* | | 25,275.18 |
| TAX DRAWN ON LINE 7 | | 379.13 |
| PREVIOUS QUARTER(S) | | 253.18 |
| THIS QUARTER. *(line 8 minus line 9)* | | 125.95 |
| PREVIOUS QUARTERS, IF ANY | | N/A |
| (PAYMENT) THIS QUARTER. *(line 10 minus line 11, if any)* | | 125.95 |
| EDUCATIONAL CASH CONTRIBUTIONS | N/A | |
| TAX CREDIT TAKEN PRIOR | N/A | |
| CREDIT AVAILABLE THIS QUARTER | N/A | |
| (see instructions/attach Schedule ETC) | | N/A |
| FORM 1120CM OR 1040 CM, IF ANY (See Instructions) | | 125.95 |
| WHICH CREDIT WILL BE APPLIED FROM | | |
| WHICH CREDIT WILL BE APPLIED FROM | | |
| *(line 12 minus lines 13d and 14a)* | | 125.95 |
| *return is filed and paid after the deadline,* | 16a (10%) | |
| | 16b ( 1%) | |
| *(If payment is made after the deadline, complete this line.)* | | |
| *(lines 15, 16a, 16b and 17)* | **PAY THIS AMOUNT** | $ 125.95 |

*Under penalties of perjury, I declare that this return is, to the best of my knowledge and belief ...*

**Lee, Byung Deuk** — (Name) and Signature
**President** — Title
10/24/07

Preparer's Signature: | Date: | Preparer's SSN: | TIN
Firm's Name: | Mailing Address:

**FOR OFFICIAL USE ONLY**

| | | |
|---|---|---|
| Account No: | Account No: | Account No: |
| Amount: | Amount: | Amount: |
| RECEIPT NO: | RECEIVED BY: | POST MARK |
| INPUT BY: | INPUT DATE: | |

# DIVISION OF REVENUE AND TAXATION
COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

COPY

## BUSINESS GROSS REVENUE TAX QUARTERLY RETURN FOR MANUFACTURING AND WHOLESALING

(type or print in ink) (See reverse side of this form for instructions) 20 07 DLN

Taxpayer's Name: **LK Corporation**

Doing Business As: LK Wholesale

Mail Address: PMB 722 Box 10000 Saipan, MP 96950

C. 1. Taxpayer's Identification Number: 99-3006644

C. 2. Identification No. Used Previous Quarter: same

D. Quarter Ended: June 30, 2007

E. Telephone Number(s): 287-1900

F. MARK HERE IF THIS IS A FINAL RETURN AND INDICATE THE DATE WHEN BUSINESS CLOSED OR DISSOLVED

DATE

G. FORM: ☐ PROPRIETORSHIP ☐ PARTNERSHIP ☐ CORPORATION ☐ ASSOCIATION ☐ OTHER ORGANIZATION

H. LOCATION OF BUSINESS: ☐ SAIPAN ☐ TINIAN ☒ ROTA ☐ NORTHERN IS. (Indicate Village)

I. ACTIVITIES: ☒ MANUFACTURING ☒ WHOLESALING

### COMPUTATION OF TAX AND OTHER CHARGES

| Line | Amount |
|---|---|
| GROSS REVENUE FOR THE PERIOD JANUARY 1 - MARCH 31. | $ 7,932.12 |
| GROSS REVENUE FOR THE PERIOD APRIL 1 - JUNE 30. | 8,946.42 |
| GROSS REVENUE FOR THE PERIOD JULY 1 - SEPTEMBER 30. | N/A |
| GROSS REVENUE FOR THE PERIOD OCTOBER 1 - DECEMBER 31. | N/A |
| TOTAL OF LINES 1, 2, 3, AND 4. | 16,878.54 |
| GROSS REVENUE NOT SUBJECT TO TAX. *(attach detailed statement of explanation)* | |
| GROSS REVENUE SUBJECT TO TAX. *(line 5 minus line 6)* | 16,878.54 |
| TAX ON AMOUNT SHOWN ON LINE 7. | 253.18 |
| TAX ALLOCATED PREVIOUS QUARTER(S). | 118.98 |
| TAX ALLOCATED THIS QUARTER. *(line 8 minus line 9)* | 134.20 |
| (OVERPAID) FROM PREVIOUS QUARTERS, IF ANY. | N/A |
| TAX DUE (OVERPAYMENT) THIS QUARTER. *(line 10 minus line 11, if any)* | 134.20 |
| AMOUNT OF EDUCATIONAL CASH CONTRIBUTIONS | |
| EDUCATION TAX CREDIT TAKEN PRIOR | N/A |
| EDUCATION TAX CREDIT AVAILABLE THIS QUARTER | N/A |
| EDUCATION TAX CREDIT (see instructions/attach Schedule ETC) | N/A |
| OVERPAYMENT CREDIT FROM FORM 1120CM OR 1040 CM, IF ANY. (See instructions) | 134.20 |
| TAX YEAR OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | |
| TAX YEAR OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | |
| TAX DUE AFTER CREDIT. *(line 12 minus lines 13d and 14a)* | 134.20 |
| PENALTY CHARGE *(If return is filed and paid after the deadline, complete this line.)* 16a (10%) | |
| 16b ( 1%) | |
| INTEREST CHARGES *(If payment is made after the deadline, complete this line.)* | |
| TOTAL DUE *(Add lines 15, 16a, 16b and 17)* **PAY THIS AMOUNT** | $ **134.20** |

Received By: Date: 7/31/07

DECLARATION: *Under the penalties of perjury, I declare that this return is, to the best of my knowledge and belief, true and correct.*

**Lee, Byung Deuk** — Name (Typed) and Signature

**President** — Title

07/31/07 — Date

PREPARER'S USE ONLY: Preparer's Signature: Date: Preparer's SSN: TIN: Firm's Name: Mailing Address:

**FOR OFFICIAL USE ONLY**

| | | |
|---|---|---|
| Account No: | Account No: | Account No: |
| Amount: | Amount: | Amount: |
| RECEIPT NO: | RECEIVED BY: | POST MARK |
| INPUT BY: | INPUT DATE: | |

CNMI Tax System Release 6.0
Commonwealth of the Northern Mariana Islands
Commonwealth Treasury
P.O. Box 5234 CHRB
Saipan, MP 96950

OFFICIAL CASH RECEIPT

Payment Entered: 8/03/2007 Receipt No [illegible]

Received From: LK Corporation
PMB 722, Box 10000
Saipan, MP 969500000

Taxpayer ID : 923006644 Date: 7/31/2007 14:08:42 Received by [illegible]

Payment to Account(s):

Bus. Gross Revenue Tax-CY 1000 40110
923006644 OS-3105MW 2007 2
LK Corporation

Payment(s) Tendered:
Check 121403065 12017291

TOTAL . . . . . . . . [illegible]

*** KEEP THIS RECEIPT FOR YOUR RECORDS ***



# DIVIS N OF REVENUE AND TAX ION
COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

COPY

## BUSINESS GROSS REVENUE TAX QUARTERLY RETURN FOR MANUFACTURING AND WHOLESALING

(type or print in ink) (See reverse side of this form for instructions) 20 07 DLN

| | | |
|---|---|---|
| Taxpayer's Name<br>LK Corporation | C. 1. Taxpayer's Identification Number<br>99-3006644 | F. MARK HERE IF THIS A FINAL RETURN AND INDICATE THE DATE WHEN BUSINESS WAS CLOSED OR DISSOLVED |
| Doing Business As<br>LK Wholesale | C. 2. Identification No. Used Previous Quarter<br>same | |
| Mailing Address<br>PMB 722 Box 10000 Saipan, MP 96950 | D. Quarter Ended<br>March 31, 2007 | |
| | E. Telephone Number(s)<br>287-1900 | DATE |

| BUSINESS FORM: | H. LOCATION OF BUSINESS | I. ACTIVITIES: |
|---|---|---|
| ☐ PROPRIETORSHIP ☐ PARTNERSHIP | ☐ SAIPAN ☐ TINIAN | |
| X CORPORATION ☐ ASSOCIATION | ☒ ROTA ☐ NORTHERN IS. | ☒ MANUFACTURING ☒ WHOLESALING |
| ☐ NONPROFIT ORGANIZATION | (Indicate Village) | |

| COMPUTATION OF TAX AND OTHER CHARGES | | | FOR OFFICIAL USE ONLY |
|---|---|---|---|
| TOTAL REVENUE FOR THE PERIOD JANUARY 1 - MARCH 31. | | $ 7,932.12 | |
| TOTAL REVENUE FOR THE PERIOD APRIL 1 - JUNE 30. | | N/A | |
| TOTAL REVENUE FOR THE PERIOD JULY 1 - SEPTEMBER 30. | | N/A | |
| TOTAL REVENUE FOR THE PERIOD OCTOBER 1 - DECEMBER 31. | | N/A | |
| TOTAL OF LINES 1, 2, 3, AND 4. | | 7,932.12 | |
| REVENUE NOT SUBJECT TO TAX. *(attach detailed statement of explanation)* | | | |
| GROSS REVENUE SUBJECT TO TAX. *(line 5 minus line 6)* | | 7,932.12 | |
| TAX ON AMOUNT SHOWN ON LINE 7. | | 118.98 | |
| TAX ALLOCATED PREVIOUS QUARTER(S). | | N/A | |
| TAX ALLOCATED THIS QUARTER. *(line 8 minus line 9)* | | 118.98 | |
| TAX (OVERPAID) FROM PREVIOUS QUARTERS, IF ANY. | | N/A | |
| TAX DUE (OVERPAYMENT) THIS QUARTER. *(line 10 minus line 11, if any)* | | 118.98 | |
| AMOUNT OF EDUCATIONAL CASH CONTRIBUTIONS | N/A | | |
| EDUCATION TAX CREDIT TAKEN PRIOR | N/A | | |
| EDUCATION TAX CREDIT AVAILABLE THIS QUARTER | N/A | | |
| EDUCATION TAX CREDIT (see instructions/attach Schedule ETC) | | N/A | |
| OVERPAYMENT CREDIT FROM FORM 1120CM OR 1040 CM, IF ANY. (See Instructions). | | 118.98 | |
| ENTER YEAR OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | | | |
| ENTER TYPE OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | | | |
| TAX AFTER CREDIT. *(line 12 minus lines 13d and 14a)* | | 118.98 | |
| PENALTY CHARGE *(If return is filed and paid after the deadline, complete this line.)* | 16a (10%) | | |
| | 16b ( 1%) | | |
| INTEREST CHARGES *(If payment is made after the deadline, complete this line.)* | | | |
| TOTAL DUE *(Add lines 15, 16a, 16b and 17)* | PAY THIS AMOUNT | $ 118.98 | |

DROP RETURN
Revenue and Taxation
Collection Branch
Received By:
Date: 4/30/07

DECLARATION: *Under the penalties of perjury, I declare that this return is, to the best of my knowledge and belief, true and correct.*

| Lee, Byung Deuk [signature] | President | 4/30/07 |
|---|---|---|
| Name (Typed) and Signature | Title | Date |

| PREPARER'S USE ONLY | Preparer's Signature: | Date: | Preparer's SSN: | TIN: |
|---|---|---|---|---|
| | Firm's Name: | Mailing Address: | | |

| | FOR OFFICIAL USE ONLY | | |
|---|---|---|---|
| Account No: | Account No: | Account No: | Account No: |
| Amount: | Amount: | Amount: | Amount: |
| DATE PAID: | RECEIPT NO: | RECEIVED BY: | POST MARK: |
| VERIFIED BY: | INPUT BY: | INPUT DATE: | |

[illegible] Tax [illegible]
[illegible] of the Northern Mariana Islands
Commonwealth Treasury
P.O. Box [illegible]
Saipan, MP 96950

OFFICIAL CASH RECEIPT

[illegible] [illegible] [illegible]

[illegible] Corporation
[illegible] Box [illegible]
Saipan, MP [illegible]

[illegible] [illegible] Date: [illegible] 2007 [illegible] [illegible]

Account[illegible]:

[illegible] Revenue Tax [illegible] [illegible]
[illegible] [illegible] 2007 [illegible]
[illegible]

[illegible]
[illegible] [illegible]

TOTAL [illegible]

*** KEEP THIS RECEIPT FOR YOUR RECORDS ***

DIVISION OF REVENUE AND TAXATION
COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

COPY

# BUSINESS GROSS REVENUE TAX QUARTERLY RETURN
# FOR MANUFACTURING AND WHOLESALING

2007 JAN 31 PM 1: 02

(See reverse side of this form for instructions) 20 06 DLN

Taxpayer's Name: LK Corporation

Doing Business As: LK Wholesale

Mailing Address: PMB 722 Box 10000 Saipan, MP 96950

C. 1. Taxpayer's Identification Number: 99-3006644

C. 2. Identification No. Used Previous Quarter: same

D. Quarter Ended: December 31, 2006

E. Telephone Number(s): 287-1900

F. MARK HERE IF THIS IS A FINAL RETURN AND INDICATE THE DATE WHEN BUSINESS WAS CLOSED OR DISSOLVED ☐ DATE

BUSINESS FORM: ☐ PROPRIETORSHIP ☐ PARTNERSHIP X CORPORATION ☐ ASSOCIATION ☐ OTHER ORGANIZATION

H. LOCATION OF BUSINESS: ☐ SAIPAN ☐ TINIAN ☒ ROTA ☐ NORTHERN IS. (Indicate Village)

I. ACTIVITIES: ☒ MANUFACTURING ☒ WHOLESALING

## COMPUTATION OF TAX AND OTHER CHARGES

| Line | | | | FOR OFFICIAL USE |
|---|---|---|---|---|
| GROSS REVENUE FOR THE PERIOD JANUARY 1 - MARCH 31. | | | $ 22,788.00 | |
| GROSS REVENUE FOR THE PERIOD APRIL 1 - JUNE 30. | | | 29,998.00 | |
| GROSS REVENUE FOR THE PERIOD JULY 1 - SEPTEMBER 30. | | | 17,060.43 | |
| GROSS REVENUE FOR THE PERIOD OCTOBER 1 - DECEMBER 31. | | | 24,927.45 | |
| TOTAL OF LINES 1, 2, 3, AND 4. | | | 94,773.88 | |
| REVENUE NOT SUBJECT TO TAX. *(attach detailed statement of explanation)* | | | | |
| REVENUE SUBJECT TO TAX. *(line 5 minus line 6)* | | | 94,773.88 | |
| TAX ON AMOUNT SHOWN ON LINE 7. | | | 1,895.48 | |
| TAX ALLOCATED PREVIOUS QUARTER(S). | | | 1,396.93 | |
| **TAX ALLOCATED THIS QUARTER.** *(line 8 minus line 9)* | | | 498.55 | |
| TAX (OVERPAID) FROM PREVIOUS QUARTERS, IF ANY. | | | (75.24) | |
| TAX DUE (OVERPAYMENT) THIS QUARTER. *(line 10 minus line 11, if any)* | | | 423.31 | |
| ENTER AMOUNT OF EDUCATIONAL CASH CONTRIBUTIONS | N/A | | | |
| ENTER EDUCATION TAX CREDIT TAKEN PRIOR | N/A | | | |
| EDUCATION TAX CREDIT AVAILABLE THIS QUARTER | N/A | | | |
| EDUCATION TAX CREDIT (see instructions/attach Schedule ETC) | | | N/A | |
| OVERPAYMENT CREDIT FROM FORM 1120CM OR 1040 CM, IF ANY. (See Instructions). | | | 423.31 | |
| ENTER YEAR OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | | | | |
| ENTER TYPE OF RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | | | | |
| TAX AFTER CREDIT. *(line 12 minus lines 13d and 14a)* | | | 423.31 | |
| PENALTY CHARGE *(If return is filed and paid after the deadline, complete this line.)* | 16a (10%) | | | |
| | 16b ( 1%) | | | |
| INTEREST CHARGES *(If payment is made after the deadline, complete this line.)* | | | | |
| TOTAL DUE *(Add lines 15, 16a, 16b and 17)* | PAY THIS AMOUNT | | $ 423.31 | |

DECLARATION: *Under the penalties of perjury, I declare that this return is, to the best of my knowledge and belief, true and correct.*

Lee, Byung Deuk [signature] — Name (Typed) and Signature

President — Title

01/30/07 — Date

PAID PREPARER'S ONLY: Preparer's Signature: Date: Preparer's SSN: TIN:
Firm's Name: Mailing Address:

| | FOR OFFICIAL USE ONLY | | |
|---|---|---|---|
| | Account No: | Account No: | Account No: |
| | Amount: | Amount: | Amount: |
| | RECEIPT NO: | RECEIVED BY: | POST MARK: |
| | INPUT BY: | INPUT DATE: | |

NOTE: This revision is effective 1st Quarter

[illegible]

**REV. & TAX**
**CASHIER 1**

[illegible]

DIVISION OF REVENUE AND TAXATION
COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS COPY

CASHIER

# BUSINESS GROSS REVENUE TAX QUARTERLY RETURN FOR MANUFACTURING AND WHOLESALING

2006 OCT 31 AM 9:36

(See reverse side of this form for instructions) 20 06 DLN

Name: LK Corporation

Business As: LK Wholesale

Address: PMB 722 Box 10000 Saipan, MP 96950

C. 1. Taxpayer's Identification Number: 99-3006644

C. 2. Identification No. Used Previous Quarter: same

D. Quarter Ended: September, 2006

E. Telephone Number(s): 287-1900

☐ PARTNERSHIP ☐ ASSOCIATION

H. LOCATION OF BUSINESS: ☐ SAIPAN ☐ TINIAN ☒ ROTA ☐ NORTHERN IS. (Indicate Village)

I. ACTIVITIES: ☒ MANUFACTURING ☒ WHOLESALING

## TAX AND OTHER CHARGES

| | | |
|---|---|---|
| REVENUE FOR THE PERIOD JANUARY 1 - MARCH 31 | | $ 22,788.00 |
| REVENUE FOR THE PERIOD APRIL 1 - JUNE 30 | | 29,998.00 |
| REVENUE FOR THE PERIOD JULY 1 - SEPTEMBER 30 | | 17,060.43 |
| REVENUE FOR THE PERIOD OCTOBER 1 - DECEMBER 31 | | N/A |
| ... 1, 2, 3, AND 4 | | 69,846.43 |
| REVENUE NOT SUBJECT TO TAX. *(attach detailed statement of explanation)* | | |
| REVENUE SUBJECT TO TAX. *(line 5 minus line 6)* | | 69,846.43 |
| ... SHOWN ON LINE 7 | | 1,396.93 |
| ... PREVIOUS QUARTER(S) | | 1,055.72 |
| ... THIS QUARTER. *(line 8 minus line 9)* | | 341.21 |
| ... FROM PREVIOUS QUARTERS, IF ANY | | N/A |
| ... PAYMENT THIS QUARTER. *(line 10 minus line 11, if any)* | | 341.21 |
| ... OF EDUCATIONAL CASH CONTRIBUTIONS | N/A | |
| ... TAX CREDIT TAKEN PRIOR | N/A | |
| ... TAX CREDIT AVAILABLE THIS QUARTER | N/A | |
| ... CREDIT (see instructions/attach Schedule ETC) | | N/A |
| ... FROM FORM 1120CM OR 1040 CM, IF ANY (See Instructions) | | 341.21 |
| ... FOR WHICH CREDIT WILL BE APPLIED FROM | | |
| ... FOR WHICH CREDIT WILL BE APPLIED FROM | | |
| ... *(line 12 minus lines 13d and 14a)* | | 341.21 |
| ... if return is filed and paid after the deadline, | 16a (10%) | |
| | 16b ( 1%) | |
| ... *(If payment is made after the deadline, complete this line.)* | | |
| ... *(add lines 15, 16a, 16b and 17)* | PAY THIS AMOUNT | $ 341.21 |

... Under the penalties of perjury, I declare that this return is, to the best of my knowledge and belief, ...

Lee, Byung Deuk [signature] — Name (Typed) and Signature

President — Title

[date] — Date

| Preparer's Signature: | Date: | Preparer's SSN: | TIN: |
|---|---|---|---|
| Firm's Name: | Mailing Address: | | |

FOR OFFICIAL USE ONLY

| | | |
|---|---|---|
| Account No: | Account No: | Account No: |
| Amount: | Amount: | Amount: |
| RECEIPT NO: | RECEIVED BY: | POST MARK |
| INPUT BY: | INPUT DATE: | |

NOTE: This revision is effect...

... (Rev. ...2001)

CNMI Tax System Release 6.0
Commonwealth of the Northern Mariana Islands
Commonwealth Treasury
P.O. Box 5234 CHRB
Saipan, MP 96950

OFFICIAL CASH RECEIPT

Payment Entered: 10/31/2006 Receipt No.: 0016279[illegible]

Received From: LK Corporation
PMB 722, Box 10000
Saipan, MP 969500000

Taxpayer ID : 993006644 Date: 10/31/2006 8:42:18 Received By: REVLMC[illegible]

Payment to Account(s):

Bus. Gross Revenue Tax-CY 1000 40110 541.[illegible]
993006644 OS-3105MW 2006 3
LK Corporation

Payment(s) Tendered:
MasterCard 5466260539140836

TOTAL . . . . . . . . . . : 541.[illegible]

*** KEEP THIS RECEIPT FOR YOUR RECORDS ***

# DIVISION OF REVENUE AND TAXATION
COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

COPY

## BUSINESS GROSS REVENUE TAX QUARTERLY RETURN FOR MANUFACTURING AND WHOLESALING

(See reverse side of this form for instructions) 20 06 DLN

Name: LK Corporation

Business As: LK Wholesale

Address: PMB 722 Box 10000 Saipan, MP 96950

C. 1. Taxpayer's Identification Number: 99-3006644

C. 2. Identification No. Used Previous Quarter: same

D. Quarter Ended: March 31, 2006

E. Telephone Number(s): 287-1900

F. MARK HERE ... A FINAL RETURN ... INDICATE ... WHEN BUSINESS CLOSED ... DATE

☐ PARTNERSHIP ☐ ASSOCIATION ... ORGANIZATION

H. LOCATION OF BUSINESS: ☐ SAIPAN ☐ TINIAN ☒ ROTA ☐ NORTHERN IS (Indicate Village)

I. ACTIVITIES: ☒ MANUFACTURING ☒ WHOLESALING

### ...TION OF TAX AND OTHER CHARGES

| Line | | Amount |
|---|---|---|
| ...FOR THE PERIOD JANUARY 1 - MARCH 31. | | $ 22,788.00 |
| ...FOR THE PERIOD APRIL 1 - JUNE 30. | | 29,998.00 |
| ...FOR THE PERIOD JULY 1 - SEPTEMBER 30. | | N/A |
| ...FOR THE PERIOD OCTOBER 1 - DECEMBER 31. | | N/A |
| ...1, 2, 3, AND 4. | | 52,786.00 |
| ...NOT SUBJECT TO TAX. *(attach detailed statement of explanation)* | | |
| ...SUBJECT TO TAX. *(line 5 minus line 6)* | | 52,786.00 |
| ...SHOWN ON LINE 7. | | 1,055.72 |
| ...PREVIOUS QUARTER(S). | | 455.76 |
| ...THIS QUARTER. *(line 8 minus line 9)* | | 599.96 |
| ...PAID) FROM PREVIOUS QUARTERS, IF ANY. | | N/A |
| ...PAYMENT) THIS QUARTER. *(line 10 minus line 11, if any)* | | 599.96 |
| ...OF EDUCATIONAL CASH CONTRIBUTIONS | N/A | |
| ...ATION TAX CREDIT TAKEN PRIOR | N/A | |
| ...TAX CREDIT AVAILABLE THIS QUARTER | N/A | |
| ...TAX CREDIT (see instructions/attach Schedule ETC) | | N/A |
| ...CREDIT FROM FORM 1120CM OR 1040 CM, IF ANY (See Instructions) | | 599.96 |
| ...RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | | |
| ...RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | | |
| ... *(line 12 minus lines 13d and 14a)* | | 599.96 |
| ...*If return is filed and paid after the deadline,* | 16a (10%) | |
| ... | 16b (1%) | |
| ...*If payment is made after the deadline, complete this line* | | |
| ...lines 15, 16a, 16b and 17 | PAY THIS AMOUNT | $ 599.96 |

...Under the penalties of perjury, I declare that this return is, to the best of my knowledge and belief, true...

Lee. Byung Deuk — President — 7/31/06

...Name and Signature — Title — Date

Received By: DROP RETURN Revenue and Taxation Collection Branch
Date: 7/31/06

Preparer's Signature: Date: Preparer's SSN: TIN:

Firm's Name: Mailing Address:

**FOR OFFICIAL USE ONLY**

| | | |
|---|---|---|
| Account No: | Account No: | Account No: |
| Amount: | Amount: | Amount: |
| RECEIPT NO: | RECEIVED BY: | POST MARK |
| INPUT BY: | INPUT DATE: | |

MI Tax System Release 6.0
Commonwealth of the Northern Mariana Islands
Commonwealth Treasury
P.O. Box 5234 CHRB
Saipan, MP 96950

OFFICIAL CASH RECEIPT

Payment Entered: 8/01/2006 Receipt No.: 001575931

Received From: LK Corporation
PMB 722, Box 10000
Saipan, MP 969500000

Taxpayer ID : 993006644 Date: 7/31/2006 11:42:42 Received By: REVVAA1

Payment to Account(s):

Bus. Gross Revenue Tax-CY 1000 40110 599.96
993006644 OS-3105G 2006 2
LK Corporation

Payment(s) Tendered:
Check 121405018 0032039928

TOTAL . . . . . . . . . : 599.96

*** KEEP THIS RECEIPT FOR YOUR RECORDS ***



# DIVISION OF REVENUE AND TAXATION
## COMMONWEALTH GOVERNMENT OF THE NORTHERN MARIANA ISLANDS

COPY

# BUSINESS GROSS REVENUE TAX QUARTERLY RETURN FOR MANUFACTURING AND WHOLESALING

(See reverse side of this form for instructions) 20 06 DLN

Taxpayer's Name: LK Corporation

Doing Business As: LK Wholesale

Address: PMB 722 Box 10000 Saipan, MP 96950

C. 1. Taxpayer's Identification Number: 99-3006644

C. 2. Identification No. Used Previous Quarter: same

D. Quarter Ended: March 31, 2006

E. Telephone Number(s): 287-1900

F. MARK HERE IF THIS IS A FINAL RETURN AND INDICATE THE DATE WHEN BUSINESS WAS CLOSED OR DISSOLVED — DATE

FORM: ☐ PROPRIETORSHIP ☐ PARTNERSHIP ☐ CORPORATION ☐ ASSOCIATION ☐ ORGANIZATION

H. LOCATION OF BUSINESS: ☐ SAIPAN ☐ TINIAN ☒ ROTA ☐ NORTHERN IS. (Indicate Village)

I. ACTIVITIES: ☒ MANUFACTURING ☒ WHOLESALING

## COMPUTATION OF TAX AND OTHER CHARGES

| Line | Amount | FOR OFFICIAL USE |
|---|---|---|
| GROSS REVENUE FOR THE PERIOD JANUARY 1 - MARCH 31. | $ 22,788.00 | |
| GROSS REVENUE FOR THE PERIOD APRIL 1 - JUNE 30. | N/A | |
| GROSS REVENUE FOR THE PERIOD JULY 1 - SEPTEMBER 30. | N/A | |
| GROSS REVENUE FOR THE PERIOD OCTOBER 1 - DECEMBER 31. | N/A | |
| TOTAL OF LINES 1, 2, 3, AND 4. | 22,788.00 | |
| REVENUE NOT SUBJECT TO TAX. *(attach detailed statement of explanation)* | | |
| REVENUE SUBJECT TO TAX. *(line 5 minus line 6)* | 22,788.00 | |
| TAX ON AMOUNT SHOWN ON LINE 7. | 455.76 | |
| TAX CALCULATED PREVIOUS QUARTER(S) | N/A | |
| TAX CALCULATED THIS QUARTER. *(line 8 minus line 9)* | 455.76 | |
| TAX (PAID) FROM PREVIOUS QUARTERS, IF ANY. | N/A | |
| TAX (OVERPAYMENT) THIS QUARTER. *(line 10 minus line 11, if any)* | 455.76 | |
| AMOUNT OF EDUCATIONAL CASH CONTRIBUTIONS | N/A | |
| EDUCATION TAX CREDIT TAKEN PRIOR | N/A | |
| EDUCATION TAX CREDIT AVAILABLE THIS QUARTER | N/A | |
| EDUCATION TAX CREDIT (see instructions/attach Schedule ETC) | N/A | |
| CREDIT FROM FORM 1120CM OR 1040 CM, IF ANY. (See instructions) | 455.76 | |
| RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | | |
| RETURN FOR WHICH CREDIT WILL BE APPLIED FROM | | |
| CREDIT. *(line 12 minus lines 13d and 14a)* | 455.76 | |
| CHARGE *(If return is filed and paid after the deadline, complete this line.)* 16a (10%) | | |
| 16b ( 1%) | | |
| INTEREST CHARGES *(If payment is made after the deadline, complete this line.)* | | |
| TOTAL DUE *(Add lines 15, 16a, 16b and 17)* PAY THIS AMOUNT | $ 455.76 | |

DROP RETURN
Revenue and Taxation
Collection Branch
Received By: [signature]
Date: [illegible]/01/06

DECLARATION: *Under the penalties of perjury, I declare that this return is, to the best of my knowledge and belief, true and complete*

Lee, Byung Deuk [signature] — Name (Typed) and Signature

President — Title

5/01/06 — Date

| Preparer's Signature: | Date: | Preparer's SSN: | TIN: |
|---|---|---|---|
| Firm's Name: | Mailing Address: | | |

| FOR OFFICIAL USE ONLY | | |
|---|---|---|
| Account No: | Account No: | Account No: |
| Amount: | Amount: | Amount: |
| RECEIPT NO: | RECEIVED BY: | POST MARK |
| INPUT BY: | INPUT DATE: | |